United States District Court
District of Connecticut

Richard R. Quinn     | Civil No. 3:02CV2053(AVC)(TPS)
       V.            |
A. Dunaj, Et Al.,    | Dated: 10/8/03

FILED
Prisoner
2003 OCT 15 P 4: 21

Motion for Leave
<u>File Amended Complaint</u>

Now Comes the plaintiff Requesting Leave to file Amended Complaint.

Respectfully Submitted

Dated: 10/8/03

_____
Mr Richard R. Quinn #123433
Corrigan C.I.
986 Norwich New London tpk
Uncasville, Ct. 06382

Pro Se

## Certification

I do hereby Certify that a copy of the foregoing was sent to all counsel of record.

Henri Alexandre
Asst. Atty. Gen.
110 Sherman St
Hrtfd, Ct. 06105

Neil Parrille
Asst. Atty. Gen
110 Sherman St
Hrtfd, Ct. 06105

Patty G. Swan
Gordon, Muir & Foley
10 Columbus Blvd
Hrtfd, Ct. 06106-1976

Judge A.V. Covello
U.S. District Court
450 Main St.
Hrtfd, Ct. 06103

Dated: 10/8/03

_/s/ Richard R. Quint_
Mr Richard R. Quint