

UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT AT HARTFORD

|  |  |
|---|---|
| RICHARD R. QUINT | Inmate #123433<br>CIVIL NO. 3:02CV2053(AVC) |
| V. | : |
| A. DUNAJ, ET AL., | : OCTOBER 23, 2003 |

### MOTION FOR ENLARGEMENT OF ADDITIONAL TIME

The Defendants request this Court to enlarge the time for objecting, answering or otherwise responding to the plaintiff's August 25, 2003 Request for Interrogatories and Production of Documents for an additional thirty (30) days on the grounds that counsel is awaiting further materials that are necessary in order to adequately respond to the plaintiff's request for production of documents.

Plaintiff is incarcerated therefore we do not have telephone contact with him.

This is the defendants' second request for an enlargement of time.

DEFENDANTS:

By: _____
MELISSA B. GEETTER, Signing for
PATTY G. SWAN
Gordon, Muir and Foley, LLP
10 Columbus Boulevard
Hartford, CT 06106
Fed. Bar No.: CT 15656

## CERTIFICATION

     This is to certify that a copy of the foregoing has been mailed, postage prepaid, to the following counsel of record on October 23, 2003:

Richard R. Quint
Inmate #123433
Cheshire C.I.
900 Highland Avenue
Cheshire, Connecticut 06410

Henri Alexandre
Assistant Attorney General
Attorney General's Office
110 Sherman St.
Hartford, Connecticut 06105

Thomas P. Smith
U.S. Magistrate
450 Main Street
Hartford, CT 06103

_____
MELISSA B. GEETTER, Signing for
PATTY G. SWAN

## ORDER

The foregoing Motion having been heard this ____ day of _____, 2003; it is hereby ordered GRANTED/DENIED.

BY THE COURT

_____
Judge/Clerk