UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2003 OCT 23  A 11: 00

U S DISTRICT COURT
HARTFORD CT

|   |   |   |
|---|---|---|
| RICHARD R. QUINT | : | PRISONER |
| v. | : | Case No.  3:02CV2053(AVC)(TPS) |
| A. DUNAJ, et al. | : |   |

## RULING AND ORDER

Plaintiff has filed three motions seeking orders that he be transferred to Carl Robinson Correctional Institution and that the Connecticut Department of Correction document all of his mail and ensure that he received all mail in a timely manner; provide him access to the institutional law library and provide him access to various legal materials, paper, pens, envelopes and postage.  For the reasons that follow, plaintiff's motions are denied.

Plaintiff seeks this relief from the Connecticut Department of Correction.  Before the court can order correctional officials to perform any action, the court must have in personam jurisdiction over at least one correctional official who can order the requested relief.  See Weitzman v. Stein, 897 F.2d 653, 658 (2d Cir. 1990); Visual Sciences, Inc. v. Integrated Communications, Inc., 660 F.2d 56, 59 (2d Cir. 1981).  See also, C. Wright & A. Miller, Federal Practice and Procedure § 2956, at 555 (1973) ("A court ordinarily does not have power to issue an

order against a person who is not a party and over whom it has
not acquired in personam jurisdiction.").

The remaining defendants in this case are Milford,
Connecticut, police officers.  The defendants have no control
over the conditions of plaintiff's current custody.  No
correctional officials or employees are defendants in this case.
Thus, the court cannot order the requested relief.

Plaintiff's motions for order [**docs. ##56, 69, 65**] are
**DENIED.**

**SO ORDERED** this _23rd_ day of October, 2003, at Hartford,
Connecticut.

_____
Alfred V. Covello
United States District Judge