*10/28/03. Granted absent objection. AVC.*

FILED
2003 SEP 11 P 12:25
US DISTRICT COURT
HARTFORD

UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT AT HARTFORD

RICHARD R. QUINT                    :    Inmate #123433
                                    :    CIVIL NO. 3:02CV2053(AVC)
                                    :
A. DUNAJ, ET AL.,                   :    SEPTEMBER 10, 2003

### MOTION FOR ENLARGEMENT OF TIME

The Defendants request this Court to enlarge the time for objecting, answering or otherwise responding to the plaintiff's August 25, 2003 Request for Interrogatories and Production of Documents for thirty (30) days on the grounds that counsel is awaiting further materials that are necessary in order to adequately respond to the plaintiff's request for production of documents.

Plaintiff is incarcerated therefore we do not have telephone contact with him.

This is the defendants' <u>first</u> request for an enlargement of time.

                                              DEFENDANTS:

                                    By:   _____
                                          **WILLIAM MASTROGIOVANNI, JR, Signing for**
                                          **PATTY G. SWAN**
                                          Gordon, Muir and Foley, LLP
                                          10 Columbus Boulevard
                                          Hartford, CT 06106
                                          Fed. Bar No.: CT 15656

2003 OCT 28 A 11:01
US DISTRICT COURT
HARTFORD CT