Mr Richard R. Quinn In Propria Persona

United States District Court
District of Connecticut

Richard R. Quinn

V.

A. Dunaj, Et AL.,

Civil No. 3:02CV2053 (AVC)(TPS)
Prisoner

Dated: Sept. 30, 2003

## Motion for Reconsideration

The Plaintiff does hereby in accordance with Rule 9 (e) Move this Court for Reconsideration of the following Rulings:

1.) Granting of motion for More definitive Statement.

2.) Denial of Motion to Amend Complaint.

3.) Order Amended Complaint shall be on the Court form.

WHEREFORE, The Plaintiff request the foregoing to be reconsidered.

Respectfully Submitted

Mr Richard R. Quinn #123433
Corrigan C.I.
986 Norwich New London tpk
Uncarville, Ct. 06382
Pro Se

9/30/2003

10/28/03 See the court ruling and Order of the date.

United States District Court
District of Connecticut
FILED AT BRIDGEPORT
October 28 2003
Larry P. Lynch, Clerk
Deputy Clerk