UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

RICHARD R. QUINT

v.

OFFICER DUNAJ, et al.

PRISONER
Case No. 3:02CV2053(AVC)(TPS)

## RULING AND ORDER

On September 19, 2003, the court granted the defendant Milford Police Officers' motion for more definite statement and directed plaintiff to file a second amended complaint within twenty days. Plaintiff now seeks a sixty day extension of time. He states that he will be unable to mail the amended complaint to the court until November because he has limited envelopes for sending legal mail. In addition, he states that he does not have access to the institutional law library.

The purpose of the amended complaint is to include specific factual allegations against each of the Milford Police Office defendants. Revision of the statement of facts does not require legal research. Because plaintiff may not be able to mail his amended complaint until after November 1, 2003, his motion [**doc. #67**] is **GRANTED** to the extent that plaintiff shall submit his amended complaint on or before **November 10, 2003**.

SO ORDERED this 28 day of October, 2003, at Hartford, Connecticut.

Thomas P. Smith
United States Magistrate Judge