Mr Richard R. Quinn In Propia Personam

United States District Court
District of Connecticut

Richard R. Quinn | Civil No. 3:02CV2053 (AVC)(GAS) Prisoner
V.
A. Onnaj, Et AL., | Dated: Sept. 30, 2003

## Motion Extension Time

The Plaintiff does hereby move this Court for Extension of time, To file second amended petition, for the following:

1.) The Plaintiff might not be able to mail amended Complaint until November. As he is being limited on envelopes for Legal Mail.

2.) The Plaintiff does not have access to Law library or Resource area at Corrigan C.I..

3.) The Plaintiff is in the process of trying to obtain a copy of the federal Rules Civil Proceedure.

WHEREFORE, The Plaintiff Respectfully Request a Extension of time of 60 days to file Amended Complaint.

Respectfully Submitted

Dated: 9/30/03

Mr Richard R. Quinn #123433
Corrigan C.I.
986 Norwich Newlondon tpk
Uncasville, Ct. 06382
ProSe

10/28/03. See Ruling and Order of the date.

[Stamp: United States District Court At Bridgeport, October 28 2003, Kevin F. Rowe, Clerk, By Deputy Clerk]