Mr. Richard R. Quint In Propris Personam

United States District Court
District of Connecticut

Richard R. Quint

v.

A. Dunaj Et Al.,

Civil No. 3: 02CV2053 (AVC)(CFD)   Prisoner

Dated: 12/1/03

FILED
P 4:46
US [illegible]

## Motion to Compell Discovery

The Plaintiff does hereby move this Honorable Court for Order to Compell defendants to comply with the following interogatories:

A.) #5 Provide Copy of master recording of 911 call of Mr. Quint to police at 2:10 Am on 7/9/02

B.) #7 Did Mr. Quint have injuries when detained at police Station on 7/9/02,

C.) #10 Why doesn't it state who made complaint In report of Defendant Dunn on 7/9/02.

D.) #34 At any time during the events described in the Complaint. Did you protect Mr. Quints' right to equal protection of the Law? if not, why not?

The Order should be issued for the following causes:

1.) Plaintiff served interogatories on defendants on 6/20/03.

2.) Plaintiff tried to resolve failure to comply informally on 9/19/03. (see Attached)

Pg. 1

3) More than 30 days has elapsed since the plaintiff served interogatories.

4.) More than 30 days has elapsed since the plaintiff tried to resolve this informaly.

5.) The defendants have not responded in accordance with F.R.C.P. Rule No. 33.

WHEREFORE, Just cause shown the order to have defendants comply. Should be issued.

Respectfully Submitted

Dated: 12/1/03

Mr Richard R. Quinn #123433
Cheshire C.I.
900 Highland Ave
Cheshire, Ct. 06410

Pro Se

## Certification

The Plaintiff does hereby certify a copy of the foregoing has been sent to all counsel of record.

| | | | |
|---|---|---|---|
| Parry G. Swan | Henri Alexandre | Neil D. Parille | Judge A.V. Covello |
| Gordon, Muir & Foley | Asst. Atty. Gen. | Asst. Atty. Gen. | U.S. District Court |
| 10 Columbus Blvd | 110 Sherman St | 110 Sherman St | 450 Main St |
| Hrtfd, Ct. 06106-1976 | Hrtfd, Ct. 06105 | Hrtfd, Ct. 06105 | Hrtfd, Ct. 06103 |

Dated: 12/1/03

Mr Richard R. Quinn

pg 2

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| Richard R.Quint | : |
| V. | : Civil No.3:02CV2053(AVC) |
| | : |
| A.Dunaj,Et Al., | : Dated:6/20/03 |

### INTERRAGATORIES

I Mr Richard R.Quint,do hereby request.In Propria Personam interragatories.In accordance with Fed.Rule No.33.

1.From all parties,What is your full name and address?

2.From all parties,State all assets you have.

3.From all parties,State all your job qualifications and resume.

4.From the following parties:Dunn,Bethke,Anderson,And Darby. Who made the complaint that brought you to the area of 48 Merwin Ave on 7/9/02 at 2:10 Am?

5.The tape and transcript off 911 call at 2:10 Am on 7/9/02 to milford police station from Mr Quint.

6.From the following parties:Dunn,Bethke,Anderson,Darby,And Hurley.Why Wasn't Miss Casey charged with assault 3rd?

7.From the following parties:Dunn,Bethke,Anderson,Darby.Did Mr Quint Have injuries that needed to be treated when detained at police station?

Pg.1

8. From the following parties:Dunn,Bethke,Anderson,And Darby. Was Mr Quint provided with medical attention at police station on 7/9/02?If not,Why not?

9. What are the policies and proceedures of milford police dept.On people brought in with injuries?

10. From the following party:Dunn.In your report on 7/9/02 why doesn't it state who made complaint that brought you to the area of 48 Merwin Ave on 7/9/02?

11. From all parties:Is it your job to protect and serve the public?

12. FRom all parties:What does it mean to you to protect and serve the public?

13. From the following parties:Hurley,Richards,Why was Mr Quint changed from complainant to defendant?

14. From the following parties:Hurley,Richards.Why wasn't charge of breach of peace droped against Mr Quint same time it was dropped against Miss Casey?

15. From the following parties:Hurley,Richards.Why didn't family relations take Mr Quints' case along with Miss Caseys'?

16. From the following party:Richards.Did Mr Quint have visible injuries on day you interviewed him?

Pg.2

17. From the following parties:Hurley,Richards.Did Mr Quint have visible injuries on day of arraignment?

18. From the following parties:Hurley,Richards.Since Mr Quint had all the injuries.Why wasn't there a protective order issued against Miss Casey for Mr Quint?

19. From the following party:Hurley.How many times has Mr Quint tried to get protective order against Miss Casey and been Denied?

20. From the following parties:Why was there protective order issued only against Mr Quint?

21. From all parties:Did Mr Quint ever assault Miss Casey?

22. FRom all parties:Did Miss Casey ever assault Mr Quint?

23. From the following party:hUrley.Did you ever do anything to prevent Mr Quint from being subjected to gender discrimination? If not,why not?

24. From the following party:Richards.How many proctive orders has Miss Casey had against different people?

25. From all parties:Has Miss Casey ever assaulted any one in the past besides Mr Quint?

Pg.3

26. From the following parties:Dunaj,Moore,Esposito,Marshner. On 8/21/02 when Mr Quint was arrested were there mattresses in the holding cells in milford police station?If not,Why not?

27. From the following parties:Dunaj,Moore.Was there a mattress in cellM-4 when Mr Quint was secured in cell on 8/21/02?If not, Why not?

28. From the following parties:Dunaj,Moore.Was Mr Quint provided with linens and blanket.When secured in cell M-4 on 8/21/02?If not,Why not?

29. From the following party:Hurley.Did you investigate the accusations made in warrent you signed of on?If not,Why not?

30. From the following party:Hurley.Did you advise any officers as to contents to be written in warrant?,or in anyway in this investigation?

31. From the following party;Dunaj.On the warrant signed by you on8/31/02 did states attooney Hurley advise you as to the contents to be stated in it?

32. From the following party:Dunaj.In the warrant signed by you on 8/31/02 you state you contacted Mr Quint at his mothers residence on 7/27/02 by phone.Provide notes and phone records of said contact on 7/27/02.

Pg.4

33. From the following parties:Dunaj,Dunn,Bethke,Anderson, Darby,Moore,Vitti,Esposito,And Maschner.Was Mr Quint brought to milford police station on 5/7/02 with any injuries?Who was he brought in by?Were his injuries treated.If not,Why not?Provide all police reprts for 5/7/02 concerning Mr Quint.

34. From all parties:At any time during the events described in the complaint.Did you proctect Mr Quints' right to equal protection of the law?If not,Why noy?

35. From allparties:Is it normal proceedure to change complainant to defendant?

36. From all parties;Is it normal proceedure not to report in reports who complainant is?

37. FRom the following party:Hurley.If 911 call from Mr Quint was exculpatory information why did you avoid and try to hide it through out all of the court proceedings involving Mr Quint arising from the 911 call Mr Quint made on 7/9/02?

Respectfully Submitted

Dated:6/20/03

Mr Richard R.Quint #123433
Osborn C.I.
P.O.Box 100
Somers,Ct.06071

Pro Se

To: Atty. Patty G. Swan
    Gordon, Muir & Foley
    Ten Columbus Boulevard
    Hartford, Ct. 06106-1976

9/19/03

From: Mr Richard R. Quint #123433
    Corrigan C.I.
    986 Norwich New London tpk
    Uncasville, Ct. 06382

RE: Quint V. Dunaj Et AL., No. 3:02CV2053(AVC) (Interrogatories)

Dear Atty Swan,

    I would please like to resolve the failure to comply with interogatories without having to get order to compell. I left message on your machine to contact me about interogatories on 9/18/03.

    I would like proper answers to my questions. Not answers like the answer to Number 3 as I ask for Job qualifications and resume. The answer is Job description.

    I am request proper answers to my questions if you need anything defined please contact me.

    I feel we should be able to resolve this without my having to get Court orders to compell discovery.

    So please correct or answer the following:

    #3 All defendants answers. please supply Job qualifications and resumes.

#5. Provide Copy of master tape of 911 call as requested.

#7. Answer the question did Mr Quint have injuries that Needed to be treated.

#9. Provide the written policies and proceedures Milford Police Dept. on people brought in with injuries

#10. Provide complete answer why Mr Quint Not named as Complainant in report.

#34. Answer question.

So could you please have these properly complied with.

Thank you

Respectfully Yours

9/19/03

*[signature]*

Mr Richard R. Quint