```
INCIDENT TYPE: DOMESTIC DISPUTE/NON VIO/      PREMISE TYPE: RESIDENCE/HOME
LOCATION: 48            MERWIN AV                           APT/LOT           AREA A3
BUSINESS:                                     WEAPON TYPE: NONE
BEGIN DATE: 5/07/02   BEGIN TIME: 2009        END DATE: 5/07/02   END TIME: 2009
CENSUS TRACT:          SUB-DIVISION:
COMMENTS:  DISPUTE BETWEEN FRIEND FRANCIS CASEY AND EX-BOYFRIEND NAMED

           RICHARD QUINT 3/17/65 WANTED OUT OF STRATFORD
              JH
CASE STATUS: CLEARED BY ARREST
REPORTING OFFICER:  FREEMAN, MARK                REPORT DATE: 050702

SUPERVISOR
```

********************************** P E R S O N S **********************************

```
PERSON #:001    STATUS: COMPLAINANT
NAME: DEMARINIS                AUDREY
SEX: FEMALE  DOB: 0/00/00  AGE:    HGT:    WGT:    HAIR:         RACE: WHITE
EYES:             FACIAL HAIR:                     BUILD:     COMPLEXION:
ADDRESS: REFUSED
EMPLOYMENT:
OCCUPATION:
SOC SEC: 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    PHONE (RES): 415-7437    PHONE (BUS): 000-000-0000

PERSON #:002    STATUS: VICTIM ADULT
NAME: CASEY                    FRANCINE
SEX: FEMALE  DOB: 2/16/67  AGE:    HGT:    WGT:    HAIR:         RACE: WHITE
EYES:             FACIAL HAIR:                     BUILD:     COMPLEXION:
ADDRESS: 48 MERWIN AV               MILFORD                               CT
EMPLOYMENT:
OCCUPATION:
SOC SEC: 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    PHONE (RES): 882-0168    PHONE (BUS): 000-000-0000

PERSON #:003    STATUS: WANTED PERSON
NAME: QUINT                    RICHARD         R
SEX: MALE    DOB: 3/17/65  AGE:    HGT:    WGT:    HAIR:         RACE: WHITE
EYES:             FACIAL HAIR:                     BUILD:     COMPLEXION:
ADDRESS: 240 FERNDALE AV            STRATFORD                             CT
EMPLOYMENT:
OCCUPATION:
SOC SEC: 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    PHONE (RES): 377-0004    PHONE (BUS): 000-589-9328

PERSON #:004    STATUS: POLICE OFFICER
NAME: MARSCHNER                B
SEX: MALE    DOB: 0/00/00  AGE:    HGT:    WGT:    HAIR:         RACE: WHITE
EYES:             FACIAL HAIR:                     BUILD:     COMPLEXION:
ADDRESS:
EMPLOYMENT:
OCCUPATION:
SOC SEC: 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    PHONE (RES): 000-0000    PHONE (BUS): 000-000-0000

PERSON #:005    STATUS: POLICE OFFICER
NAME: STRATFORD POLICE DEPT
SEX: N/A -   DOB: 0/00/00  AGE:    HGT:    WGT:    HAIR:         RACE: N/A - BUSINESS
EYES:             FACIAL HAIR:                     BUILD:     COMPLEXION:
ADDRESS:
EMPLOYMENT:
```

OCCUPATION:
SOC SEC: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     PHONE (RES):000-0000     PHONE (BUS):000-000-0000

*********************** N A R R A T I V E ******************************

LOCATE TELETYPE SENT:   OCA #01080    MSG #2103797       Writer and Off. Marschner responded to 48 Merwin Avenue on a domestic dispute complaint. Upon arrival, writer met with complainant Audrey Demarinis who stated she had called due to the fact that her girlfriend, Francine Casey, wanted her boyfriend Richard Quint out of the house. Ms. Demarinis stated when she arrived on scene, Francine was highly upset and Ms. Demarinis stated Francine was next door at 46 Merwin Avenue. Francine and Richard were yelling at each other between the two residences. Ms. Demarinis stated she advised Francine she had called the police, and Francine got very upset with her. Demarinis stated that Richard also got upset with her when he was advised the police were enroute. Demarinis stated that both parties became very upset with her for interfering and they did not want the police called. Ms. Demarinis was highly upset and refused to answer any further questions, and left the scene.
Writer spoke with Francine and Richard in regard to the verbal argument. Francine advised writer that Richard is not her boyfriend, that he is just a friend that stays at her residence from time to time. She stated she came home on this date after taking her daughter out to dinner, and Richard was upset because she was not home. Francine stated there was no violence during the dispute, just verbal argument, and she wanted Richard to leave the residence. She stated she took her eight-year old daughter and went next door to 46 Merwin Avenue and Richard began removing some of his stuff from the house.
Mr. Quint advised the writer that he had been dating Francine for approximately 2 1/2 to 3 months, and stated that last night Francine got highly upset with him due to the fact that she was drinking a lot and he poured out her drink. He stated the whole argument was silly and that the police did not need to be called. Richard stated that the only reason why Francine's friend Audrey Demarinis called was that she was also drunk and does not like him.
Writer ran both parties involved through NCIC. Francine was negative NCIC while Richard Quint showed an active warrant out of Stratford. Comm Room verified the warrant with Stratford Police Department. Writer was advised that the warrant was for FTA 1st Degree regarding narcotics violations with a $20,000.00 bond.
At approximately 2050 hours, Richard Quint was placed under arrest for the active warrant in Stratford. Richard was placed in doublelocked handcuffs, searched incident to arrest, and transported to Milford Police Headquarters booking area by Off. Marschner in patrol car #29.
Upon arrival in booking, Richard Quint's personal property was inventoried on a Prisoner Property form and secured locker #35. Writer completed a blue booking slip. He was placed in holding cell H-3 pending Stratford Police Department's arrival.
A locate teletype was sent.
Writer was advised that Richard Quint had no further outstanding warrants. At approximately 2145 hours, Mr. Quint was released to the custody of the Stratford Police Department on their active warrant. Det. Zolla provided writer with a copy of their warrant for Richard Quint, which accompanies this report.
At the time of this report, writer has no further information to add and requests this case be closed.
COPY:    DETECTIVE DIVISION.

RUN DATE: 6/30/03  
2002010092

Case 3:02-cv-02053-AVC  Document 86-2  Filed 12/08/2003  Page 4 of 16

*** MILFORD POLICE DEPARTMENT ***  
INCIDENT REPORT

PAGE: 2

CLEARANCE CODE  _____  
STENO: lmd

ARREST WARRANT AND APPLICATION
CR-67 Rev. 6-97 C.G.S. 54-1h, 54-2a Pr Bk. 684

STATE OF CONNECTICUT
SUPERIOR COURT
INSTRUCTIONS TO CLERK
*Obtain required signatures and distribute as indicated on the bottom.*



p. ___ of ___

Race: C  Sex: M

| DKT NO. | NAME OF ACCUSED | DATE OF BIRTH | G.A. | HELD AT |
|---|---|---|---|---|
| F02BCR0101704039 | QUINT RICHARD ROBERT | 05/17/65 | 06 | BRIDGEPORT |

| UR/SUMMONS/TICKET NO. | DATE OF ARREST | P.D. CASE NO. | ARRESTING AGENCY CODE | DATE WARRANT ORDERED |
|---|---|---|---|---|
| 01297419 | 06/27/2001 | | 0138 | 04/22/2002 |

Agcy Name: TOWN OF STRATFORD LOCAL POLICE

The undersigned, being duly sworn, deposes and says:

1. The above-entitled Warrant/Summons/Ticket was served on the accused charging the commission of the following offenses, motor vehicle violation(s) or infraction(s), as more fully appears in said Warrant/Summons/Ticket, which is hereby incorporated by reference:

| STATUTE | DESCRIPTION | CLASS/TYPE |
|---|---|---|
| 21a-279(a) | POSSESSION OF NARCOTICS GUILTY ON 08/20/2001 | U  F |
| 21a-278(b) | SALE OF CERTAIN ILLEGAL DRUGS NOLLED ON 08/20/2001 | U  F |
| 21a-267(a) | USE OF DRUG PARAPHERNALIA NOLLED ON 08/20/2001 | C  M |
| 53a-32 | VIOLATION OF PROBATION |   X |

Address: 245 FERNDALE AVE, STRATFORD, CT 06890

2. The said accused was directed to appear in the above-entitled court for proceedings in said case.
3. The accused failed to appear on __04/22/2002__ when legally called according to the terms of his/her bail bond or promise to appear.
4. The court ordered that a warrant be issued for the arrest of the accused for failure to appear and set the following conditions for release:

AMOUNT OF BOND: $ 20000

In addition to the Offenses charged in Paragraph #1 above, the Accused is also charged with FAILURE TO APPEAR 1ST DEGREE/C.G.S. 53a-172

OTHER:

* VIOLATION OF PROBATION CASE *

EXTRADITION BOUNDARIES:

| SIGNED (Affiant) | DATE SIGNED | SUBSCRIBED AND SWORN TO BEFORE ME ON (Date) | SIGNED (Judge, Clerk, Comm. of Sup. Ct.) |
|---|---|---|---|
| O Reilly | 4-25-02 | 4-25-02 | [signature] |

**APPLICATION**
Based upon the foregoing, the undersigned prosecuting authority makes application for the issuance of a warrant for the arrest of the accused.

| SIGNED (Deputy Assistant State's Attorney) | DATE SIGNED |
|---|---|
| Mary E Coudi | 4-30-02 |

**FINDING AND WARRANT**
The foregoing Application ... considered by the undersigned ... offense has been committed ... said Application, having been submitted to and ... that there is probable cause to believe that an ... that probable cause exists for the issuance of a warrant for the re-arrest ...
TO: Any proper officer of ... commanded to arrest the body of the within-named accused and execute ...
BY AUTHORITY OF ...

WARRANT INVESTIGATION IS BEING CONDUCTED. PRIOR TO EXECUTING THIS WARRANT PLEASE ATTEMPT TO CONTACT DET. JERRY PINTO AT:
HOTLINE #1-800-438-1284 OR
PAGER # 1-800-201-5625 PIN#0662

| SIGNED (A Judge of the Superior Court) | DATE SIGNED |
|---|---|
| [signature] | 5/1/02 |

STATE OF CONNECTICUT, COUNTY OF ____ ss.

**RETURN ON ARREST WARRANT**
DATE OF SERVICE: ____

Then and there, by virtue of the within and foregoing complaint and warrant, I arrested the body of the within-named accused for the hearing of the accused; and said accused was released pursuant to the court ordered conditions or is here in court for examination.

| ARREST (Officer's signature and title, if applicable) | SHIELD NO. | DEPARTMENT |
|---|---|---|

DISTRIBUTION: WHITE, YELLOW, AND GOLDENROD — ...arresting police agency. Officer retains white and yellow copies to clerk who forwards...

```
RUN DATE:    6/30/03      *** MILFORD POLICE DEPARTMENT ***       PAGE:   1
 2002015868                        INCIDENT REPORT


INCIDENT TYPE:DOMESTIC DISPUTE/VIOLENCE   PREMISE TYPE:HIGHWAY/ROAD/ALLEY
LOCATION:           SANDPIPER CRESENT/MERWIN        APT/LOT       AREA A3
BUSINESS:                                 WEAPON TYPE: PERSONAL WEAPON(HANDS,
BEGIN DATE: 7/09/02   BEGIN TIME:0215  END DATE: 7/09/02   END TIME:0215
CENSUS TRACT:           SUB-DIVISION:
COMMENTS:  COUPLE ARGUING



              KG
CASE STATUS:CLOSED
REPORTING OFFICER:   DUNN, CHRISTOPHER           REPORT DATE: 070902

SUPERVISOR



******************************** P E R S O N S ********************************
PERSON #:001     STATUS: COMPLAINANT
NAME: ANONYMOUS
SEX:       DOB: 0/00/00  AGE:     HGT:     WGT:      HAIR:      RACE:
EYES:             FACIAL HAIR:                BUILD:       COMPLEXION:
ADDRESS:
EMPLOYMENT:
OCCUPATION:
SOC SEC: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    PHONE (RES):000-0000    PHONE (BUS):000-000-0000

PERSON #:002     STATUS: VICTIM ADULT
NAME: CASEY                  FRANCINE         E
SEX:FEMALE  DOB: 2/16/67  AGE:     HGT:     WGT:      HAIR:      RACE: WHITE
EYES:             FACIAL HAIR:                BUILD:       COMPLEXION:
ADDRESS:48 MERWIN AV
EMPLOYMENT:
OCCUPATION:
SOC SEC: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    PHONE (RES):882-0168    PHONE (BUS):000-874-5653

PERSON #:003     STATUS: VICTIM ADULT
NAME: QUINT                  RICHARD          R
SEX:MALE   DOB: 3/17/65  AGE:     HGT:     WGT:      HAIR:      RACE: WHITE
EYES:             FACIAL HAIR:                BUILD:       COMPLEXION:
ADDRESS:240 FERNDALE AV                 STRATFORD
EMPLOYMENT:
OCCUPATION:
SOC SEC: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    PHONE (RES):377-0004    PHONE (BUS):000-000-0000

PERSON #:004     STATUS: POLICE OFFICER
NAME: ANDERSON               W
SEX:MALE   DOB: 0/00/00  AGE:     HGT:     WGT:      HAIR:      RACE: WHITE
EYES:             FACIAL HAIR:                BUILD:       COMPLEXION:
ADDRESS:
EMPLOYMENT:
OCCUPATION:
SOC SEC: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    PHONE (RES):000-0000    PHONE (BUS):000-000-0000

PERSON #:005     STATUS: POLICE OFFICER
NAME: DARBY                  S
SEX:MALE   DOB: 0/00/00  AGE:     HGT:     WGT:      HAIR:      RACE: WHITE
EYES:             FACIAL HAIR:                BUILD:       COMPLEXION:
ADDRESS:
EMPLOYMENT:
```

OCCUPATION:
SOC SEC: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     PHONE (RES):000-0000     PHONE (BUS):000-000-0000

PERSON #:006    STATUS: POLICE OFFICER
NAME: BETHKE              E
SEX:MALE    DOB: 0/00/00  AGE:    HGT:    WGT:    HAIR:    RACE: WHITE
EYES:              FACIAL HAIR:              BUILD:    COMPLEXION:
ADDRESS:
EMPLOYMENT:
OCCUPATION:
SOC SEC: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     PHONE (RES):000-0000     PHONE (BUS):000-000-0000

PERSON #:007    STATUS: POLICE OFFICER
NAME: MOORE               S
SEX:MALE    DOB: 0/00/00  AGE:    HGT:    WGT:    HAIR:    RACE: WHITE
EYES:              FACIAL HAIR:              BUILD:    COMPLEXION:
ADDRESS:
EMPLOYMENT:
OCCUPATION:
SOC SEC: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     PHONE (RES):000-0000     PHONE (BUS):000-000-0000

******************************* N A R R A T I V E ******************************

On 7/9/02 at approximately 0215 hrs the writer and Off Bethke were sent to a disturbance in the street in the area of 48 Merwin Av, Milford, Ct. Lt Anderson and Sgt Darby also responded to the scene.

Upon arrival a male was located in the area of 48 Merwin Av, he was identified as Richard Quint with a dob of 3/17/65. A female was located walking westbound on Merwin Av and appeared to be upset. She was identified as Francine Casey dob 2/16/67. Both were interviewed on scene and later at Police HQ's.

Francine Casey stated that she has been in a boyfriend/girlfriend relationship with Richard Quint for a few months. She stated that they had been living together at 48 Merwin Av on and off for approximately 1 month. She stated that on this date she had been out with a few girlfriends at a restaurant. She stated that she had one alcoholic drink. The writer could detect the smell of an alcoholic beverage emitting from her breath. She stated that when she came home Richard Quint became verbally abusive and threw her car keys outside and over her house where she could not find them. She stated that he began to push her around and started to tear apart their house. She stated that this also took place outside. She stated that she was afraid of him and declined to give a written statement or pursue an arrest. The writer observed a scratch and swelling to her left to wrist area. She declined medical treatment on scene.

Richard Quint stated that they have been involved in a live-in relationship for approximately 5 months. He stated that she came home on this date at approximately 1:30 AM and started smacking him as he slept. He stated that she was drunk. He stated that she punched him in the face, left arm, right shoulder, left forearm, kicked him in the legs, and bit him. He stated the fight took place inside and outside in the street. He had swelling in his right eye area and small amounts of bruising on his arms and body. He declined medical treatment and to give a written statement.

Francine Casey further stated that Richard Quint caused these injuries to himself by punching himself.

Both individuals were informed that they were being placed under arrest for domestic violence. Both individuals were placed in double locked handcuffs. Off Bethke patted down the arrestee Richard Quint and later transported him to HQ's. Francine Casey was patted down and no type of weapon was observed. The writer transported her to HQ's.

In booking both arrestees were separated and processed separately. Both arrestees were advised of their Rights using a Notice of Rights form. Both arrestees stated that they understood their Rights, signed the form, and received a copy. Their property was also taken and inventoried. Both arrestees property was placed in lockers. Both arrestees were logged in the booking computer by Off Moore. Both of the arrestees were photographed and fingerprinted. Both arrestees were also negative NCIC. Both arrestees were also given opportunities to make phone calls.

Francine Casey was charged on UAR #1356433 the charge breach of peace 53a-181. Richard Quint was charged on UAR #1356432 with the charge of breach of peace 53a-181.

Both arrestees declined again to give written statements. Both arrestees were released on PTA's. They were both given a domestic court date of 7/9/02. Francine Casey was released at approximately 0350 hrs. Richard Quint was released at approximately 0410 hrs. He also stated that he would be spending the night at his mother's house in Stratford.

The writer completed a family violence offense report and it was notarized and forwarded with this report. The writer also completed a probable cause statement and it was notarized and forwarded with this report. Both individuals were also given victims rights cards.

The writer has no further information in regards to this investigation.

COPY:   DETECTIVE DIVISION
        COURT
        CLEARANCE CODE  _____
STENO:  sn

UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT AT HARTFORD

RICHARD R. QUINT     :     Inmate #123433
                              CIVIL NO. 3:02CV2053(AVC)

V.     :

A. DUNAJ, ET AL.,     :     SEPTEMBER 16, 2003

## INTERROGATORIES DATED JUNE 20, 2003

I Mr. Richard R. Quint, do hereby request. In Propria Personam interrogatories. In accordance with Fed. Rule No. 33

1. From all parties, What is your full name and address?

**ANSWER:** **Sean Darby**
**430 Boston Post Rd**
**Milford, CT 06460**

2. From all parties, State all assets you have.

**OBJECTION:** The foregoing interrogatory is objected to on the grounds that it seeks information beyond the scope of discovery, which is not material to the subject matter of the instant action, concerns the defendant's personal financial status violating his right to privacy, which would not be of assistance in the prosecution of this action, and which is neither admissible nor reasonably calculated to lead to the discovery of admissible evidence.

3. From all parties, State all your job qualifications and resume.

**ANSWER:** **Sergeant with Milford Police**

4. From the following parties: Dunn, Bethke, Anderson, and Darby. Who made the complaint that brought you to the area of 48 Merwin Ave on 7/9/02 at 2:10 AM?

**ANSWER:** **I believe it came from a citizen who wished not to give their name**

5. The tape and transcript of 911 call at 2:10 Am on 7/9/02 to Milford police station from Mr. Quint.

**OBJECTION:** The foregoing interrogatory is objected to on the grounds that it is not a question. To the extent that the same can be treated as a request to produce, the transcription is enclosed. The tape no longer exists.

6. From the following parties: Dunn Bethke, Anderson, Darby, And Hurley. Why Wasn't Miss Casey charged with assault 3rd?

**ANSWER:** Ms. Casey was charged with Breach of Peace. It is in the officer's discretion to determine what charges apply. Officer Dunn was the arresting officer.

7. From the following parties: Dunn, Bethke, Anderson, Darby. Did Mr. Quint Have injuries that needed to be treated when detained at police station?

**ANSWER:** I do not recall. See Interrogatory Response No. 8

8. From the following parties: Dunn, Bethke, Anderson, And Darby. Was Mr. Quint provided with medical attention at police station on 7/9/02? If not, why not?

**ANSWER:** I don't believe so. To the best of my recollection, I believe that Officer Dunn asked Mr. Quint if he wished to receive medical attention and Mr. Quint refused

9. What are the policies and procedures of Milford Police Dept. on people brought in with injuries?

**ANSWER:** Normal procedure is if anyone has an injury or complains of injury then they are asked if they want medical attention. If they request it then it is afforded to them

10. From the following parties: Dunn. In your report on 7/9/02 why doesn't it state who made complaint that brought you to the area of 48 Merwin Ave on 7/9/02.

**ANSWER:** The defendant does not answer this question, as it is not directed to him.

11. From all parties: Is it your job to protect and serve the public?

**ANSWER:** **Yes**

12. From all parties: What does it mean to you to protect and serve the public?

**OBJECTION: The foregoing interrogatory is objected to on the grounds that it seeks information beyond the permissible scope of discovery and which is opinion rather than fact.**

13. From the following parties: Hurley, Richards, Why was Mr. Quint changed from complainant to defendant?

**ANSWER:** **The defendant does not answer this question, as it is not directed to him.**

14. From the following parties: Hurley, Richards. Why wasn't charge of breach of peace dropped against Mr. Quint same time it was dropped against Miss Casey?

**ANSWER:** **The defendant does not answer this question, as it is not directed to him.**

15. From the following parties: Hurley, Richards. Why didn't family relations take Mr. Quint's case along with Miss Caseys'?

**ANSWER:** **The defendant does not answer this question, as it is not directed to him.**

16. From the following party: Richards. Did Mr. Quint have visible injuries on day you interviewed him?

**ANSWER:** **The defendant does not answer this question, as it is not directed to him.**

17. From the following parties: Hurley, Richards. Did Mr. Quint have visible injuries on day of arraignment?

**ANSWER:** **The defendant does not answer this question, as it is not directed to him.**

18. From the following parties: Hurley, Richards. Since Mr. Quint had all the injuries. Why wasn't there a protective order issued against Miss Casey for Mr. Quint?

ANSWER: **The defendant does not answer this question, as it is not directed to him.**

19. From the following party: Hurley. How many times has Mr. Quint tried o get protective order against Miss Carey and been Denied?

ANSWER: **The defendant does not answer this question, as it is not directed to him.**

20. From the following parties: Why was there protective order issued only against Mr. Quint?

OBJECTION: **The interrogatory does not identify which defendants the question is directed to.**

**Without waiving said objection, the defendant cannot respond to this interrogatory as the issuance of a protective order is outside the scope of his duties and responsibilities.**

21. From all parties: Did Mr. Quint ever assault Miss Casey?

ANSWER: **The defendant has no independent knowledge of this and therefore, cannot respond to this interrogatory.**

22. From all parties: Did Miss Casey ever assault Mr. Quint?

ANSWER: **The defendant has no independent knowledge of this and therefore, cannot respond to this interrogatory.**

23. From the following party: Hurley. Did you ever do anything to prevent Mr. Quint from being subjected to gender discrimination? If not, why not?

ANSWER: **The defendant does not answer this question, as it is not directed to him.**

24. From the following party: Richards. How many protective orders has Miss Casey had against different people?

ANSWER: The defendant does not answer this question, as it is not directed to him.

25. From all parties: Has Miss Casey ever assaulted any one in the past besides Mr. Quint?

ANSWER: **The defendant has no independent knowledge of this and therefore, cannot respond to this interrogatory.**

26. From the following parties: Dunaj, Moore, Esposito, Maschner. On 8/21/02 when Mr. Quint was arrested were there mattresses in the holding cells in Milford police station? If not, why not?

ANSWER: **The defendant does not answer this question, as it is not directed to him.**

27. From the following parties: Dunaj, Moore. Was there a mattress in cellM-4 when Mr. Quint was secured in cell on 8/21/02? If not, Why not?

ANSWER: **The defendant does not answer this question, as it is not directed to him.**

28. From the following parties: Dunaj, Moore. Was Mr. Quint provided with linens and blanket. When secured in cell M-4 on 8/21/02? If not, Why not?

ANSWER: **The defendant does not answer this question, as it is not directed to him.**

29. From the following party: Hurley. Did you investigate the accusations made in warrant you signed of on? If not, Why not?

ANSWER: **The defendant does not answer this question, as it is not directed to him.**

30. From the following party: Hurley. Did you advise any officers as to contents to be written in warrant?, or in anyway in this investigation?

ANSWER: **The defendant does not answer this question, as it is not directed to him.**

31. From the following party; Dunaj. On the warrant signed by you on 8/31/02 did states attorney Hurley advise you as to the contents to be stated in it?

**ANSWER:** **The defendant does not answer this question, as it is not directed to him.**

32. From the following party: Dunaj. On the warrant signed by you on 8/31/02 you state you contacted Mr. Quint at his mother's residence on 7/27/02 by phone. Provide notes and phone records of said contact on 7/27/02.

**ANSWER:** **The defendant does not answer this question, as it is not directed to him.**

33. From the following parties: Dunaj, Dunn, Bethke, Anderson, Darby, Moore, Vitti, Esposito, and Maschner. Was Mr. Quint brought to Milford police station on 5/7/02 with any injuries? Who was he brought in by? Were his injuries treated. If not, Why not? Provide all police reports for 5/7/02 concerning Mr. Quint.

**ANSWER:** **The defendant has no independent knowledge of this incident as he was not involved in this case and therefore, cannot respond to this interrogatory.**

34. From all parties: At any time during the events described in the complaint. Did you protect Mr. Quint's' right to equal protection of the law? If not, Why not?

**OBJECTION: The foregoing interrogatory is objected to on the grounds that it seeks information beyond the permissible scope of discovery and which is opinion rather than fact.**

35. From all parties: Is it normal procedure to change complainant to defendant?

**OBJECTION: The foregoing interrogatory is objected to on the grounds that it seeks information beyond the permissible scope of discovery and which is opinion rather than fact.**

36. From all parties; is it normal procedure not to report in reports who complainant is?

**ANSWER:** **Yes. If the person making the complaint refuses to leave their name or**

**doesn't want to then their name is not placed in the computer**

37. From the following party: Hurely. If 911 call from Mr. Quint was exculpatory information why did you avoid and try to hide it through out all of the court proceedings involving Mr. Quint arising from the 911 call Mr. Quint made on 7/9/02.

**ANSWER:** **The defendant does not answer this question, as it is not directed to him.**