UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT AT HARTFORD

| | |
|---|---|
| RICHARD R. QUINT | Inmate #123433<br>CIVIL NO. 3:02CV2053(AVC) |
| V. | |
| A. DUNAJ, ET AL., | OCTOBER 23, 2003 |

## MOTION FOR ENLARGEMENT OF ADDITIONAL TIME

The Defendants request this Court to enlarge the time for objecting, answering or otherwise responding to the plaintiff's August 25, 2003 Request for Interrogatories and Production of Documents for an additional thirty (30) days on the grounds that counsel is awaiting further materials that are necessary in order to adequately respond to the plaintiff's request for production of documents.

Plaintiff is incarcerated therefore we do not have telephone contact with him.

This is the defendants' <u>second</u> request for an enlargement of time.

DEFENDANTS:

By: _____
MELISSA B. GEETTER, Signing for
PATTY G. SWAN
Gordon, Muir and Foley, LLP
10 Columbus Boulevard
Hartford, CT 06106
Fed. Bar No.: CT 15656

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860)525-5361         FAX (860)525-4849         JURIS NO. 24029