# DISTRICT OF CONNECTICUT - BRIDGEPORT
## NOTICE OF APPEAL COVER MEMO

DATE: __September 19, 2003__          TO:     Intake Clerk

FROM:  Cassandra Warren (203) 579-5759

**FILED**
2003 OCT -6  P 12: 01
US DIST...
BRID...

**CASE TITLE:**      Richard R. Quint vs. A. Dunaj, et al

**DOCKET NO.:**      3:02CV2053-AVC

**NOTICE OF APPEAL:**   filed: September 8, 2003

**APPEAL FROM:**
- final judgment: __
- interlocutory: YES
- other: __

**DOCKET SHEET:**
- Attorney, updated address & phone number for each party __Y__
- All parties are listed on Docket Sheet (Including Third Parties) __Y__
- All docket entries and dates are included __Y__

**FEE STATUS:**   Paid _____   Due __✓__   N/A _____
IFP revoked _____   Application Attached _____
IFP pending before district judge _____

**COUNSEL:**   CJA _____   Retained _____   Pro Se __✓__

**TIME STATUS:**   Timely __✓__   Out of Time _____

**MOTION FOR EXTENSION OF TIME:**   Granted _____   Denied _____

**COA:**   Granted _____   Denied _____

**COMMENTS AND CORRECTIONS:**

This is a interlocutory Appeal and the case file is w/ Judge Covello. Record will be forwarded when file is returned to Bridgeport.

I HEREBY ACKNOWLEDGE RECEIPT OF THE NOTICE OF APPEAL.

SIGNED: _R. Morrison_   DATE: 9/25/03
DEPUTY CLERK, USCA