United States District Court
District of Connecticut

Richard R. Quint

V.

A. Dunaj Et AL.,

Civil No. 3:02CV2053 (AVC)(TPS) Prisoner

FILED 2003 DEC 15 P 4: 23

Dated: 12/10/03

## Reply Objection Compell

The Plaintiff does hereby Reply to the defendants Objection to Motion to compell with the following:

1.) The Defendants have not provided tape recording of 911 call by the plaintiff on 7/9/02.

2.) The tape recording was made from master recording on 4/29/03, as stated at end of transcript. (see Exibit A)

3.) The tape recording existed on June 24th, 2003. As stated at end of transcript by stenographer. (see Exibit A)

4.) The tape recording did exist at time of interogatories Dated: June 20th, 2003. As it was not transcribed until June 24th, 2003.

5.) Milford Police Department Policy States: All emergency tapes will be stored for a minimum of 1 year. (see Exibit B)

Pg. 1

6.) Counsel for the defendants has Falsely stated to the plaintiff, the 911 recording of 7/9/02 by the plaintiff does not exist, when it clearly does by the documents the defendants counsel has provided.

WHEREFORE the Defendants have not complied with the plaintiffs First set of discovery. Therefore the Plaintiffs Motion to Compell should be granted.

Respectfully Submitted

Dated: 12/10/03

Mr Richard R. Quint #123433
Cheshire C.I.
900 Highland Ave
Cheshire, Ct. 06410
Pro Se

## Certification

The Plaintiff does hereby certify the foregoing has been sent to all counsel of record.

Patty G. Swan
Gordon, Muir & Foley
10 Columbus Blvd
Hrtfd Ct. 06106-1976

Henri Alexandre
Asst. Atty. Gen.
110 Sherman St
Hrtfd Ct. 06405

Neil D. Farille
Asst. Atty. Gen
110 Sherman St
Hrtfd Ct. 06105

Judge AV Covello
U.S. District Court
450 Main St
Hrtfd Ct. 06103

Dated: 12/10/03

Mr Richard R. Quint

Exibit A

# MILFORD POLICE DEPARTMENT

## MASTER TAPE TRANSCRIPTION

| | | |
|---|---|---|
| DATE OF TAPE: 7/9/02 | START TIME: 0213:30 | ENDTIME: 0349:51 |

PHONE EXT. 201

| TIME | SPEAKER | |
|---|---|---|
| 0213:30 | GEISEL | Milford Police Department, Geisel. |
| | CALLER | Ah, yes, um, I am calling about a disturbance. Um, there's a-- there's some people that are really arguing very, very loud. Um, it's actually-they woke me up and um, you know it just doesn't sound too good and I just thought I should call and let them, um, let the Police Department know about it. |
| | GEISEL | Okay, where are they? |
| | Caller | Um, I live, um, it's just past, um, Surf Village Condominiums, um, on Merwin Avenue. I don't know the number, but, um, the Surf Village Condominiums is where, um, this call is coming from, and, ah, you know you can just hear them really yelling at the top of their lungs back and forth and it's been going on for a while. |
| | Geisel | Are they outside? Are they inside? |
| | Caller | It sounds like they're outside now, but they're like inside and outside. |
| | Geisel | Okay, what's the, the address there? |
| | Caller | I don't know the number of where they are, but it's just past Surf Village Condominiums? |
| | Geisel | What is your address? What is your mailing address? |
| | Caller | Um, the address is on Sand Piper Crescent, but it's on, um, Merwin Avenue, which is just beyond where, um, where this place is. |
| | Geisel | Okay, did you want to leave your name? |
| | Caller | I'd rather not. |
| | Geisel | Okay. |
| | Caller | But it-it sounds like a husband and wife or two people, man and woman, having quite a dispute out there. |
| | Geisel | Okay. |
| | Caller | All right? |
| | Geisel | All right. |
| 0214:52 | | END |
| | | |
| 0220:40 | Geisel | Police Emergency. |

| | | | |
|---|---|---|---|
| | | Caller | What? |
| | | FD Dispatch | Talk to the Police. |
| | | Caller | Hello? |
| | | Geisel | Hello. Police Emergency |
| | | Caller | How you doing? I'm being assaulted by my girlfriend-48 Merwin Avenue. I got punched in the face a few times-she smashed up my stuff -bit me and everything-here they are now |
| | | Geisel | Okay, where-oh |
| | | Caller | They're right in front of me. |
| | | Geisel | Oh, Police are? |
| | | Caller | Yeah. |
| | | Geisel | Okay. |
| | | Caller | I'm tired of this. (To someone in the background-How you doin'?) |
| | | Geisel | Okay. |
| | | Caller | (To Officers in background-A my girl she's ?????? (unreadable) bit me, bruised me-everything else-smashed all my property in the house-I'm at 48 Merwin Avenue, and that's her walking down the street now. (Garbled in the background.) |
| 0221:23 | | | END |
| | | | |
| | | | **RADIO FREQUENCY #1** |
| 0215:43 | | Geisel | 30 and 36 |
| | | Dunn | 30-R & D |
| | | Bethke | High and the road |
| 0216:22 | | Geisel | Both units-in the area of Sandpiper Crescent and Merwin Ave check for a couple possibly outside arguing. Caller is unable to identify where it is exactly coming from. |
| | | Dunn | 30-received |
| | | Bethke | Received |
| | | | |
| 0220:21 | | Dunn | 30-I'm coming into the area. |
| | | Geisel | 10-4 |
| 0221:29 | | Bethke | 36-also coming into the area. |
| | | Localzo | 10-4 |
| | | Lt. Anderson | 303 |
| | | Localzo | 303 |
| | | Lt. Anderson | The male half is down at number 48. He's on the road. The female half is walking westbound on Edgefield right now, by Post 196. |
| | | Localzo | 30 and 36-copy that? |

|         | Dunn    | 30-I'm with the female in front of the American Legion. |
|---------|---------|---------------------------------------------------------|
|         | Bethke  | 36-received                                             |
| 0223:42 | Bethke  | 36-run a male.                                          |
|         | Localzo | Come in.                                                |
|         | Bethke  | Last name-Quebec, Uniform, India, November, Tango-first name Richard-1965/03/17. |
|         | Localzo | 10-4                                                    |
| 0228:06 | Localzo | 36                                                      |
|         | Bethke  | 36                                                      |
|         | Localzo | He's valid-he's showing a File 17 as a registered sex offender. |
|         | Bethke  | I'm aware of that. Is he negative?                      |
|         | Localzo | That's 10-4                                             |
|         | Bethke  | 10-4                                                    |
|         | Dunn    | 30 to 36                                                |
|         | Bethke  | Go ahead                                                |
|         | Dunn    | I'm going to transport her down there.                  |
|         | Bethke  | Go ahead 30                                             |
|         | Dunn    | I'm going to transport this female half down to your-her residence there. |
|         | Bethke  | 10-4                                                    |
|         | Dunn    | 30                                                      |
|         | Localzo | 30                                                      |
|         | Dunn    | I'm going to be transporting her down to 36's location. Mileage is 004-from the American Legion. |
| 0229:28 | Localzo | 0229 hours station KCA587                               |
| 0229:34 | Dunn    | 30-arrived 004                                          |
|         | Localzo | 0230                                                    |
| 0234:48 | Bethke  | 36                                                      |
|         | Geisel  | 36                                                      |
|         | Bethke  | Just so you're aware 30's going to have two 94's. We have everything under control. |
|         | Geisel  | 10-4                                                    |
| 0235:37 | Dunn    | 30 to 36                                                |
|         | Bethke  | Go ahead.                                               |
|         | Dunn    | That's second floor, correct?                           |
|         | Bethke  | The first.                                              |
|         | Dunn    | 10-4                                                    |

| | | |
|---|---|---|
| 0239:22 | Localzo | 30 |
| | Dunn | Enroute with a female 94-mileage is 004. |
| | Localzo | 0239 hours |
| | Bethke | 36 I'll have the male-777 |
| | Bethke | 0240 hours station KCA587 |
| 0239:47 | | END |
| | | |
| 0247:40 | Dunn | 30-the sallyport. |
| | Dunn | Close it 009 |
| | Geisel | 10-4 0248 |
| 0249:26 | Bethke | 36 It'll be 782 |
| | Localzo | 0249 |
| | | |

| RECORDING MADE | | TRANSCRIBED | |
|---|---|---|---|
| Date: | 04/29/03 | Date: | 06/24/03 |
| Time: | 0940 | Time: | 10:56 |
| Officer: | Sergeant G. Depgen | Stenographer: | K. A. Walsh |

Exibit B

 

# Milford Police Department Policy

### Chief Thomas E. Flaherty

**SUBJECT**: Master Recording Machine – Playback Authorization - Security of Tapes — Logs

**EFFECTIVE DATE:** October 6, 2003

The Milford Police Department, in accordance with established law and practice record all radio transmissions and telephone calls that come into this Department's emergency communications center. Personnel having a need to access these recordings for investigative purposes shall adhere to the following procedure.

### Playback Authorization

- Submit a written request to their Division Commander for their review and authorization
- Upon review and approval this request will be forwarded to the Patrol Division Commander for review and authorization
- Upon authorization the Patrol Div. C.O. will either obtain the tape from the Evidence officer (who will log it out to the C.O.) or authorize the accessing of the requested information from the recorders hard drive
- A copy of the authorized request will be forwarded to the Chief's Office by the Patrol Div. C. O.
- The Patrol C. O. and the Evidence Officer will maintain logs to accurately track the location, use of and requests for master tapes
- After the tape has been played back and transcribed the master tape will be returned to evidence
- Any reproductions or copies of any portion of the master tape will be noted on the authorization form and such form will indicate who is in possession of such copy.
- Only those persons authorized and trained are allowed to access the Nicelog program for the purposes of retrieving recorded data

### Security of Tapes

The Patrol Captain will insure that the authorization forms and tape logs are properly and completely executed. The evidence officer will be responsible for carefully maintaining the security of the tapes as well as accurate logs of requests and the location of the tapes. He will also insure that at a minimum, one (1) year of recorded tapes are always maintained at any one time in his custody.

In the event an emergency arises requiring the immediate playback of a tape during the hours the Patrol Commander is not on duty, the Patrol Commander, the operations Inspector or the Chief of Police will be contacted to authorize the response of a trained operator to retrieve the needed data.

Personnel who have not been trained or provided with access authorization will not attempt to access the playback program to retrieve data from the system. In the event, the Shift Commander deems it an emergency to retrieve data they will complete a memo detailing the circumstances and forward it to the Patrol Commander for his review.

A Division Commander who has a need to access the master recorder retrieval system will forward the authorization form to the Operations Inspector for his review and authorization.