UNITED STATES DISTRICT COURT    FILED

DISTRICT OF CONNECTICUT    03 DEC 16 P 1:42

DISTRICT COURT
HARTFORD CT

RICHARD R. QUINT
                                              PRISONER

       v.                        Case No. 3:02CV2053(AVC)(TPS)

OFFICER DUNAJ, et al.

## RULING AND ORDER

Plaintiff has filed a motion asking the court to compel the remaining defendants, Milford

Police Officers Dunaj, Dunn, Anderson, Darby, Bethke, Moore, Vitti, Esposito and Marschner ("the

Milford Police defendants"), to respond to questions ## 5, 7, 10 and 34 of his June 20, 2003

interrogatories. He states that the Milford Police defendants failed to respond to his informal

attempts to resolve this dispute. In response, the Milford Police defendants state that they served

supplemental responses following an agreement on disputes requests and have complied to the best

of their abilities.

After reviewing copies of the discovery requests and responses, the court concludes that the

Milford Police defendants attempted to resolve the discovery dispute in good faith and have

responded to the referenced interrogatories. Accordingly, plaintiff's motion to compel [**doc. #85**]

is **DENIED**.

Plaintiff also seeks leave to file a third amended complaint. The Milford Police defendants

oppose this motion.

On September 19, 2003, the court granted the Milford Police defendants' motion for more

definite statement and ordered plaintiff to file an amended complaint on the court's form. Plaintiff was directed to specify his claims against each of the Milford Police defendants and allege facts demonstrating each defendant's involvement. The court provided a complaint form to plaintiff to enable him to comply with the order.

The proposed third amended complaint is not on the court's form. Plaintiff includes claims that have been dismissed and does not allege facts describing the actions of any of the Milford Police defendants. Accordingly, all of plaintiff's pending motions to amend [**docs. ##74, 73, 62**] are **DENIED** without prejudice. The court will afford plaintiff one **final** chance to file an amended complaint that complied with the court's September 2003 order. The Clerk is directed to send plaintiff a complaint form. Plaintiff is directed to complete and return the form within **twenty** days. Plaintiff shall not include any claims or defendants previously dismissed from this action. In addition, plaintiff shall allege specific facts describing the actions of each defendant in the incident giving rise to his claims.

**SO ORDERED** this 16 day of December, 2003, at Hartford, Connecticut.

Thomas P. Smith
United States Magistrate Judge