United States District Court
District of Connecticut

Richard R. Quinn | Civil No. 3:02CV2053 (AVC)(JPS)
                 |         Prisoner
V,               |
A. Dunaj. Et AL.,| Date: 12/29/03

Motion for Extension of time, for Review of Magistrates Ruling and Order by District Judge. Motion to Set aside

The Plaintiff does hereby move this Court for extension of time to file Amended Complaint. For Review of Magistrates Ruling and Order. To set aside Ruling and order of Magistrate. For the following Causes;

A.) The Magistrates Ruling and Order (Exibit A) is founded on mistaken information.

B.) Plaintiffs Motion to compell should be granted as defendants have not attempted in good faith to respond to the referenced intarogatories. As 911 Tape still has not been provided nor has other questions been properly answered. (see Exibit B)

C.) The Rules of Court do not require the plaintiff to utilize the Court form.

D.) All claims included in amended complaint are pending. As Plaintiff is awaiting appellate review of dismissals as to Defendants Hurley and Richards.

Oral Arguments Requested        Pg. 1    Oral Arguments Requested

E.) The Plaintiff clearly describes facts regarding the actions of the Milford Police Defendants, (see Exibit C)

F.) The Plaintiffs 3rd Amended complaint is in compliance with Motion for more definitive information. Goes further than requested, (see Exibit D) (pg. 3 Paragraph 1) As stated By Defendants Counsel

WHEREFORE, The Ruling and Order of the Magistrate Judge has been Erroneusly issued, and Should be set aside. 3rd Amended Complaint should be allowed to be filed. Motion to Compell should be granted.

Respectfully Submitted

Dated: 12/29/03

Mr Richard R. Quinn #123433
Cheshire C.I.
900 Highland Ave
Cheshire, Ct. 06410

Pro Se

## Certification

The Plaintiff does hereby Certify a copy of the foregoing has been sent to all counsel of record.

| | | | |
|---|---|---|---|
| Patty G. Swan | Henri Alexandre | Neil D. Parrile | Judge A. V. Covello |
| Gordon, Muir & Foley | Asst. Atty. Gen. | Asst. Atty. Gen. | U.S. District Court |
| 10 Columbus Blvd | 110 Sherman St | 110 Sherman St | 450 Main St |
| Hrtfd, Ct. 06106-1976 | Hrtfd, Ct. 06105 | Hrtfd, Ct. 06105 | Hrtfd, Ct. 06103 |

Dated: 12/29/03

Mr Richard R. Quinn

Oral Argument Requested

Exibit A

1.) Ruling and order