United States District Court
District of Connecticut

Richard R. Quint

V.

A. Dunaj Et Al.,

Civil No. 3:02CV2053(AVC)(TPS)

FILED
2004 JAN 20 P 5:11

Dated: 1/14/04

## Motion For Appointment of Counsel

The Plaintiff does hereby Move this Court for appointment of counsel. In accordance with Local F.R.C.P. Rule 29. To appoint counsel to him from Civil Pro Bono Panel. The plaintiff has made reasonable efforts to obtain Counsel. (see Attached)

The Plaintiff injured himself and is on medication that is impairing his thought processes. along with the Pain from the injury. (see Attached)

The Plaintiff in this state can not fully and fairly litigate this matter, as his judgment is Impaired.

WHEREFORE, Counsel Should be appointed to ensure the plaintiff can fully and fairly have his claims Litigated.

Dated:

Respectfully Submitted

Mr Richard R. Quint #123433
Cheshire C.I.
900 Highland Ave
Cheshire, Ct. 06410
Pro Se

## Order of the Court

The motion is hereby Granted/Denied.

Dated: _____

United States District Judge<br>or Magistrate Judge

## Certification

The Plaintiff does hereby Certify a copy of the foregoing was sent to all counsel of Record.

Henri Alexandre
Asst. Atty. Gen.
110 Sherman St
Hrtfd, Ct, 06105

Patty G. Swan
10 Columbus Blvd
Hrtfd, Ct, 06106-1976

Neil Parville
Asst. Atty. Gen.
110 Sherman St
Hrtfd, Ct, 06105

Judge A.V. Covello
U.S. District Court
450 Main St
Hrtfd, Ct. 06103

Dated: 1/14/04

Mr Richard R. Quinn

# The Jerome N. Frank Legal Services Organization

YALE LAW SCHOOL

January 13, 2003

Richard Quint   #123433
1106 North Ave.  B3-9
Bridgeport, CT   06604

Dear Mr. Quint:

    We received your letter requesting assistance with your 1983 action. Unfortunately, this office is unable to provide the assistance you request. This office is staffed primarily by law student interns and lacks the resources to accept additional cases of this nature at this time. We are returning the copy of the civil rights complaint you enclosed with your letter.

    We regret that we are unable to assist you and wish you the best of luck.

Sincerely,

Brett Dignam

BD/kld

Enclosure

P.O. BOX 209090, NEW HAVEN, CONNECTICUT 06520-9090 · TELEPHONE 203 432-4800 · FACSIMILE 203 432-1426
COURIER ADDRESS  127 WALL STREET, NEW HAVEN, CONNECTICUT 06511

LAW OFFICES OF

# Jacobs, Grudberg, Belt & Dow, P.C.

350 ORANGE STREET
POST OFFICE BOX 606
NEW HAVEN, CONNECTICUT 06503-0606

TELEPHONE (203) 772-3100
FAX (203) 772-1691

OUR FILE NUMBER

HOWARD A. JACOBS
IRA B. GRUDBERG
DAVID L. BELT
WILLIAM F. DOW, III
JONATHAN KATZ
WILLIAM M. BLOSS
DAVID T. GRUDBERG
BERNARD CHRISTIANSON
JOSEPH J. PACKTOR
ROSEMARIE PAINE
ALINOR C. STERLING
ANDREW I. SCHAFFER
TRISHA MORRIS PORTO
EDWARD J. McMANUS
JOSHUA D. LANNING

ISRAEL J. JACOBS (1918-1963)

June 9, 2003

Mr. Richard R. Quint
No. 123433
Walker/McDougal CI
1153 East Street South
Suffield, CT 06080

Dear Mr. Quint:

    I have your letter of June 3rd and the Civil Rights Complaint you filed. It is not a case I am interested in. Based on what you have pleaded, I don't think it is something likely to be successful, and I would not be willing to undertake it on a contingent fee basis. In addition, I graduated from high school with Mark Hurley's father, and I am reasonably friendly with him -- and would not feel comfortable suing him. I am sorry I cannot be more helpful.

                          Very truly yours,

                          JACOBS, GRUDBERG, BELT & DOW, P.C.

                          By_____
                            Ira B. Grudberg

IBG/ad
P.S. In the event you try other possible counsel, I am returning your copy of the Complaint to you.

**LAW OFFICES
OF
SYDNEY T. SCHULMAN**

**INMATES' LEGAL ASSISTANCE PROGRAM**

Administrative Director
Sydney T. Schulman, Esq.

Managing Attorney
Jane Starkowski

Staff Attorneys
Richard P. Cahill
Peter Downs
Jessica J. York
Michael A. Rubino, Jr.
Kenneth J. Speyer
Foye A. Smith
Jenna M. Edmundson

June 4, 2003

Richard R. Quint
Inmate # 123433
McDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

Dear Mr. Quint:

   This is in response to your letters dated March 10, 2003, and March 17, 2003, that were received by Inmates' Legal Assistance Program on March 13, 2003, and March 24, 2003. In your letters you requested a U.S. Supreme Court decision, the federal rules of civil procedure and rules of appellate procedure and the rules of professional responsibility.
   Pursuant to your request, enclosed are the following:

1. <u>Houston v. Lack</u>, 487 U.S. 266 (1988)
2. Connecticut Rules of Professional Responsibility

   If you require a copy of the federal rules of civil procedure and the appellate rules, you will have to purchase them yourself. Inmates' Legal Assistance Program does not have the resources to provide these volumes to inmates. If you wish to purchase the two books, you can write to the following publisher:

>   West Publishing Group
>   620 Opperman Drive
>   Post Office Box 64833
>   Saint Paul, MN 55164-9752

   Accompanying your letter dated March 17, 2003, was a copy of a civil rights complaint under 42 U.S.C. § 1983 or 42 U.S.C. § 1985 against members of the Milford Police Department and two judicial officials. Unfortunately, Inmates' Legal Assistance Program is unable to assist you in this matter.
   Your complaint appears to stem from your arrest and criminal conviction for violation of a protective order. The present standing of the law requires you to have the conviction overturned before you can pursue a civil rights complaint stemming from the same circumstances.

78 OAK STREET • P.O. BOX 260237 • HARTFORD, CT 06126-0237 • TEL. (860) 246-1118 • FAX (860) 246-1119
TOLL FREE NUMBER 1-800-301-ILAP

Richard R. Quint
Page 2
June 4, 2003

  Before Inmates' Legal Assistance Program can provide legal assistance in complaint against the police officers, state prosecutor and the family relations counselor, you will have to show this office that your conviction was overturned and there was no probable cause for your arrest. Again, your conviction on the charges indicates that there was probable cause for your arrest and, therefore, the actions of the state actors were reasonable under the circumstances.
  If you can show, however, that the claim of malicious prosecution and false arrest is supported by factual evidence, this office can provide you with assistance in pursuing the federal lawsuit. You should provide this office with copies of any documents related to your claim for review if you want help from Inmates' Legal Assistance Program. Based on your complaint, your allegations of wrongdoing by the police officers, prosecutor and family relations counselor are unsupported.
  In the future, if you require legal assistance in any other civil matters, please write to this office at the address listed at the bottom of the front page.

                   Sincerely,

                   Peter Downs
                   Attorney

Enclosure

John Dempsey Hospital
University of Connecticut Health Center
Department of Radiology
(860) 679-2784
Department of Nuclear Medicine
(860) 679-3120

*REQUEST COPY*

NAME: QUINT, RICHARD
DOS: 08/14/03   REQ NO: 00626779
READ: 08/19/03   TYPED: 08/19/03 15:39
RADIOLOGIST: KARAK, PRASANTA

PAT ID: T90123433   DOB: 03/17/65
REFERRED BY: VIGNERON, E MORG
TYPED BY: 898   LOCATION: PR17
RESIDENT:   ZELINKA, PETER

DIAGNOSTIC RADIOLOGIC REPORT

FRONTAL AND LATERAL VIEWS OF THE LS SPINE:

INDICATION:
Not given.

FINDINGS:
There is a chip fracture off the anterior-superior portion of the T12 vertebral body that is well corticated and does not appear to be acute. The remainder of the vertebral bodies and the LS spine have normal alignment, vertebral body height, and intervertebral disk spaces. No evidence for degenerative changes and the SI joints are intact, bilaterally.

CONCLUSION:
Old chip fracture T12.

CPT 72100, ICD-9 V71.89

The examination was reviewed with Prasanta Karak, M.D.

**********
354045

APPROVED BY KARAK, PRASANTA, M. D.

PAGE 1

HR401 REV.5/94
CONNECTICUT DEPARTMENT OF CORRECTION
**CLINICAL RECORD**

CONFIDENTIAL - The confidentiality of this material is required under General Statutes Chapter 899 and shall not be transmitted to anyone without written consent or other authorization as...

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 123433 | 3/7/65 |

INMATE NAME (LAST, FIRST, INITIAL): Quint, Richard
SEX: (M) F    RACE/ETHNIC: B (W) H O    FACILITY: CCIC

| DATE/TIME | |
|---|---|
| 12/3/03 9:45 | Pt c̄ c/o persistent pain - "all my meds don't help - I need narcotic meds for pain". No back pain - no Tx faxted. N gait - Pt on NSAIDs - no guaiacs - I/M g. discussed c̄ him acute v. chronic use of narcotics for chronic pain - & addiction. - Anti filovir - await u/c decision. [signature] |
| 12/04/03 | Discussed c̄ Dr Khurazadeh - no med issue reported - no apparent distress to indicate [?] flu prev. D.Amaldi pa |
| 12/11/03 | S - c/o back pain. I need stronger pain meds. O - has numerous complaints of pain w/o's. on MRI see M.D. note 12/3/03 refer back to M.D. Dr [signature] added: I/M very angry about care status, I am appealing my care, very short tempered c̄ staff - H/O drug seeking. [signature] PA |
| 12/15/03 1:50 | Pt c̄ persistent low back pain - states nuc & NSAIDs nelp - wants narcotics once again. Time discussed c̄ him addiction potential [?] c̄ narcotics. Normal gait as he left my office. Re: u/c spinal MRI - A/referred Felden Rx [signature] mo |

HR925 REV. 12/95
CONNECTICUT DEPARTMENT OF CORRECTION
**PHYSICIAN'S ORDERS**

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 123433 | 3/17/67 |

INMATE NAME (LAST, FIRST, INITIAL): Quint, Richard

| SEX | RACE/ETHNIC | FACILITY |
|---|---|---|
| (M) F | B (W) H O | CRCI |

**INSTRUCTIONS FOR USE:** Physicians must sign name and title under each order. Each order must be initialed in the space provided by the licensed nurse who transcribed the order. Medications will be dispensed according to brands stocked in pharmacy.

**DRUG ALLERGIES / HYPERSENSITIVITY** Accutane

| Date | Time | ORDER / RATIONALE | Nurse's Signature and Title |
|---|---|---|---|
| 8/30/03 | 11 AM | Flexeril 10mg PO BID × 5 days<br>F/U c MD this week<br>D/C Dolobid 500mg BID → IM Refused<br>M.V.  Dr Vigneron | MORGAN VIGNERON, M.D. |
| 9-2-3 | 8:30 | Flexeril 10mg p.o. TID 90d<br>Return 2 mos,<br>B₁₂ 12 mos,<br>No sports, dec. pt work<br>R. MORGAN VIGNERON, M.D.<br>noted | |
| 9/18/03 | 9:55 | URC for (1) ENT<br>(2) MRI Spine<br>Ganpat S. Chouhan, MD<br>FACEP, MBBS | noted |
| 9/25/03 | 11⁵ | Neurontin 300 y p.o. TID<br>× 60 days<br>Ganpat S. Chouhan, MD<br>FACEP, MBBS | Richard |
| 10/19/03 | 10A | Anusol HC crm. to external<br>hemorrhoids BID prn × 30d.<br>To Dr. Ruiz<br>A Donovan | 10/20 |

AUTHORIZATION IS HEREBY GIVEN TO DISPENSE THE MEDICATION EQUIVALENT
(UNDER THE D.O.C. FORMULARY SYSTEM) UNLESS THE PRODUCT DESCRIBED IS CIRCLED.

HR925 REV. 12/95
CONNECTICUT DEPARTMENT OF CORRECTION
**PHYSICIANS ORDERS**

INMATE NUMBER: 123433
DATE OF BIRTH: 3/17/67 (3-17-65)
INMATE NAME (LAST, FIRST, INITIAL): Quint Richard
SEX: M
RACE/ETHNIC: W
FACILITY: CCIC

**INSTRUCTIONS FOR USE:** Physicians must sign name and title under each order. Each order must be initialed in the space provided by the licensed nurse who transcribed the order. Medications will be dispensed according to brands stocked in pharmacy.

**DRUG ALLERGIES / HYPERSENSITIVITY** Accutane

| Date | Time | ORDER / RATIONALE | Nurse's Signature and Title |
|---|---|---|---|
| 10/28/3 | | RTO in lub of FLU-Neuro (illegible) Feldene 20, p.o. qd × 30 days c̄ (illegible) | (signature) |
| | | NB M/al k/f | (signature) |
| 11/4/03 | NA | Protosol crm to external hemorrhoids BID prn × 30d. T.O. Dr. Ruiz / A Donovan | (signature) 11/4/? |
| 11/9/03 | 8AM | Med Renewal Nasalide nasal spray # guays bid × 60 days T.O. Dr. Ruiz / RMacy | (signature) |
| 12/02/03 | 11A | Med Renewal Flexeril 10mg po tid × 30 days (DOT) T.O. Dr. Ruiz / (illegible) | (signature) CHN |
| 12/5/3 | | Feldene 20 — po c̄ (illegible) | (signature) |
| 12/5 | 7 | DM c̄ MBC | (signature) |

**AUTHORIZATION IS HEREBY GIVEN TO DISPENSE THE MEDICATION EQUIVALENT (UNDER THE D.O.C. FORMULARY SYSTEM) UNLESS THE PRODUCT DESCRIBED IS CIRCLED.**