United States District Court

District of Connecticut

Richard R. Quint

V,

A. Dunaj Et Al.,

Civil No. 3:02CV2053 (AVC)(TPS)

Prisoner

2004 FEB 27  A 11: 03

Dated: 2/23/04

## Motion for Reconsideration

The Plaintiff does hereby move the Court for Reconsideration of his motion for Extension of time, Review of Magistrates Ruling and Order by District Judge. Motion to set aside. For the following Causes:

1) Oral argument was requested. As the Plaintiffs testimony is required. Ruling made with out the Plaintiffs Oral argument and testimony. Denied Plaintiff oppurtunity to fairly Litigate motion.

2.) The Plaintiff clearly showed the 911 Tape Exists. The defendants should be compelled to disclose tape As it is material evidence in this case.

3.) The Magistrates Ruling and Order was and still is founded on Untrue information. Is clearly erroneus

4.) The dismissal of complaint as to defendants Hurley and Richards, should be stayed pending the decision of the appeal of that Ruling.

5.) The third amended complaint should be filed until the Ruling of the appellate Court, On the Dismissil of complaint against defendants Hurley and Richards,

WHEREFORE, The foregoing Causes the Plaintiffs' Motion of 12/29/03 should be reconsidered. The Plaintiff Should be allowed to give Oral Argument and testimony as requested to ensure, the motion is fairly Litigated.

Respectfully Requested

Dated: 2/23/04

Mr. Richard R. Quint #123433
Cheshire C.I.
900 Highland Ave
Cheshire, Ct. 06410

Pro Se

Certification

the plaintiff does here by certify that a copy of the foregoing has been sent to all counsel of record.

Patty G. Swan
Gordon, Muir & Foley
10 Columbus Blvd
Hrtfd, Ct. 06106-1976

Neil Parville
Asst. Atty. Gen.
110 Sherman St
Hrtfd, Ct. 06105

Judge A.V. Covello
U.S. District Court
450 Main St
Hrtfd, Ct. 06105

Dated: 2/23/04

Mr. Richard R. Quint