Mr. Richard R. Quint In Propria Personam

United States District Court
District of Connecticut

Richard R. Quint                )   Civil No. 3:02CV2053 (AVC)(TPS)
                                )   Prisoner
V.                              )
                                )
A. Dunaj ET AL,                 )   Dated: 2/23/04

## Motion for Sanctions

The Plaintiff does hereby move this Court for Sanctions against the defendants for Destruction of Material evidence. for the following causes:

1.) The 911 Call by the Plaintiff on 7/9/02. is very relevant to this case. is material evidence.

2.) The Plaintiff requested Defendants to provide tape of 911 call by Plaintiff on 7/9/02, in Interrogatories Served on Defendants on June 20th, 2003, At which time the tape existed as recording was made from master tape on April 29th, 2003 which was transcribed on June 24th, 2003. 4 days after request for tape was made to Defendants,

3.) If the tape does not exist. That means the Defendants destroyed material evidence in this case. To hide facts from the Plaintiff and this Court.

WHEREFORE, The Plaintiff requests sanctions this Court deem just and equitable, for the defendants Destruction of material evidence be imposed against them.

Respectfully Submitted

Dated:

Mr Richard R. Quint #123427
Cheshire C.I.
900 Highland Ave
Cheshire, Ct. 06410
Pro Se

## Certification

The Plaintiff does here by Certify a copy of the foregoing has been sent to all counsel of record.

| | | |
|---|---|---|
| Patsy G. Swan | Neil D. Parville | Judge A.V. Covello |
| Gordon Muir & Foley | Ass't Atty. Gen | U.S. District Court |
| 10 Columbus Blvd | 110 Sherman St | 450 Main St |
| Hrtfd, Ct. 06107-1976 | Hrtfd, Ct. 06105 | Hrtfd, Ct. 06106 |

Dated:

Mr Richard R. Quint