UNITED STATES DISTRICT COURT
AMENDED COMPLAINT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Richard R. Quint | : | **FILED** |
| V. | : | Prisoner<br>Civil No.3:02CV2053(AVC)(MARPS) ⊃ 2:28 |
| Andrew Dunaj | : | |
| Christopher Dunn | : | Dated: Feb. 23, 2004   US DISTRICT COURT<br>BRIDGEPORT CT |
| William J. Anderson | : | |
| Sean Darby | : | In thier official and |
| Edward Bethke | : | Individual Capacities |
| Sean Moore | : | |
| Antonio Vitti | : | Jury Demand |
| Daniel Esposito | : | |
| Brandon Marschner | : | |

This is a Civil Rights Complaint brought in accordance with 42 U.S.C. §1983,§1985,§1986. Jurisdiction is also invoked pursuant to 28 U.S.C. §1343(a)(1)(2)(3).

A. PLAINTIFF

1.) Mr Richard R. Quint, who presently resides at Cheshire C.I. 900 Highland Ave, Cheshire, Ct. 06410.

B. DEFENDANTS

2.) Officer Andrew Dunaj, whose address is 430 Boston Post Rd Milford, Ct, 06460. Who is employed as police officer of the city of Milford, Ct.

3.) Officer Christopher Dunn, whose address is 430 Boston Post Rd Milford, Ct. 06460. Who is employed as police officer of the city of Milford, Ct.

4.) Lieutenant William J. Anderson, whose address is 430 Boston Post Rd, Milford, Ct. 06460. Who is employed as police officer of the city of Milford, Ct.

5.) Sargent Sean Darby, whose address is 430 Boston Post Rd Milford, Ct. 06460. Who is employed as police officer of the city of Milford, Ct.

Pg. 1

6.)Officer Edward Bethke,whose address is 430 Boston Post Rd Milford,Ct.06460.Who is employed as police officer of the city of Milford,Ct.

7.)Officer Sean Moore,whose address is 430 Boston Post Rd, Milford,Ct.06460.Who is employed as police officer of the city of Milford,Ct.

8.)Officer Antonio Vitti,whose address is 430 Boston Post Rd Milford,Ct.06460.Who is employed as police officer of the city of Milford,Ct.

9.)Officer Daniel Esposito,whose address is 430 Boston Post Rd Milford,Ct.06460.Who is employed as police officer of the city of Milford,Ct.

10.)Officer Brandon Marschner,whose address is 430 Boston Post Rd Milford,Ct.06460.Who is employed as police officer of the city of Milford,CT.

At all times stated in this complaint all defendants are citizen of Connecticut.All defendants were acting under color of state law.

### C.NATURE OF CASE

Mr Quint called police on 7/9/02 at approximatly 2:10 AM(Exibit A) Because his girlfriend Francine E.Casey came home drunk and attacked him in his sleep.Upon waking by being assaulted Mr Quint took his cell phone,went outside,as he did not have service in the house,called 911 Milford Police.Miss Casey continued assaulting Mr Quint while he was calling the police.Mr Quint was talking with the dispatcher of the Milford Police Dept.,when the patrol cars pulled into view.At this time Miss Casey stoped assaulting him and started walking down the street.

Officers Dunn,Bethke,Sgt.Darby And Lt Anderson arrived on the scene on Merwin Ave,Milford,Ct. At which time Mr Quint and Miss Casey were detained and brought to the milford police station.Mr Quint and Miss Casey were both charged with breach of peace.

At police station Mr Quint asked officer Dunn and Bethke for medical attention for the injuries Miss Casey had inflicted upon him.Mr Quint also told officers Dunn and Bethke to charge Miss Casey with assault 3rd degree.Because of the injuries he sustained upon his person when Miss Casey assaulted him.He sustained the following injuries brusies to face,body,and arms(see exibit b).At which time officers Dunn and Bethke stated to Mr Quint"that if he continued to ask for medical attention and to have Miss Casey charged with assault 3rd they would not release him on a promise to appear".There by coercing Mr Quint by duress to sustain from requesting from requesting to to recieve medical attention and to have Miss Casey charged with assault 3rd.

Officers Dunn,Bethke,Sgt.Darby and Lt Anderson chose not to report that Mr Quint was the complainant,who called the police on 7/9/02.Or that Mr Quint was assaulted by Miss Casey inflicting bodily harm to Mr Quints person.(see exibit b)

Officers Dunn and Bethke,do not state in thier reports that that Mr Quint requested that Miss Casey be charged with assault 3rd degree in accordance with the law rather than breach of the peace . As Mr Quint sustained physical injuries to his person,when he was assaulted by Miss Casey.Mr Quint made this request while at Milford police station.

Officers Dunn And Bethke should have charged Miss Casey with assault 3rd degree.as that is proper charge when someone assaults someone causing injury,as is the situation here,they did not.(see exibit c)

This was the second time Mr Quint was brought to Milford Police Station,in which he was denied medical attention,for injuries inflicted upon him by Miss Casey.

The first time Mr Quint was brought to Milford Police Station, denied medical attention,due to injuries inflicted upon him by Miss Casey was on 5/7/02(see exibit d)at which time Mr Quint was picked up after police came to merwin ave over disturbance,as Miss Casey was in a drunken rage on this date also.Miss casey had inflicted injuries to Mr Quints person on this date also.Mr Quint did not want to press charges on this occasion.Mr Quint did not get medical attention until until he was picked up from milford police by stratford police for warrant he was arrested for .he did not get medical treatment until at stratford police station,even though he asked milford police for treatment.

On 7/9/02 Mr Quint is arraigned at Milford Superior Court.At which time Mr Quint is changed from being the victim/complainant to the defendant.

Because all police reports written by the defendants left out the facts that Mr Quint called police and made the complaint in this matter.There by misleading the court.So the court was unable to make fair,truthful,and proper decisions in this matter.Denying Mr Quint Due Process of the law.

Mr Quint was the person who was assaulted and made complaint. Because of the misleading police reports made by the defendants Mr Quint was denied equal protection of the laws.As the Court based its decision to give Miss Casey protive order on incomplete information provided by the defendants.

Milford police officers should be aware of Miss Caseys History with the men in her life.As she has a long history of protective orders

and assaultive behavior.even if the charges are dropped by the courts.

On 7/22/02 Miss Casey comes home drunk again,miss places her purse. The next morning she can not find it.she is still spiteful that Mr Quint called police on her.Maybee she saw him with another woman who knows. So she calls milford police stating" Mr Quint took her purse,but she does not want to press charges at this time"Because she is lying as she doesn't know what happened to her purse.Then when she finds her purse she calls police back again telling them she recovered her purse.At the expence of Mr Quint being charged twice for violation of protective order. (see exibit e)

Mr Quint is contacted by officer Dunaj,about this incindent.At which time Mr Quint makes the following statement"he was not there call his lawyer" to officer Dunaj.Officer Dunajthen takes it upon himself to fabricate a statement in warrant,other than statement made by Mr Quint.Officer Dunaj also states he contacted Mr Quint at his mothers house and phone number which he did not.He did contact Mr Quint on his cell phone #589-9328 not his mothers #377-0004 as officer Dunaj states he did.(see exibit e)This warrant is not served on Mr Quint at this time.

On 8/20/02 a month has gone by Miss Casey calls police again stating: "Mr Quint came by her house and her car has a flat tire"During court testimony her story and her brothers John Casey contridict each other.As Miss Casey was lying again.Also milford police should be aware the exact same senario was used with Miss Caseys last boyfriend Billy Evans of flat tires ect. except he was arrested on the premises for breaking window and door.This should have been taken into account by defendants prior to arresting Mr Quint.

On 8/21/02 at approximatly 1:00AM Mr Quint was arrested by officers Dunaj,Moore,Esposito,and Marschner(see exibit f)with out a warrant for his arrest.Mr Quint was in Helwigs Cafe on new haven ave in milford at time of arrest.Mr Quint was siezed at this time six hours after alledged incindent

occured with out a warrant.He was cuffed in front of a bar full of people and brought to the city of milford police station. He was not questioned or informed why he was arrested until he was in custody. Then he was charged with violation of protective order and criminal trespass,which are both the same offence.

Mr Quint was then placed and secured in holding cell M-4 by officer Dunaj and Moore (see exibit f).Holding cell M-4 did not have mattres in it, nor was he provided with a mattres,blanket,or sheets.Even in segregation in a prison a person must be provided with mattres,blanket and sheets to meet basic human needs.Placing Mr Quint in cell with only steel bunk,does not meet the requirement of basic human needs.Subjected Mr Quint to in human conditions.Mr Quint as a detainee has at least the same rights as a convicted person would have,not to be subjected to in humane conditions.

Mr Quint is not exactly sure of Miss Caseys' motive for this.other than she was spiteful about Mr Quint calling police on her.This was right after breach of peace charge was dropped against her.

Mr Quint is sure Miss Casey complaint on 8/20/02 was malicious.As she must have seen him with another woman.As this was the same scenario,she had at end of last relationship,flat tire,trespassing,Ect.Miss Casey has a lengthy history of having proctive orders against the men in her life, she also has a assaultive history.All of which the defendants should of been aware of.

From the begining of this matter the defendants have conspired to deprive the plaintiff of his right to Due Process of the Law.By not reporting that the plaintif was the complainant/victim,who initiated this matter.

The defendants should also beaware of Miss Caseys assaultive behavior they chose to disreguard this in thier investigations and reports.

Mr Quint was assaulted,then placed in jail because he reported he was assaulted by a female.He was not afforded the same protection a female would have recieved in the same situation.

Miss Casey assaulted Mr Quint on numerous occasions,inflicting bodily injuries to his person.Milford police had knowledge of two of these occasions,chose to do nothing about it.

Mr Quint was discriminated against,denied equal protection of the the law.Because of his gender,by all of the defendants.

## CLAIMS

4th,5th,8th,and 14th Amendment Rights to the United States Constitution were violated by the defendants.

## FACTS

1.)The action of the city of milford police officers Dunn,Bethke, Sgt.Darby and Lt.Anderson leaving fact out of police report that Mr Quint called police,that he was the complainant/victim.Denied Mr Quint to Equal Protection of the Law and Due Process of the Law.

2.)Mr Quint was deprived of his liberty and his person was siezed with out warrant by defendants city of milford police officers Dunaj,Vitti, Moore,Esposito,and Marschner.Violating his Right to be Secure in his person and not to be siezed with out a warrant,issued upon probable cause.

3.)Mr Quint was subjected to inhumane conditions by defendants Dunaj and Moore.When they placed him in holding cell with out mattres, blanket and sheets.Subjecting him to punishment with out due process. Violating his right to basic human needs.When held in custody as detainee.

4.)Mr Quint was charged twice for the same offence denying him his Right not to be put twice in jeopardy.All defendants denied him his right against double jeopardy.

5.)Officer Dunaj denied Mr Quint Due Process of the law by making untrue statement in warrant for Mr Quints'arrest.Also violating Mr Quints' right to be secure in his person from siezure with out probable cause.

6.)Mr Quint was denied by all defendants,the same protection,a woman in the same domestic situation,who has been assaulted on more than one occasion that they where aware of,had bodily injuries inflicted upon them,as Mr Quint did.They denied him Equal Protection of the Law. Discriminating against him because of his gender.

7.)All defendants denied the plaintiff Equal Protection of the Law.

8.)All defendants denied the Plaintiff his Right against Descrimination.

9.)All defendants conspired together to deny the Plaintiff Equal Protection of the Laws.

10.)All defendants conspired together to deny the plaintiff his Civil Rights.

11.)All defendants did nothing to prevent the conspiracy to deprive the plaintiff of his Civil Rights.

12.)All defendants did nothing to prevent the conspiracy to deprive the plaintiff of his Right to Equal protection of the Laws.

13.)The defendant was denied his Right to Medical treatment 2 times by the city of milford police officer defendants.

## DEMAND

1.)Trial by jury on all claims triable by jury.

2.)A declaratory judgment that the defendants acts and policies violated the Plaintiffs'Rights secured by the United States Constitutional Amendments.

3.)Injuctive relief as the plaintiff will continue to be irreparably harmed by the defendants.

    A)A preliminary and permanent injuction that orders the defendants,thier succesors,co-workers and all other people involved with them from harrassing,threatening or retailiating in any way against the plaintiff because he brought this complaint against them.

B) A permanant injuction ordering the defendants to provide mattresses and linens in the holding cells of the Milford Police Station.

4.) Compensatory Damages from each and every one of the defendants in the amount of $2,000,000.00 Dollars, in both thier official and individual capacities.

5.) Punitive Damages from each and every one of the defendants in the amount of $5,000,000.00 Dollars, in both thier official and individual capacities.

6.) Nominal Damages in the amount of $1.00 Dollar.

7.) All costs and fees, including attorney fees to do with this action.

8.) All other relief this court deems just and equitable.

Respectfully Submitted

Dated: 2/28/04

*[signature]*

Mr Richard R. Quint #123433
Cheshire C.I.
900 Highland Ave
Cheshire, Ct. 06410

Pro Se

### CERTIFACATION

The Plaintiff does hereby certify that a copy of the foregoing was sent to all counsel of record.

Patty G. Swan          Neil Parille           Judge A.V. Covello
Gordon, Muir & Foley   Asst. Atty. Gen.       U.S. District Court
10 Columbus Blvd       110 Sherman St         450 Main St
Hrtfd, Ct. 06106-1976  Hrtfd, Ct. 06105       Hrtfd, Ct. 06106

Dated: 2/28/04

*[signature]*

Mr Richard R. Quint