INDEX OF EXIBITS

1. Exibit A    Transcript of 911 call.
2. Exibit B    Report of officer Dunn.
3. Exibit C    Ct.Gen.Statutes Sec.53a-61 and Sec.53a-181.
4. Exibit D    Stratford police incindent report.
5. Exibit E    Warrant by officer Dunaj.
6. Exibit F    Statement by officer Dunaj and report.

EXIBIT A



# MILFORD POLICE DEPARTMENT

## MASTER TAPE TRANSCRIPTION

| DATE OF TAPE: | 7/9/02 | START TIME: | 0213:30 | ENDTIME: | 0349:51 |

PHONE EXT. 201

| TIME | SPEAKER | |
|---|---|---|
| 0213:30 | GEISEL | [scribbled out] |
| | CALLER | [scribbled out] |
| | GEISEL | [scribbled out] |
| | Caller | [scribbled out] |
| | Geisel | [scribbled out] |
| | Caller | [scribbled out] |
| | Geisel | [scribbled out] |
| | Caller | [scribbled out] |
| | Geisel | [scribbled out] |
| | Caller | [scribbled out] |
| | Geisel | [scribbled out] |
| | Caller | [scribbled out] |
| | Geisel | [scribbled out] |
| | Caller | [scribbled out] |
| | Geisel | [scribbled out] |
| 0214:52 | | |
| 0220:40 | Geisel | Police Emergency. *Call of Mr. Richard R. Quinn starts here* |

| | | |
|---|---|---|
| | Caller | What? |
| | FD Dispatch | Talk to the Police. |
| | Caller | Hello? |
| | Geisel | Hello. Police Emergency |
| | Caller | How you doing? I'm being assaulted by my girlfriend-48 Merwin Avenue. I got punched in the face a few times-she smashed up my stuff -bit me and everything-here they are now |
| | Geisel | Okay, where-oh |
| | Caller | They're right in front of me. |
| | Geisel | Oh, Police are? |
| | Caller | Yeah. |
| | Geisel | Okay. |
| | Caller | I'm tired of this. (To someone in the background-How you doin'?) |
| | Geisel | Okay. |
| | Caller | (To Officers in background-A my girl she's ?????? (unreadable) bit me, bruised me-everything else-smashed all my property in the house-I'm at 48 Merwin Avenue, and that's her walking down the street now. (Garbled in the background.) |
| 0221:23 | | END |
| | | |
| | | **RADIO FREQUENCY #1** |
| 0215:43 | Geisel | 30 and 36 |
| | Dunn | 30-R & D |
| | Bethke | High and the road |
| 0216:22 | Geisel | Both units-in the area of Sandpiper Crescent and Merwin Ave check for a couple possibly outside arguing. Caller is unable to identify where it is exactly coming from. |
| | Dunn | 30-received |
| | Bethke | Received |
| | | |
| 0220:21 | Dunn | 30-I'm coming into the area. |
| | Geisel | 10-4 |
| 0221:29 | Bethke | 36-also coming into the area. |
| | Localzo | 10-4 |
| | Lt. Anderson | 303 |
| | Localzo | 303 |
| | Lt. Anderson | The male half is down at number 48. He's on the road. The female half is walking westbound on Edgefield right now, by Post 196. |
| | Localzo | 30 and 36-copy that? |

|  | Dunn | 30-I'm with the female in front of the American Legion. |
|---|---|---|
|  | Bethke | 36-received |
| 0223:42 | Bethke | 36-run a male. |
|  | Localzo | Come in. |
|  | Bethke | Last name-Quebec, Uniform, India, November, Tango-first name Richard-1965/03/17. |
|  | Localzo | 10-4 |
| 0228:06 | Localzo | 36 |
|  | Bethke | 36 |
|  | Localzo | He's valid-he's showing a File 17 as a registered sex offender. |
|  | Bethke | I'm aware of that. Is he negative? |
|  | Localzo | That's 10-4 |
|  | Bethke | 10-4 |
|  | Dunn | 30 to 36 |
|  | Bethke | Go ahead |
|  | Dunn | I'm going to transport her down there. |
|  | Bethke | Go ahead 30 |
|  | Dunn | I'm going to transport this female half down to your-her residence there. |
|  | Bethke | 10-4 |
|  | Dunn | 30 |
|  | Localzo | 30 |
|  | Dunn | I'm going to be transporting her down to 36's location. Mileage is 004-from the American Legion. |
| 0229:28 | Localzo | 0229 hours station KCA587 |
| 0229:34 | Dunn | 30-arrived 004 |
|  | Localzo | 0230 |
| 0234:48 | Bethke | 36 |
|  | Geisel | 36 |
|  | Bethke | Just so you're aware 30's going to have two 94's. We have everything under control. |
|  | Geisel | 10-4 |
| 0235:37 | Dunn | 30 to 36 |
|  | Bethke | Go ahead. |
|  | Dunn | That's second floor, correct? |
|  | Bethke | The first. |
|  | Dunn | 10-4 |

| | | |
|---|---|---|
| 0239:22 | Localzo | 30 |
| | Dunn | Enroute with a female 94-mileage is 004. |
| | Localzo | 0239 hours |
| | Bethke | 36 I'll have the male-777 |
| | Bethke | 0240 hours station KCA587 |
| 0239:47 | | END |
| 0247:40 | Dunn | 30-the sallyport. |
| | Dunn | Close it 009 |
| | Geisel | 10-4 0248 |
| 0249:26 | Bethke | 36 It'll be 782 |
| | Localzo | 0249 |

| RECORDING MADE | | TRANSCRIBED | |
|---|---|---|---|
| Date: | 04/29/03 | Date: | 06/24/03 |
| Time: | 0940 | Time: | 10:56 |
| Officer: | Sergeant G. Depgen (d) | Stenographer: | K. A. Walsh |

EXIBIT B

# DEPARTMENT OF POLICE
## MILFORD, CONNECTICUT
## P/C STATEMENT  PAGE #1

*Call 2:15 Police Station tape Records*

DATE 7-9-02   TIME 0405   PLACE 430 Boston Post Rd   REPORT NO. 15260-02

I, OFF C. Dunn, AGE 39, OF 430 Boston Post Rd, CITY OF Milford, STATE OF CT, MAKE THE FOLLOWING VOLUNTARY STATEMENT, WITHOUT THREAT OR PROMISE, KNOWING THAT IT MAY BE USED IN COURT. I have been advised that I have the right to consult with a lawyer, to stand mute, and to sign nothing. These rights I hereby waive. I make this statement to GA #20, whom I know to be a member of the Milford Police Department.

ON 7-9-02 AT APPROX 0215 HRS, THE WRITER & OFF BATHKE #36 WERE SENT TO A DISTURBANCE IN THE STREET IN THE AREA OF #48 MERWIN AV. MILFORD CT. LT. ANDERSON #303 & SGT DARBY #323 ALSO RESPONDED TO THE SCENE. UPON ARRIVAL A MALE WAS LOCATED IN THE AREA OF #48 MERWIN AV. HE WAS IDENTIFIED AS RICHARD QUINT DOB 3-17-65. A FEMALE WAS LOCATED WALKING WEST BOUND ON MERWIN AV & APPEARED TO BE UPSET. SHE WAS IDENTIFIED AS FRANCINE CASEY DOB 2-11-67. BOTH WERE INTERVIEWED ON SCENE, & LATER AT POLICE H.Q's.

FRANCINE CASEY STATED THAT SHE HAS BEEN IN A BOY FRIEND/GIRLFRIEND RELATIONSHIP WITH RICHARD QUINT FOR A FEW MONTHS. SHE STATED THAT THEY LIVING TOGETHER AT #48 MERWIN AV ON & OFF FOR APPROX 1 MONTH. SHE STATED THAT ON THIS DATE SHE HAD BEEN OUT WITH A FEW (CONT)

I have read (or had read to me) the above statement and it is true to the best of my knowledge. I fully understand that if I make a statement that is untrue and which is intended to mislead a law enforcement officer in the performance of his official function, I will be in violation of Section 53a-157 of the Connecticut General Statutes. (A false statement is a Class-A Misdemeanor).

**I HAVE READ THE ABOVE STATEMENT AND IT HAS BEEN READ TO ME. IT IS THE TRUTH.**

Witness _____   Signed OFF C. Dunn #30

SUBSCRIBED AND SWORN TO BEFORE ME THIS 9th DAY OF July, 2002   _____ Notary Public

Page 1 of 3 pages.   ORIGINAL/COPY

# DEPARTMENT OF POLICE
MILFORD, CONNECTICUT

P/C **STATEMENT** PAGE #2.

DATE 7-9-02    TIME 0405    PLACE 430 Boston Post Rd    REPORT NO. 15265-02

I, OFF C. DUNN , AGE 36, OF 430 Boston Post Rd,
CITY OF Milford , STATE OF CT , MAKE THE FOLLOWING VOLUNTARY STATEMENT, WITHOUT THREAT OR PROMISE, KNOWING THAT IT MAY BE USED IN COURT. I have been advised that I have the right to consult with a lawyer, to stand mute, and to sign nothing. These rights I hereby waive. I make this statement to GA # 22 , whom I know to be a member of the Milford Police Department.

Girl friends at a restaurant. She stated that she had 1 drink. The writer could detect the smell of an alcoholic beverage emitting from her breath. She stated that when she came home Richard Quint became verbally abusive & threw her keys outside & over her house where she could not find them. She stated that he began to push her around & started to tear apart their house. She stated that this also took place outside. She stated that she was afraid of him & declined to give a written statement or pursue an arrest. The writer observed a scratch & swelling to her left wrist area. She declined medical treatment.

Richard Quint stated that they have been involved in a live in relationship for approx 5 months. He stated that she came home on this date at approx 130 AM & started smacking him in his sleep. (CONT.)

I have read (or had read to me) the above statement and it is true to the best of my knowledge. I fully understand that if I make a statement that is untrue and which is intended to mislead a law enforcement officer in the performance of his official function, I will be in violation of Section 53a-157 of the Connecticut General Statutes. (A false statement is a Class-A Misdemeanor).

**I HAVE READ THE ABOVE STATEMENT AND IT HAS BEEN READ TO ME. IT IS THE TRUTH.**

Witness _____    Signed OFF C. Dunn #30

SUBSCRIBED AND SWORN TO BEFORE ME THIS 9th DAY OF July, 2002    _____ Notary Public

Page 2 of 3 pages    ORIGINAL / COPY

# DEPARTMENT OF POLICE
## MILFORD, CONNECTICUT

P/C STATEMENT   Part 3

DATE 7-9-02   TIME 0405   PLACE 430 Boston Post Rd   REPORT NO. 15448-02

I, Off. Dunn, AGE 39, OF 430 Boston Post Rd, CITY OF Milford, STATE OF CT, MAKE THE FOLLOWING VOLUNTARY STATEMENT, WITHOUT THREAT OR PROMISE, KNOWING THAT IT MAY BE USED IN COURT. I have been advised that I have the right to consult with a lawyer, to stand mute, and to sign nothing. These rights I hereby waive. I make this statement to GA 22, whom I know to be a member of the Milford Police Department.

He stated that she was drunk. He stated that she punched him in the face, left arm, right shoulder, left fore arm, kicked him in the legs & bit him. He stated the fight took place inside & outside in the street. He had swelling in his right eye area & bruising on his arms & body. He declined medical treatment & to give a written statement.

Francine Casey further stated that Richard Quint caused these injuries to himself by punching himself.

Both individuals were placed under arrest for domestic violence at approx 0225 hrs. Both were transported to the police dept. for processing in double locked hand cuffs. In booking both were given notice of rights & charged with breach of peace 53a-181. Francine Casey finger printed on var # 1356433 & Richard Quint on var #135635. Family violence report completed & victims rights card given. Both were given domestic court date of 7-9-02. Both negative NCIC. Francine Casey released on PTA at approx 0350 & Quint on PTA at 0410 hrs. Phone calls made.

I have read (or had read to me) the above statement and it is true to the best of my knowledge. I fully understand that if I make a statement that is untrue and which is intended to mislead a law enforcement officer in the performance of his official function, I will be in violation of Section 53a-157 of the Connecticut General Statutes. (A false statement is a Class-A Misdemeanor).

**I HAVE READ THE ABOVE STATEMENT AND IT HAS BEEN READ TO ME. IT IS THE TRUTH.**

Witness _____   Signed Off C. D~ #30

SUBSCRIBED AND SWORN TO BEFORE ME THIS 9th DAY OF July, 2002   _____ Notary Public

Page 3 of 3 pages.   (ORIGINAL) COPY

Case 3:02-cv-02053-AVC   Document 97-2   Filed 03/03/2004   Page 11 of 14

```
INCIDENT TYPE:DOMESTIC DISPUTE/VIOLENCE     PREMISE TYPE:HIGHWAY/ROAD/ALLEY
LOCATION:           SANDPIPER CRESENT/MERWIN        APT/LOT           AREA A3
BUSINESS:                                   WEAPON TYPE: PERSONAL WEAPON(HANDS,
BEGIN DATE: 7/09/02   BEGIN TIME:0215   END DATE: 7/09/02    END TIME:0215
CENSUS TRACT:            SUB-DIVISION:
COMMENTS:   COUPLE ARGUING


              KG
CASE STATUS:CLOSED
REPORTING OFFICER:   DUNN, CHRISTOPHER           REPORT DATE: 070902

SUPERVISOR
```

****************************** P E R S O N S ******************************

```
PERSON #:001     STATUS: COMPLAINANT
NAME: ANONYMOUS                                            RACE:
SEX:       DOB: 0/00/00  AGE:     HGT:     WGT:    HAIR:
EYES:            FACIAL HAIR:                BUILD:       COMPLEXION:
ADDRESS:
EMPLOYMENT:
OCCUPATION:
SOC SEC: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    PHONE (RES):000-0000    PHONE (BUS):000-000-0000

PERSON #:002     STATUS: VICTIM ADULT
NAME: CASEY              FRANCINE        E          RACE: WHITE
SEX:FEMALE  DOB: 2/16/67  AGE:   HGT:     WGT:    HAIR:
EYES:            FACIAL HAIR:                BUILD:       COMPLEXION:
ADDRESS:48 MERWIN AV
EMPLOYMENT:
OCCUPATION:
SOC SEC: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    PHONE (RES):882-0168    PHONE (BUS):000-874-5653

PERSON #:003     STATUS: VICTIM ADULT
NAME: QUINT              RICHARD         R          RACE: WHITE
SEX:MALE    DOB: 3/17/65  AGE:   HGT:     WGT:    HAIR:
EYES:            FACIAL HAIR:                BUILD:       COMPLEXION:
ADDRESS:240 FERNDALE AV                  STRATFORD
EMPLOYMENT:
OCCUPATION:
SOC SEC: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    PHONE (RES):377-0004    PHONE (BUS):000-000-0000

PERSON #:004     STATUS: POLICE OFFICER
NAME: ANDERSON           W                          RACE: WHITE
SEX:MALE    DOB: 0/00/00  AGE:   HGT:     WGT:    HAIR:
EYES:            FACIAL HAIR:                BUILD:       COMPLEXION:
ADDRESS:
EMPLOYMENT:
OCCUPATION:
SOC SEC: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    PHONE (RES):000-0000    PHONE (BUS):000-000-0000

PERSON #:005     STATUS: POLICE OFFICER
NAME: DARBY              S                          RACE: WHITE
SEX:MALE    DOB: 0/00/00  AGE:   HGT:     WGT:    HAIR:
EYES:            FACIAL HAIR:                BUILD:       COMPLEXION:
ADDRESS:
EMPLOYMENT:
```

Case 3:02-cv-02053-AVC   Document 97-2   Filed 03/03/2004   Page 12 of 14

```
OCCUPATION:
SOC SEC: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     PHONE (RES):000-0000     PHONE (BUS):000-000-0000

PERSON #:006     STATUS: POLICE OFFICER
NAME: BETHKE              E                                   RACE: WHITE
SEX:MALE    DOB: 0/00/00  AGE:     HGT:      WGT:      HAIR:
EYES:                FACIAL HAIR:                  BUILD:        COMPLEXION:
ADDRESS:
EMPLOYMENT:
OCCUPATION:
SOC SEC: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     PHONE (RES):000-0000     PHONE (BUS):000-000-0000

PERSON #:007     STATUS: POLICE OFFICER
NAME: MOORE               S                                   RACE: WHITE
SEX:MALE    DOB: 0/00/00  AGE:     HGT:      WGT:      HAIR:
EYES:                FACIAL HAIR:                  BUILD:        COMPLEXION:
ADDRESS:
EMPLOYMENT:
OCCUPATION:
SOC SEC: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     PHONE (RES):000-0000     PHONE (BUS):000-000-0000
```

**************************** N A R R A T I V E ****************************

On 7/9/02 at approximately 0215 hrs the writer and Off Bethke were sent to a disturbance in the street in the area of 48 Merwin Av, Milford, Ct. Lt Anderson and Sgt Darby also responded to the scene.

Upon arrival a male was located in the area of 48 Merwin Av, he was identified as Richard Quint with a dob of 3/17/65. A female was located walking westbound on Merwin Av and appeared to be upset. She was identified as Francine Casey dob 2/16/67. Both were interviewed on scene and later at Police HQ's.

Francine Casey stated that she has been in a boyfriend/girlfriend relationship with Richard Quint for a few months. She stated that they had been living together at 48 Merwin Av on and off for approximately 1 month. She stated that on this date she had been out with a few girlfriends at a restaurant. She stated that she had one alcoholic drink. The writer could detect the smell of an alcoholic beverage emitting from her breath. She stated that when she came home Richard Quint became verbally abusive and threw her car keys outside and over her house where she could not find them. She stated that he began to push her around and started to tear apart their house. She stated that this also took place outside. She stated that she was afraid of him and declined to give a written statement or pursue an arrest. The writer observed a scratch and swelling to her left to wrist area. She declined medical treatment on scene.

Richard Quint stated that they have been involved in a live-in relationship for approximately 5 months. He stated that she came home on this date at approximately 1:30 AM and started smacking him as he slept. He stated that she was drunk. He stated that she punched him in the face, left arm, right shoulder, left forearm, kicked him in the legs, and bit him. He stated the fight took place inside and outside in the street. He had swelling in his right eye area and small amounts of bruising on his arms and body. He declined medical treatment and to give a written statement.

Francine Casey further stated that Richard Quint caused these injuries to himself by punching himself.

Both individuals were informed that they were being placed under arrest for domestic violence. Both individuals were placed in double locked handcuffs. Off Bethke patted down the arrestee Richard Quint and later transported him to HQ's. Francine Casey was patted down and no type of weapon was observed. The writer transported her to HQ's.

In booking both arrestees were separated and processed separately. Both arrestees were advised of their Rights using a Notice of Rights form. Both arrestees stated that they understood their Rights, signed the form, and received a copy. Their property was also taken and inventoried. Both arrestees property was placed in lockers. Both arrestees were logged in the booking computer by Off Moore. Both of the arrestees were photographed and fingerprinted. Both arrestees were also negative NCIC. Both arrestees were also given opportunities to make phone calls.

Francine Casey was charged on UAR #1356433 the charge breach of peace 53a-181. Richard Quint was charged on UAR #1356432 with the charge of breach of peace 53a-181.

Both arrestees declined again to give written statements. Both arrestees were released on PTA's. They were both given a domestic court date of 7/9/02. Francine Casey was released at approximately 0350 hrs. Richard Quint was released at approximately 0410 hrs. He also stated that he would be spending the night at his mother's house in Stratford.

    The writer completed a family violence offense report and it was notarized and forwarded with this report.  The writer also completed a probable cause statement and it was notarized and forwarded with this report.  Both individuals were also given victims rights cards.
    The writer has no further information in regards to this investigation.
```
     COPY:     DETECTIVE DIVISION
               COURT
               CLEARANCE CODE   _____
     STENO:    sn
```