FILED

2004 MAR 12  P 4: 28

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT
At Bridgeport

| | |
|---|---|
| RICHARD R. QUINT<br>Plaintiff | Inmate #123433<br>: CIVIL ACTION NO. 3-02-2053 (AVC)(TPS) |
| VS. | : |
| A. DUNAJ, ET AL<br>Defendants | : MARCH 11, 2004 |

### DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION FOR SANCTIONS

By Motion dated February 23, 2004, the plaintiff moved for sanctions against the defendants for destruction of material evidence. The plaintiff claims that the defendants intentionally destroyed a tape of the 911 call. This simply is not true. Counsel for the defendants has attempted to explain to the plaintiff on several occasions the process of a 911 call. When a caller dials 911 the call initially goes to the fire department. The fire department then determines what kind of emergency is involved and if necessary, transfers the appropriate call. In this case it was determined that the emergency involved was a police department matter. From that point on the call is then transferred to the police department. The transcription provided to the plaintiff is the complete transcript of the 911 tape from the moment the police department received the call. The 911 tape of the initial call to the fire department does not exist. Upon information and belief the fire department destroyed the tape in accordance with the retention schedule governing fire

departments. Therefore, the defendants cannot produce information they do not have. If the plaintiff wants a copy of the actual tape recording of the 911 call transcribed by the police department, the defendants can reply with this request[1]. However, the plaintiff has repeatedly requested the 911 tape pertaining to the identity of the caller. The police department as evidenced on the transcription did not take this information and it is uncertain what information was initially taken by the fire department that took the 911 call when it first came in. The plaintiff continues to misunderstand how 911 calls are handled initially by the fire department. The defendants respectfully request that the plaintiff's motion for sanctions be denied.

**DEFENDANTS:**

By _____
**Patty G. Swan**
Gordon, Muir & Foley, LLP
10 Columbus Boulevard
Hartford, CT 06106
Federal Bar No. ct15656

---

[1] Counsel for the defendants has asked her client through their lieutenant to make a copy of the 911 tape in its possession pertaining to the call after it was transferred from the fire department to the police department. A copy will be sent to plaintiff upon receipt.

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, to the following pro se party of record on March 11, 2004:

Richard R. Quint
Inmate #123433
Cheshire Correctional Institute
900 Highland Avenue
Cheshire, CT  06410

_____
Patty G. Swan

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361          FACSIMILE (860) 525-4849          JURIS No. 24029