# FILED

**2004 MAR 12  P 4: 28**

## U.S. DISTRICT COURT
### UNITED STATES DISTRICT COURT, CONN
for the
### DISTRICT OF CONNECTICUT
### At Bridgeport

|  |  |
|---|---|
| | Inmate #123433 |
| RICHARD R. QUINT | : CIVIL ACTION NO. 3-02-2053 (AVC)(TPS) |
| Plaintiff | : |
| | : |
| VS. | : |
| | : |
| A. DUNAJ, ET AL | : |
| Defendants | : MARCH 11, 2004 |

## DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION TO COMPEL

By Motion dated December 1, 2003, the plaintiff moved to compel the defendant to comply with his first set of discovery dated September 20, 2003 (See court filing #86). The defendants objected by motion dated December 5, 2003 (See court filing #87). The plaintiff filed a reply brief. (See court filing #89). Following this lengthy briefing on the issue, this Court on December 16, 2003 issued a ruling denying the plaintiff's motion to compel. (See court filing #90). Despite this ruling the plaintiff now seeks to compel the very same discovery that was denied by this court. For this reason and in addition to the reasons already advanced by the defendants in its December 5, 2003 opposition the defendants respectfully request that the plaintiff's motion to compel be denied in its entirety.

GORDON, MUIR AND FOLEY, LLP, Attorneys at Law, Hartford Square North, Ten Columbus Boulevard, Hartford, CT 06106-1976
Telephone (860) 525-5361                    Facsimile (860) 525-4849                    Juris No. 24029

**DEFENDANTS:**

By    _Patty G. Swan_____
        **Patty G. Swan**
        Gordon, Muir & Foley, LLP
        10 Columbus Boulevard
        Hartford, CT 06106
        Federal Bar No. ct15656

### CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, to the

following pro se party of record on March 11, 2004:

Richard R. Quint
Inmate #123433
Cheshire Correctional Institute
900 Highland Avenue
Cheshire, CT  06410

**Patty G. Swan**

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976

TELEPHONE (860) 525-5361                    FACSIMILE (860) 525-4849                    JURIS No. 24029