FILED

2004 MAR 15 P 1: 11

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT
At Bridgeport

| | |
|---|---|
| RICHARD R. QUINT | Inmate #123433 |
| Plaintiff | : CIVIL ACTION NO. 3-02-2053 (AVC)(TPS) |
| VS. | : |
| | : |
| A. DUNAJ, ET AL | : |
| Defendants | : MARCH 12, 2004 |

### DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S ACTION

Pursuant to Federal Rule of Civil Procedure 41(b), the defendants, A. Dunaj, C. Dunn, Lt. Anderson, Sgt. Darby, Officer Bethke, Officer Moore, Officer Vitti, Officer Esposito and Officer Marschner move to dismiss the plaintiff's complaint in its entirety for his failure to comply with the numerous orders of this court. In support of this motion the defendant incorporates herein the reasoning and arguments advanced in their Objection to the Plaintiff's Filing of Amended Complaint filed simultaneously herewith.

Wherefore, the defendants respectfully request that the plaintiff's complaint be dismissed.

DEFENDANTS:

By  *Patty G. Swan* [signature]
Patty G. Swan
Gordon, Muir & Foley, LLP
10 Columbus Boulevard
Hartford, CT 06106
Federal Bar No. ct15656

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, to the following pro se party of record on March 12, 2004:

Richard R. Quint
Inmate #123433
Cheshire Correctional Institute
900 Highland Avenue
Cheshire, CT 06410

_Patty G. Swan_
Patty G. Swan