Mr Richard R.Quint In Propria Personam

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 MAR 25 P 6: 28
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Richard R.Quint      :      Prisoner
                            Civil No.3:02CV2053(AVC)(TPS)
V.                   :

A.Dunaj Et Al.,      :      Dated:March 19,2004

## OBJECTION TO DEFENDANTS MOTION TO DISMISS

The plaintiff does hereby object to the defendants motion to dismiss.

The plaintiff has complied with District Court Judge Alfred V.Covellos order of Jan.29,2004(exibit a).Ordering the plaintiff to include the allegations against specific defendants in the Milford Police Department that were included in his third amended complaint and to omit the claims against defendants Hurley and Richards.

The plaintiff has complied with Judge Covellos order of Jan 29th,2004.When he filed his Amended Complaint Dated:Feb.23rd,2004.

This was the order of the Court and ruling on the plaintiffs motion to reconsider the ruling of Magistrate Judge Smith Ruling. The plaintiff has complied with the last order of the Court by Judge Covello.

Because the defendants do not like the claims as defined by the plaintiff,after recieving discovery and research,is not grounds to dismiss his complaint.

The plaintiff has also filed motion for appointment of counsel as he is on medication for pain in his back and his judgment is impaired (exibit b).

WHEREFORE, the plaintiff has complied with the last order of Judge Covello. Filed Amended Complaint in Accordance with that order. The complaint should not be dismissed.

                                              Respectfully Submitted

Dated: 3/19/04

                                              Mr Richard R. Quint #123433
                                              Cheshire C.I.
                                              900 Highland Ave
                                              Cheshire, Ct. 06410

                                              Pro Se

## CERTIFICATION

The plaintiff does hereby certify that a copy of the foregoing was sent to all counsel of record.

| Patty G. Swan | Neil Parrille | Judge A.V. Covello |
|---|---|---|
| Gordon, Muir & Foley | Asst. Atty. Gen. | U.S. District Court |
| 10 Columbus Blvd | 110 Sherman St | 450 Main St |
| Hrtfd, Ct. 06106-1976 | Hrtfd, Ct. 06105 | Hrtfd, Ct. 06106 |

Dated: 3/19/04

                                              Mr Richard R. Quint