UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Richard R.Quint : Prisoner
 Civil No.3:02CV2053(AVC)(TPS)
V. :

A.Dunaj,Et Al., : Dated:March 30th,2004

FILED

2004 APR -5 P 3: 59

U.S. DISTRICT COURT
BRIDGEPORT, CONN

## MEMORANDUM IN SUPPORT OF OBJECTION MOTION DISMISS

The Plaintiff gave his Amended Complaint to prison officials on February 23rd,2004.Was deemed filed at that time in accordance with <u>Houston V.Lack</u>,487 U.S.266,108 S.Ct.2379,101 L.Ed.2d 245,1988 U.S. Lexis 2875.

The Plaintiff was ordered to file amended complaint with out defendants Hurley and Richards.The Plaintiff has complied.

The Plaintiff has claimed from the begining Discrimanation because of his Gender and conspiracy under 42 U.S.C,§1985,§1986. Which he has set fourth since his original complaint.

The Defendants claim the statute of limitations has expired. The statute of limitations to file complaint under 42 U.S.C.§1983, §1985,§1986 is (3) three years.As all of the claims occured in the year of 2002,the statute of limitations,clearly has not expired.

The Plaintiffs' Amended Complaint is in compliance of the format set by the Rules of Civil Proceedure.

**WHEREFORE**,all of the foregoing the plaintiffs' amended complaint should not be dismissed.

Respectfully Submitted

Dated;3/30/04

Mr Richard R.Quint #123433
Cheshire C.I.
900 Highland Ave
Chechire,CT.06410

Pro Se

**CERTIFICATION**

The plaintiff does hereby certify that a copy of the foregoing was sent to all counsel of record.

| Patty G.Swan | Neil D.Parille | Judge Alfred V.Covello |
| Gordan,Muir&Foley | Asst.Atty.Gen. | U.S.District Court |
| 10 Columbus Blvd | 110 Sherman St | 450 Main St |
| Hrtfd,Ct.06106-1976 | Hrtfd,Ct.06105 | Hrtfd,Ct.06106 |

Dated:3/30/04

Mr Richard R.Quint