CONN/nhct.
02-cv-02053
Covello, J.

**MANDATE**

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 9th day of March, two thousand and four,

Present:

    Hon. Ellsworth Van Graafeiland,
    Hon. Pierre N. Leval,
    Hon. Guido Calabresi,
                *Circuit Judges.*

FILED MAR 0 9 2004
Roseann B. MacKechnie, CLERK
SECOND CIRCUIT

Richard R. Quint,

        Plaintiff-Appellant,

v.                                           03-0256

A. Dunaj, et al.,

        Defendants-Appellees.

This Court has determined *sua sponte* that lacks jurisdiction over this appeal because a final order has not been issued by the district court as contemplated by 28 U.S.C. § 1291. *See Cooper & Lybrand v. Livesay*, 437 U.S. 463, 467 (1978); *Ruffulo v. Oppenheimer*, 949 F.2d 33, 36 (2d Cir. 1991) (an order dismissing some defendants in a multi-defendant action is non-final and may not be immediately appealed unless the trial court certified the appeal under Fed. R. Civ. P. 54(b)). Therefore, it is ORDERED that the appeal is DISMISSED, and accordingly, the motion for appointment of counsel is denied as moot.

A TRUE COPY
ROSEANN B. MacKECHNIE, CLERK
Joseph M. Rodriguez

FOR THE COURT:
Roseann B. MacKechnie, Clerk
By: Lucille Carr

ISSUED AS MANDATE: APR 7 2004

USCA Order 4