UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

Richard R.Quint          :         Prisoner
                                    Civil No.3:02CV2053(AVC)(TPS)
   V.                    :
                                                2004 APR 13 A 9:46
A.Dunaj,Et Al.,          :    Dated:March 30,2004
                                         U.S. DISTRICT COURT
                                         BRIDGEPORT, CONN

### MEMORANDUM IN SUPPORT OF OBJECTION MOTION DISMISS

The Plaintiff gave his Amended Complaint to prison officials on February 23rd,2004.Was deemed filed at that time in accordance with Houston V.Lack,487 U.S.266,108 S.Ct.2379,101 L.Ed.2d 245,1988 U.S. Lexis 2875.

The Plaintiff was ordered to file amended complaint with out defendants Hurley and Richards.The Plaintiff has complied.

The Plaintiff has claimed from the begining Discrimanation because of his Gender and conspiracy under 42 U.S.C,§1985,§1986. Which he has set fourth since his original complaint.

The Defendants claim the statute of limitations has expired. The statute of limitations to file complaint under 42 U.S.C.§1983, §1985,§1986 is (3) three years.As all of the claims occured in the year of 2002,the statute of limitations,clearly has not expired.

The Plaintiffs' Amended Complaint is in compliance of the format set by the Rules of Civil Proceedure.

**WHEREFORE**,all of the foregoing the plaintiffs' amended complaint should not be dismissed.

                                    Respectfully Submitted

Dated;3/30/04
                                    Mr Richard R.Quint #123433
                                    Cheshire C.I.
                                    900 Highland Ave
                                    Chechire,CT.06410

                                    Pro Se

## CERTIFICATION

The plaintiff does hereby certify that a copy of the foregoing was sent to all counsel of record.

| | | |
|---|---|---|
| Patty G.Swan | Neil D.Parille | Judge Alfred V.Covello |
| Gordan,Muir&Foley | Asst.Atty.Gen. | U.S.District Court |
| 10 Columbus Blvd | 110 Sherman St | 450 Main St |
| Hrtfd,Ct.06106-1976 | Hrtfd,Ct.06105 | Hrtfd,Ct.06106 |

Dated:3/30/04

Mr Richard R.Quint