United States District Court
District of Connecticut

Richard R. Quint

V.

Dunaj, Et Al.,

Case No. 3:02cv2053 (AVC)(TPS)

**FILED**
Prisoner
2004 MAY 25 P 4:51

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

Dated: 5/21/04

## Objection to Ruling and Order

The Plaintiff does hereby object to the following from the Courts Ruling and order Dated: May 12th, 2004.

1.) The plaintiff objects to his Fifth and Eighth Amendment Claims not being revived. The statements that the plaintiff was directed to omit these claims in previous Court orders. As he was not directed to Omit these claims in any orders he has recieved. He should be able to revive them.

2.) The plaintiff also objects to the denial of his Motion for Appointment of Counsel. As he needs Counsel to be appointed to insure the discovery process continues in a timely manner. As he needs depositions from the defendants Which he is unable to take, Inmates Legal assistance does not provide this Service.

3.) The Plaintiff Object to the Denial of his motion for Sanctions, as the Defendants Clearly tried to Deciave this Honorable Court, by lying the 911 tape Did not exist any more. There was no confusion in what the Plaintiff was seeking. The defendants were clearly making untrue statements in regard to the tape.

for the purpose of decieving this Honorable Court and the Plaintiff. Sanctions should be imposed to prevent the Defendants from furthe Deciet,

4) The plaintiff Objects to Sec. 2 and 3 of the modified scheduling order. As he can not complete discovery until. he can have the defendants deposed. He needs counsel to do this. Also to gather information the Plaintiff can not, because of his incanceration. He can not properly and fairly Litigate this matter.

WHEREFORE, The Plaintiff respectfully Submitts the foregoing objections to this Honorable Court.

Respectfully Submitted

Dated: 5/21/04

Mr Richard R. Quint #127403
C. R. C. I.
Box 1400
Enfield Ct. 06083
Pro Se

Certification

The Plaintiff does here by certify that a copy of the foregoing has been sent to all counsel of record:

| | | |
|---|---|---|
| Parry G. Swan | Neil Parvillo | Judge A.V. Covello |
| 10 Columbus Blvd | Asst. Atty. Gen. | U.S. District Court |
| Hrtfd Ct. 06106-1976 | 110 Sherman St. | 450 Main St. |
| | Hrtfd Ct. 06105 | Hrtfd Ct. 06103 |

Dated: 5/21/04

Mr Richard R. Quint