RECEIVED
MAY 28 2004

United States District Court
District of Connecticut
FILED 5/28/04
BY [signature]

### UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF CONNECTICUT
### At Bridgeport

|  |  |
|---|---|
| RICHARD R. QUINT<br>Plaintiff | Inmate #123433<br>: CIVIL ACTION NO. 3-02-2053 (AVC)(TPS)<br>:<br>: |
| VS. | : |
| A. DUNAJ, ET AL<br>Defendants | :<br>: MAY 27, 2004 |

### NOTICE OF DEPOSITION

PLEASE TAKE NOTICE, that pursuant to Rule 30 of the Federal Rules of Civil Procedure, that the Defendant will take the deposition of **Richard Quint**, on **Tuesday, July 6, at 10:30 a.m.**, before Niziankiewicz & Miller, Court Reporters, or other competent authority at Robinson Correctional Institute, 285 Shaker Rd., Enfield, CT.

DEFENDANTS:

By [signature]
PATTY G. SWAN
**Gordon, Muir & Foley, LLP**
Federal Bar No. ct15656

---

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing has been mailed to the following counsel of record on May 27, 2004.

Richard R. Quint
Inmate #123433
C.R.C.I.
PO Box 1400
Enfield, CT 06083

Niziankiewicz & Miller
Court Reporters
972 Tolland Street
East Hartford, CT 06108

*[signature]*
PATTY G. SWAN