**UNITED STATES DISTRICT COURT**
**for the**
**DISTRICT OF CONNECTICUT**
**At Bridgeport**

|                             |                                              |
|-----------------------------|----------------------------------------------|
|                             | Inmate #123433                               |
| RICHARD R. QUINT            | : CIVIL ACTION NO. 3-02-2053 (AVC)(TPS)      |
|     Plaintiff    :       |                                              |
| VS.                         | :                                            |
|                             | :                                            |
| A. DUNAJ, ET AL             | :                                            |
|     Defendants   | : MAY 27, 2004                               |

**DEFENDANTS' NOTICE RE: COMPLIANCE WITH COURT ORDER**

The defendants through counsel hereby give notice to the court and to the plaintiff that on Monday,

May 24, 2004 the defendants complied with the order of this court (Covello, J.) dated May 12, 2004, by

depositing in the mail to the plaintiff a copy of that portion of the 911 call recorded by the police department.

The envelope was mailed to the last known address on record for the plaintiff at the prison facility in Cheshire.

However, on May 25, 2004 the defendants received the plaintiff's Motion for Reconsideration and Objection

to Order dated May 21, 2004 and noted that the plaintiff was transferred to a prison facility in Enfield.  Prior

to the motion the defendants had no notice that the plaintiff was transferred.

                    **DEFENDANTS:**

By    _____

**Patty G. Swan**
Gordon, Muir & Foley, LLP
10 Columbus Boulevard
Hartford, CT 06106
Federal Bar No. ct15656

**<u>CERTIFICATION</u>**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, to the following pro se party of record on May 28, 2004:

Richard R. Quint
Inmate #123433
C.R.C.I.
PO Box 1400
Enfield, CT 06083

_____
**Patty G. Swan**