Mr Richard R. Quint In Propria Personam

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 JUN 16 P 3: 12
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| Richard R. Quint | : | |
| V. | : | Prisoner |
| A. Dunaj Et Al., | : | Civil No. 3:02CV2053(AVC)(TPS)<br>Dated: June 12th, 2004 |

### MOTION FOR APPOINTMENT OF COUNSEL

The Plaintiff does hereby move this court for appoimtment of counsel. In accordance with local F.R.C.P. Rule 29. To appoint counsel to him from Civil Pro Bono Panel.

The Plaintiff has made reasonable efforts to obtain counsel (see attached)

The Plaintiff injured himself and is on medication that is impairing his thought processes, along with the pain from the injury. (see attached)

The Plaintiff in this state can not Fully and Fairly litigate this matter, as his judgments is impaired.

WHEREFORE, counsel should be appointed to ensure the plaintiff can fully and fairly litigate his claims.

Respectfully Submitted

Dated: 6/12/04

Mr Richard R. Quint #123433
C.R.C.I.
Box 1400
Enfield, CT. 06083

Pro Se

### ORDER OF THE COURT

The motion is hereby Granted/Denied.

Dated: _____

_____
United States District Judge
or Magistrate Judge

## CERTIFICATION

I Mr Richard R.Quint, do hereby certify that a copy of the foregoing was sent to all counsel of record.

~~Henri Alexandre~~
~~Assistant Attorney General~~
~~110 Sherman Street~~
~~Hartford, CT. 06105~~

Neil D.Parille, Esquire
Assistant Attorney General
110 Sherman St
Hartford, Ct. 06105

Patty G.Swan, Esq.
Gordon, Muir&Foley
Hartford Square North
10 Columbus Boulevard
Hardtford, Ct. 06106-1976

Judge A.v.Covello
U.S.District Court
450 Main St
Hrtfd, Ct. 06103

Dated:

_____
Mr Richard R.Quint



## NOTICE TO THE INMATE POPULATION
## REGARDING ACCESS TO CONNECTICUT COURTS
### March 25, 2004

The Connecticut Department of Correction is not obligated to provide inmates with access to court by maintaining law libraries or legal forms in the various correctional institutions. Any such material that may be located in DOC facilities is not intended to serve as a method of providing inmates access to court.

Any inmate who wishes to seek assistance or advice concerning his or her criminal case(s) should contact the attorney or Public Defender's Office, which is representing or assisting you now or has represented or assisted you in the past.

The Department of Correction contracts for the provision of legal assistance to inmates in **civil** legal matters for issues arising from terms and conditions of confinement. For a description of the extent of such legal service and the format for its provision you should read that section of your Inmate Handbook which is entitled, "Access to Court." If you require assistance in reading or in understanding this section you should contact:

Inmate's Legal Assistance
P.O. Box 260237
Hartford, CT 06126-0237
1-800-301-ILAP (4527)

These calls shall be deemed "privileged" in accordance with Administrative Directive 10.7 – Inmate Communications.

Brian K. Murphy
Deputy Commissioner

Rev. 3/24/04

# ACCESS TO CONNECTICUT COURTS

## I.  Access to Court

The Connecticut Department of Correction is not obligated to provide inmates with access to court by maintaining law libraries or legal forms in the various correctional institutions. Any such material that may be located in DOC facilities is not intended to serve as a method of providing inmates access to court.

Any inmate who wishes to seek assistance or advice concerning his or her criminal case(s) should contact the attorney or Public Defender's Office, which is representing or assisting you now or has represented or assisted you in the past.

Legal assistance for criminal matters may be provided through your attorney or Public Defender in the court where your criminal case is pending, as well as for appeals and habeas matters as follows:

**State Criminal Appeals**

Office of the Chief Public Defender
Legal Services Unit
2911 Dixwell Avenue, 4th Floor
Hamden, CT 06518
(203) 867-6150

**Petitions for a Writ of Habeas Corpus**

Office of the Chief Public Defender
Habeas Corpus Services
2275 Silas Deane Highway
Rocky Hill, CT 06067
(860) 258-4940

Any questions concerning criminal matters or requests for forms in criminal matters should be directed to the attorney handling your criminal case(s) or habeas petition(s).

The Department of Correction contracts for the provision of legal assistance to inmates in **civil** legal matters for issues arising from terms and conditions of confinement. For a description of the extent of such legal service, refer to section II below. If you require assistance in reading or in understanding this section you should contact:

> Inmate's Legal Assistance
> P.O. Box 260237
> Hartford, CT 06126-0237
> 1-800-301-ILAP (4527)

## II.  Civil Rights Actions

The Department of Correction is not obligated to provide state prisoners with lawyers to represent them or appear for them in civil rights actions. However, access to court for **civil** matters arising from terms and conditions of confinement is provided by:

> Inmate's Legal Assistance
> P.O. Box 260237
> Hartford, CT 06126-0237
> 1-800-301-ILAP (4527)

The Department of Correction contracts with Attorney Sydney T. Schulman d.b.a. Schulman and Associates for such services. Scope of services: The scope of said service shall be limited to rendering assistance which shall include identifying, articulating and researching legal claims and enabling inmates to access the judicial and parole (for revocation hearings only) system through advice, counsel and physical preparation of meaningful legal papers such as writs, complaints, motions and memoranda of law for claims arising from terms and conditions of confinement, determined by the Contractor to be matters wherein a prima facie (as defined in Blacks Law Dictionary) case is presented. Meaningful papers referred to are limited, by the professional judgement of the Contractor, to those which are needed to give inmates a reasonably adequate opportunity to present, among other claims, claimed violations of fundamental constitutional rights to the courts, consistent with rulings concerning the right of inmate access to courts, rendered by appropriate courts, including the State and U.S. Supreme Courts.

Said assistance does not include representation and/or entering an appearance in a case or extend to the actual trial of the claim or argument in appellate or administrative proceedings or any other ancillary proceedings hereto. This includes not accepting any court appointments for representation of any inmates in any matter whatsoever, except that the Commissioner may authorize the Board of Parole to utilize the services of Attorney Schulman for the purposes of representing inmates at Parole revocation hearings in appropriate circumstances. Such representation shall be provided on a case by case basis consistent with rulings concerning the right of counsel before the Board of Parole, rendered by appropriate courts, including the State and U.S. Supreme Courts.

You may direct your calls to 1-800-301-ILAP (4527). These calls shall be deemed "privileged" in accordance with Administrative Directive 10.7 – Inmate Communications.

Other civil rights organizations which may, on occasion, in a particular case, provide legal assistance in civil rights are the following:
Connecticut Civil Liberties Union
32 Grand Street
Hartford, CT 06106
(860) 247-9823

The Department of Correction is not obligated to provide inmates with legal assistance or legal forms, which are related to state or federal criminal matters. If you wish such assistance or such forms you should contact either your own attorney or the office of either the State Public Defender or the Federal Court. Forms for federal civil rights complaints, under 42 U.S.C. § 1983 and forms for federal habeas corpus petitions pursuant to 28 U.S.C. § 2254, as well as other forms may be obtained by writing to:
Clerk of the Court
United States District Court
915 Lafayette Boulevard
Bridgeport, CT 06604

III. **Law School Clinics**

University of Connecticut School of Law Legal Clinic
65 Elizabeth Street
Hartford, CT 06105

In the UConn Legal Clinic, state-funded law school professors, adjunct faculty and students, may, at their discretion take individual cases (criminal appeals, sometimes habeas corpus matters) on request or referral, but not appointment.

The Jerome N. Frank Legal Services
P.O. Box 209090
New Haven, CT 06520-9090
(203) 432-4800

Similar to the UConn Legal Clinic, the Jerome N. Frank Legal Services Clinic, Yale Law professors, adjunct faculty and students, may, at their discretion take individual cases (criminal appeals, sometimes habeas corpus matters) on request or referral, but not appointment. The Yale Law School clinic has also represented Connecticut inmates in civil rights actions, including class actions involving the Connecticut Department of Correction's policies, procedures and regulations.

Revised 3/22/04

# The Jerome N. Frank Legal Services Organization

YALE LAW SCHOOL

January 13, 2003

Richard Quint  #123433
1106 North Ave. B3-9
Bridgeport, CT   06604

Dear Mr. Quint:

    We received your letter requesting assistance with your 1983 action. Unfortunately, this office is unable to provide the assistance you request. This office is staffed primarily by law student interns and lacks the resources to accept additional cases of this nature at this time. We are returning the copy of the civil rights complaint you enclosed with your letter.

    We regret that we are unable to assist you and wish you the best of luck.

Sincerely,

Brett Dignam

BD/kld

Enclosure

P.O. BOX 209090, NEW HAVEN, CONNECTICUT 06520-9090 · TELEPHONE 203 432-4800 · FACSIMILE 203 432-1426
COURIER ADDRESS 127 WALL STREET, NEW HAVEN, CONNECTICUT 06511

LAW OFFICES OF

# Jacobs, Grudberg, Belt & Dow, P.C.

350 ORANGE STREET
POST OFFICE BOX 606
NEW HAVEN, CONNECTICUT 06503-0606

TELEPHONE (203) 772-3100
FAX (203) 772-1691

OUR FILE NUMBER

HOWARD A. JACOBS
IRA B. GRUDBERG
DAVID L. BELT
WILLIAM F. DOW, III
JONATHAN KATZ
WILLIAM M. BLOSS
DAVID T. GRUDBERG
BERNARD CHRISTIANSON
JOSEPH J. PACKTOR
ROSEMARIE PAINE
ALINOR C. STERLING
ANDREW I. SCHAFFER
TRISHA MORRIS PORTO
EDWARD J. McMANUS
JOSHUA D. LANNING

ISRAEL J. JACOBS (1918-1963)

June 9, 2003

Mr. Richard R. Quint
No. 123433
Walker/McDougal CI
1153 East Street South
Suffield, CT 06080

Dear Mr. Quint:

    I have your letter of June 3rd and the Civil Rights Complaint you filed. It is not a case I am interested in. Based on what you have pleaded, I don't think it is something likely to be successful, and I would not be willing to undertake it on a contingent fee basis. In addition, I graduated from high school with Mark Hurley's father, and I am reasonably friendly with him -- and would not feel comfortable suing him. I am sorry I cannot be more helpful.

                    Very truly yours,

                      JACOBS, GRUDBERG, BELT & DOW, P.C.

                      By_____
                      Ira B. Grudberg

IBG/ad
P.S. In the event you try other possible counsel, I am returning your copy of the Complaint to you.

# WILLIAMS and PATTIS, LLC

JOHN R. WILLIAMS
NORMAN A. PATTIS
KATRENA ENGSTROM
TIMOTHY J. MAHONEY
CHRISTY H. DOYLE
ELIZABETH BROOKS

51 ELM STREET, SUITE 409
NEW HAVEN, CONNECTICUT 06510

(203) 562-9931
FACSIMILE (203) 776-9494
E-MAIL: jrw@johnrwilliams.com

December 11, 2003

Mr. Richard R. Quint
Inmate No. 123433
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

**PRIVILEGED CORRESPONDENCE**

Dear Mr. Quint:

Thank you for your letter of November 28, 2003. I am deeply flattered that you would offer me the opportunity to represent you in this case.

Unfortunately, I am unable to take any cases on a strict contingency basis just now. The only way I would be able to take the case would be if you were able to pay a retainer in the amount of $5,000.00. I realize that given your circumstances that probably places me beyond your reach, but, as you can imagine, our office receives quite a few requests for representation and we simply need to charge enough to keep the cases flowing and people fed.

Thanks again for your confidence in me and in this firm. I am returning the material you were kind enough to send me to you.

Sincerely,

NORMAN A. PATTIS

NAP:paa
Encl.

John Dempsey Hospital
University of Connecticut Health Center
Department of Radiology
(860) 679-2784
Department of Nuclear Medicine
(860) 679-3120

*REQUEST COPY*

```
NAME: QUINT, RICHARD                         PAT ID: T90123433    DOB: 03/17/65
DOS:  05/03/04    REQ NO: 00690335           REFERRED BY: SERAFINI, FERDIN
READ: 05/05/04    TYPED: 05/05/04 17:45      TYPED BY: 903    LOCATION: PR17
RADIOLOGIST: KARAK, PRASANTA                 RESIDENT:
```

## DIAGNOSTIC RADIOLOGIC REPORT

FRONTAL LATERAL AND OBLIQUE VIEW LUMBOSACRAL SPINE:

INDICATIONS:
Low back pain.

FINDINGS:
Alignment of the vertebral bodies as well as height of the intervertebral disc space appear unremarkable. There is evidence of compression deformity with new bone formation and productive osteophyte formation seen involving the T12 may represent post traumatic changes. SI joints are unremarkable.

CONCLUSION:
Unremarkable radiograph of the lumbosacral spine. However, there is evidence of anterior compression deformity and osteophyte formation seen involving T12 likely represents prior post traumatic changes.

Code 72110-26; 724.2
*********
415226

APPROVED BY KARAK, PRASANTA, M. D.

PAGE 1

John Dempsey Hospital
University of Connecticut Health Center
Department of Radiology
(860) 679-2784
Department of Nuclear Medicine
(860) 679-3120

*REQUEST COPY*

NAME: QUINT, RICHARD                              PAT ID: T90123433   DOB: 03/17/65
DOS: 08/14/03   REQ NO: 00626779                  REFERRED BY: VIGNERON, E MORG
READ: 08/19/03  TYPED: 08/19/03 15:39             TYPED BY: 898    LOCATION: PR17
RADIOLOGIST: KARAK, PRASANTA                      RESIDENT:   ZELINKA, PETER

DIAGNOSTIC RADIOLOGIC REPORT

FRONTAL AND LATERAL VIEWS OF THE LS SPINE:

INDICATION:
Not given.

FINDINGS:
There is a chip fracture off the anterior-superior portion of the
T12 vertebral body that is well corticated and does not appear to
be acute. The remainder of the vertebral bodies and the LS spine
have normal alignment, vertebral body height, and intervertebral
disk spaces. No evidence for degenerative changes and the SI
joints are intact, bilaterally.

CONCLUSION:
Old chip fracture T12.

CPT 72100, ICD-9 V71.89

The examination was reviewed with Prasanta Karak, M.D.

**********
354045

APPROVED BY KARAK, PRASANTA, M. D.

PAGE 1

HR005 REV.06/02
**CONNECTICUT DEPARTMENT OF CORRECTION**
**UNIVERSITY OF CONNECTICUT HEALTH CENTER**
**CORRECTIONAL MANAGED HEALTH CARE**
**TRANSFER SUMMARY**

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 123433 | 3/17/65 |

INMATE NAME (LAST, FIRST, INITIAL): Quint, Richard
SEX: (M) F    RACE/ETHNIC: B (W) H O    FACILITY: CCI

**Current Health Status: To be completed by sending facility**

| Date | Time AM/PM | Medical | Mental | Dental | Allergies/Reactions |
|---|---|---|---|---|---|
| 8/18/03 | 2:30 | 3 | 2 | | accutane |

Significant Medical History: Chronic back pain, chronic sinusitis
Significant Mental Health History: Substance Abuse
Current Conditions/Problems: Chronic knee/back pain, insist he has nasal ff.

| Current Medication Name | Dosage | Route | Frequency | Duration | D/C Date | Last Given |
|---|---|---|---|---|---|---|
| Dolobid | 500 mg | PO | Bid | | 12/10/03 | KOP |
| Cyclobenzaprine | 10 mg | PO | Bid | | 10/1/03 | on-line |
| Nasalide | 2h | | Bid | | 10/9/03 | KOP |

PPD due    Needs 3° medical facility c̄ ↓ movement for pain control

Current Tx / Follow-up Care Needed: MD prn
Chronic Care Clinic: (✓) ☐ Cardiovascular ☐ Diabetes ☐ Dialysis
☐ Pulmonary ☐ ID ☐ TB ☐ Other
Last PPD Date: 8/24/02    mm induration
Last Chest X-ray Date: 5/16/03 Results: normal
Lab Tests Pending: (name(s)) ∅
☐ Drawn ☐ Not Drawn
Therapeutic Diet: Regular
Physical Disabilities/Limitations: Chronic Knee/Back pain
Assistive Devices/Prosthetics: ∅
☐ Contacts ☐ Glasses ☐ Dentures

Substance Abuse: ☐ Alcohol ☒ Drugs ☐ Tobacco
Mental Health Issues: ☐ Hx Suicide Attempt Date: __/__/__  Denies
☐ Hx Psych Med's ☐ Hx MH 4 or 5
URC:
Appointments Pending Scheduling Y (N)
Appointment Date (If known): __/__/__
Pap Smear (Females only): ☐ Date: __/__/__
Results: N/A

Signature/Title: [signature]

**Transfer Reception Screening: To be completed by receiving facility:**
Health Record Received: ☐ Complete/Partial ☐ Temporary ☐ None
Medication(s): ☐ MAR ☐ Meds Received

Receiving Facility: Corrigan    Date: 8/18/03    Time: 2030

S: Immediate Health Needs: Walk the unit. "I don't know why I'm here". "The less I"
O: "I want to go back". "I get". "I'm managed to discuss transfer c counselor". Denies M/I SI/S. Weight ___ T 98 P 80 R 16 B/P 122/70
A: Rx Still?    Referred PPD    Referred Surg____

P: Disposition/Referrals:
☐ Health Information Given
  ☐ Oral  ☐ Written
☐ Language Barrier
☐ Nurse
  ☐ Sick Call  ☐ Other
☐ URC Contact Person
☐ HIV Contact Person
☐ HIV Counselor

☐ Dental
☐ Mental Health
☐ MD
☐ Chronic Care Clinics
☐ Medication Evaluation
☐ Sick Call
☐ Therapeutic Diet
☐ Work/Program Limitation
☐ Other

☐ Emergency Referral to ___
☐ General Population
☐ Infirmary Placement
☐ Medical
☐ Mental Health
☐ Respiratory Isolation
☐ Special Housing/Supplies
☐ Other

Signature/Title: [signature]

74

# QUINNIPIAC UNIVERSITY

SCHOOL OF LAW

Legal Clinics

March 25, 2004

Richard R. Quint #123433
Cheshire Correctional Institute
900 Highland Avenue
Cheshire, CT 06410

Dear Sir:

    We have received your request that we consider assisting you. We regret that we are unable to assist you. Our clinical program does not provide legal assistance in habeas corpus matters, in post-conviction matters, in detainer or parole matters or in matters of prison discipline. We do not provide legal research services to non-clients. We do provide legal services on appeal from convictions in the Superior Court in conjunction with the Connecticut Public Defender appellate office. Appellate services are limited to cases referred to us by the appellate office of the Public Defender.

    We regret that we have employed a form letter to reply to you but the volume of requests we receive dictates its use.

Sincerely,

James A. Trowbridge
Clinic Director

Clinic/Prison.ltr

## JACOBS, JACOBS & SHANNON
PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
265 ORANGE STREET
NEW HAVEN, CONNECTICUT 06510

ISRAEL J. JACOBS (1918-1963)
RICHARD L. JACOBS
STEVEN D. JACOBS*
JOHN MANSFIELD SHANNON
*ALSO ADMITTED IN ILLINOIS

TELEPHONE
(203) 562-6111
FAX: (203) 624-8752

March 26, 2004

IN REPLY PLEASE REFER
TO OUR FILE NO.

Mr. Richard R. Quinn, #123433
Cheshire CI
900 Highland Ave.
Cheshire, CT 06410

Dear Mr. Quinn,

I have received your letter, with enclosures, of March 8, 2004.

I regret that I will be unable to assist you *pro bono* in this matter. Accordingly, I am returning your materials to you.

Best wishes.

Very truly yours,

Steven D. Jacobs