Mr Richard R.Quint In Propria Personam

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**FILED**
2004 JUN 16 P 3:12
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| Richard R.Quint | : | Prisoner |
| --- | --- | --- |
| v. | : | Civil No.3:02CV2053(AVC) |
| A.Dunaj Et Al., | : | Dated:June 12th,2004 |

### OBJECTION

The Plaintiff does hereby object to having deposition taken with out counsel, as the Plaintiff is on medication and is impaired. It would unjust and un fair, if he was deposed with out counsel.

Respectfully Submitted

Dated:6/12/04

Mr Richard R.Quint #123433
C.R.C.I.
Box 1400
Enfield,Ct.06083

Pro Se
### CERTIFICATION

The Plaintiff does hereby certify a copy of the foregoing has been sent to all counsel of record.

| PattyG.Swan | Neil Parrille | Judge A.V.Covello |
| --- | --- | --- |
| 10 Columbus Blvd | Asst.Atty.Gen | U.S.District Court |
| Hrtfd,Ct.06106 | 110 Sherman St | 450 Main St |
|  | Hrtfd,Ct.06105 | Hrtfd,Ct.06106 |

Dated:6/12/04

Mr Richard R.Quint