UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT
At Bridgeport

|  |  |
|---|---|
|  | Inmate #123433 |
| RICHARD R. QUINT | : CIVIL ACTION NO. 3-02-2053 (AVC)(TPS) |
| Plaintiff | : |
|  | : |
| VS. | : |
|  | : |
| A. DUNAJ, ET AL | : |
| Defendants | : JULY 20, 2004 |

## MOTION FOR ORDER COMPELLING DEPOSITION

In accordance with the Federal Rule of Civil Procedure 37(a) and the local rules, the defendants move for an order of the court compelling the plaintiff to submit to a deposition. By way of background, the defendants represent the following:

1. On May 12, 2004 the court (Covello, J) imposed scheduling orders in this matter. The court required all discovery to be completed within sixty days of the order.

2. Following receipt of the court's scheduling order the defendants contacted the correctional institution where the plaintiff was being held at the time to work out a date for a deposition. The date of July 6, 2004 was given.

3. By Notice dated May 27, 2004 the defendants indicated its intent to take the plaintiff's deposition on July 6, 2004. The Notice was received by the plaintiff.

4. By Motion dated June 12, 2004 the plaintiff objected to his deposition being conducted indicating that "he is on medication and impaired. It would be unjust and unfair if he was

deposed without counsel. . . The plaintiff in this state cannot fully and fairly litigate this matter, as his judgments is impaired. " By motion of same date the plaintiff sought once again the appointment of counsel. Upon information and belief the motion for appointment of counsel is outstanding.

Accordingly, the defendants request an order of this court compelling the plaintiff to submit to a deposition. He has continued to file discovery on the defendants despite his claimed impairment. He had continued to litigate this matter despite his claimed impairment. The defendants have a right to cross-examine the plaintiff as to the allegations of his complaint.

The undersigned counsel represents that the plaintiff is incarcerated and has recently been moved to a new facility. However, in light of the plaintiff's claimed impairments and request for the appointment of counsel, the undersigned counsel does not feel comfortable directly communicating with the plaintiff without an order of this court.

Wherefore, the defendants respectfully request that the court order the plaintiff to submit to a deposition.

**DEFENDANTS:**

BY: _____

**PATTY G. SWAN**
Gordon, Muir and Foley, LLP
10 Columbus Boulevard
Hartford, CT  06106
(860) 525-5361
Federal Bar No. CT15656

## CERTIFICATION

      This is to certify that a copy of the foregoing motion was mailed to the following pro se party on July 21, 2004:

Richard R. Quint
Inmate #123433
Corrigan-Radgowski C.C.
982 Norwich New London Turnpike
Uncasville, Connecticut 06382

 

_____
**PATTY G. SWAN**