United States District Court
District of Connecticut

Richard R. Quinn      )   Civil No. 3:02CV2053 (AVC)(TPS)
                      )
V.                    )
                      )   Dated: October 26th, 2004
A. Dunaj Et AL.,      )
                      )

**Motion for Reconsideration of Magistrates Ruling by District Judge.**

The Plaintiff does hereby in accordance with Rule 9(e) Move this Court for Reconsideration of the following Rulings.

1.) Ruling and order of Magistrate Judge Thomas Smith. Dated October 7th, 2004.

2.) Ruling denying Plaintiffs motion for appointment of Counsel.

3.) Ruling granted Defendants motion to compel deposition of the Plaintiff.

WHEREFORE, The Plaintiff requests the foregoing to be reconsidered.

Dated: 10/26/04

Respectfully Submitted

Mr Richard R. Quinn #143433
M.W.C.I.
1153 East St. S
Suffield, CT. 06080

Pro Se

## Certification

The Plaintiff does hereby certify that a copy of the foregoing has been sent to all counsel of record.

Perry G. Swan  
Gordon, Muir & Foley  
10 Columbus Blvd  
Hrtfd, Ct. 06106-1976

Niel Perville  
Asst. Atty. Gen  
110 Sherman St  
Hrtfd, Ct. 06105

Judge AV Covello  
U.S. District Court  
450 Main St  
Hrtfd, Ct. 06106

Dated: 10/26/04

M/Richard R. Quinn