United States District Court
District of Connecticut

Richard R. Quinn

V.

A. Dunaj Et Al.,

Civil No. 3:02-CV-2053(AVC)(TPS)
Prisoner

2004 NOV -1 P 4:05
U.S. DISTRICT COURT

Dated: October 26th, 2004

## Motion to Compell Discovery

The Plaintiff does hereby move the Court for a order to Compell the defendants to respond to interogatories served on them on the following dates: July 14th, 2004, and July 7th, 2004.

More than 30 days has elapsed since defendants were served with interogatories. (see Attached). They have not responded in accordance with F.R.C.P. Rule No. 37.

Wherefore the plaintiff requests this court to order the defendants to comply with his interogatories.

Respectfully Submitted

Dated: 10/26/04

Mr Richard R. Quinn #128433
M.W.C.I.
1153 East St. S
Sufield, Ct. 06080
Pro Se.

## Certification

The Plaintiff does hereby certify that a copy of the foregoing has been sent to all counsel of record.

Perry G. Swan
Gordon, Muir & Foley
10 Columbus Blvd
Hartford, CT. 06106-1976

Niel Parrilla
Asst. Atty. Gen.
110 Sherman St
Hartford, CT. 06105

Judge A.V. Covello
U.S. District Court
450 Main St
Hartford, CT. 06106

Dated: 10/26/04

Mr Richard B. Quinn

United States District Court
District of Connecticut

Richard R. Cumm
V.
A. Dunaj Et AL.,

Civil No. 3:02cv2053 (AVC)(TPS)

Dated: July 10th, 2004

## Interrogatories

The Plaintiff does hereby request the following Interrogatories in accordance with Fed. Rule No. 33.

1.) From Defendant Dunaj. Complete copy of his Police report of 8/21/02. If none filed by him why Not?

2.) From Defendant Virti Complete copy of his Police report of 8/21/02. If none filed by him why not?

3.) From Defendant Moore Complete copy of his Police report of 8/21/02. If none filed by him why not?

4.) From Defendant Espisito, complete copy of his police Report of 8/31/02. If none filed by him why not?

5.) From Defendant Marschner, complete copy of his police Report of 8/31/02. If none filed by him why not?

6.) From Defendant Dunay complete copy of Log of his movements from time of meeting with Miss Casey at 7:00 PM on 8/31/02 until arrest of Mr Quint at Helwigs Cafe.

Respectfully Submitted

Dated: 7/10/04

Mr Richard R. Quint #123433
Corrigan C.I.
986 Norwich New London Tpk
Uncasville, CT 06382

Pro Se

Mr Richard R. Quinn In Propria Personam

United States District Court
District of Connecticut

Richard R. Quinn

v.

A. Dunaj Et Al.,

Civil No. 3:02CV2053 (AVC)(TPS)
Prisoner

Dated: 7/6/04

## Interrogatories

The Plaintiff does hereby Request, the following interogatories in accordance with Fed. Rule No. 33.

1. The full name and address of the fire Department Dispatcher that took the Plaintiffs 911 Call on the Night/Morning of 7/9/02.

2. The full name and address of the Police Department Dispatcher that took the Plaintiffs 911 Call on the Night/Morning of 7/9/02.

Respectfully Submitted

Dated: 7/6/04

Mr Richard R. Quinn #123433
Corigan C.I.
986 Norwich New London Tpk
Uncasville, Ct 06382

Pro Se