**UNITED STATES DISTRICT COURT**
**for the**
**DISTRICT OF CONNECTICUT**
**At Bridgeport**

|                          |                                            |
|--------------------------|--------------------------------------------|
|                          | Inmate #123433                             |
| RICHARD R. QUINT         | : CIVIL ACTION NO. 3-02-2053 (AVC)(TPS)    |
|   Plaintiff    | :                                          |
|                          | :                                          |
| VS.                      | :                                          |
|                          | :                                          |
| A. DUNAJ, ET AL          | :                                          |
|   Defendants   | : NOVEMBER 2, 2004                         |

## <u>DEFENDANTS' OBJECTION TO PLAINTIFF'S</u> <u>MOTION TO COMPEL DISCOVERY</u>

By Motion dated October 26, 2004, the plaintiff moved to compel discovery served on the defendants dated July 6, 2004 and July 10, 2004. The defendants object to such discovery.

By way of background, the plaintiff served on the defendants a first set of discovery dated June 20, 2003. The discovery contained 37 questions, not including subsections, and was directed as to all defendants. Thereafter, the plaintiff served on the defendants interrogatories dated September 18, 2003 containing 5 requests. One month later the plaintiff served another set of interrogatories dated October 8, 2003 on the defendant A. Dunaj containing 12 interrogatory questions. 9 months later the plaintiff served two additional sets of discovery on the defendants dated July 6, 2004 and July 10, 2004. The defendants understand that the plaintiff is pro se and have been attempting to work with him as best as they can, however, the defendants must object to the Fourth and Fifth sets of interrogatories. First, the plaintiff has well surpassed the federal

rule of civil procedure allowance of limiting interrogatories to 25 in number. Second, the plaintiff has not moved for permission to serve discovery beyond the initial 25 interrogatories. Thirdly, discovery is not intended to be served in such ad hoc fashion. Fourthly, soon after the plaintiff served the discovery on the defendants in July counsel for the defendants indicated their reasons for the opposition yet the plaintiff failed to move for permission to serve the discovery and failed to move for permission to serve discovery beyond the limit of 25. He cannot and should not be allowed to flagrantly violate the Federal Rules simply because he is pro se.

For these reasons the defendants object to the plaintiff's Fourth and Fifth sets of discovery dated July 6, 2004 and July 10, 2004.

DEFENDANTS:

By: _____

Patty G. Swan
Gordon, Muir & Foley, LLP
10 Columbus Boulevard
Hartford, CT  06016
(860) 525-5361
Federal Bar No. ct15656

# **C E R T I F I C A T I O N**

This is to certify that a copy of the foregoing was mailed to the following pro se parties and counsel of record on November 2, 2004:

Richard R. Quint
Inmate #123433
M.W.C.I
1153 East Street
Suffield, CT  06080

_____
PATTY G. SWAN

Clerks Office
United States District Court
915 Lafayette Boulevard
Bridgeport, Connecticut 06604