UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT
At Bridgeport

|  |  |
|---|---|
| | Inmate #123433 |
| RICHARD R. QUINT | : CIVIL ACTION NO. 3-02-2053 (AVC)(TPS) |
| Plaintiff | : |
| | : |
| VS. | : |
| | : |
| A. DUNAJ, ET AL | : |
| Defendants | : NOVEMBER 2, 2004 |

### DEFENDANT'S OBJECTION TO MOTION FOR RECONSIDERATION

The plaintiff moved in accordance with Rule 9(e) for the court to reconsider the Magistrate's recent rulings. For the following reasons, the defendants object to such request. Rule 9(e) no longer exists. The current rule is Local Rule 7(c). Local Rule 7(c) requires the motion to be accompanied by a memorandum of law setting forth concisely the matters or controlling decisions which the plaintiff believes the Court overlooked in its initial decision. No such memorandum accompanies the plaintiff's motion. No reasons are advanced in the motion for such reconsideration.

Accordingly, the plaintiff has not advanced any reasons why the magistrate's rulings should be reconsidered. The plaintiff is not entitled to an automatic right to seek consideration of every adverse decision.

The defendants respectfully request an expedited ruling in this matter so that the plaintiff's deposition scheduled for November 11, 2004 can proceed in its normal course. In the

event such a ruling cannot be expedited, the defendants respectfully request that the court impose new scheduling orders setting the date for the plaintiff's deposition to be completed by and a date for the filing of dispositive motions.

                                                    **DEFENDANTS:**

BY: _____
       **PATTY G. SWAN**
       Gordon, Muir and Foley, LLP
       10 Columbus Boulevard
       Hartford, CT  06106
       (860) 525-5361
       Federal Bar No. CT15656

## <u>CERTIFICATION</u>

       This is to certify that a copy of the foregoing motion was mailed to the following pro se party on November 2, 2004:

Richard R. Quint  
Inmate #123433  
M.W.C.I  
1153 East Street  
Suffield, CT 06080

 

                                                        _____  
                                                      **PATTY G. SWAN**