Mr Richard R. Quinn, In Propria Persona

Richard R. Quinn | Civil No. 3:02CV2053 (AVC)(TPS)
V. |
A. Ouing Et. AL., | Dated: 11/17/04

Request for Review of
Magistrates Rulings by District Judge
_____

The Plaintiff Mr Richard R. Quinn, does hereby move this Honorable Court, to have Magistrate Judge Thomas P. Smiths Rulings, of October 7, 2004 and November 8th, 2004 Reviewed by district Judge Alfred V. Covello.

The plaintiff has been transferred 3 times since Sept. 29, 04 he did not recieve the October 7th Ruling until October 26th, 04 at which time he filed motion for reconsideration of Magistrates ruling by district Judge. The plaintiff was requesting review of Magistrates ruling by district judge.

As the plaintiff complied with Judge Covellos ruling on motion to appoint counsel of 5/12/04. In which he was required to submit Letter from Inmate Legal Assistance that they could not help him. Which he did submit with his motion to appoint Counsel (Dke #113).

Magistrate Judge Smith did not have authority to rule on Motion for Reconsideration by District Judge of his ruling.

WHEREFORE, The plaintiff requests both the Oct. 7th and Nov 8th 2004 Rulings and orders be reviewed by the District Judge.

Respectfully Submitted

Dated: 11/17/04

Mr Richard R. Quinn #123483
Corrigan C.I.
986 Norwich New London Tpk
Uncasville Ct 06382
Pro Se

<u>Certification</u>

The Plaintiff does hereby certify a copy of the foregoing has been sent to all counsel of record.

| | | |
|---|---|---|
| Patty G. Sun<br>Gordon, Muir & Foley<br>10 Columbus Blvd<br>Hrtfd, CT. 06106-1976 | Neil Parrillo<br>Asst. Atty Gen.<br>110 Sherman St<br>Hrtfd, CT. 06105 | Judge A.V. Covello<br>U.S. District Court<br>450 Main St<br>Hrtfd, CT. 06104 |

Dated: 11/17/04

_____
Mr Richard R. Quinn