Mr. Richard R. Quinn In Proprie Persona

United States District Court
District of Connecticut

Richard R. Quinn

v.

A. Dunaj Et Al.,

Civil No. 3:02CV2053 (AVC)(TPS) Prisoner

Dated: 11/17/04

## Brief in Support Motion Review

The Plaintiff submits this treatise in support of his motion of review of magistrates ruling by District Judge.

1.) The Plaintiff does not have access to law library as the Ct. Department of Corrections has done away with them.

2.) The Plaintiff motion for reconsideration was filed timely.

3.) Inmates Legal Assistance states they can not help the Plaintiff with this case.

4.) Plaintiff does not have access to the rules of Court or any case law, to file Memorandum to support his motions.

5.) Plaintiff is impaired by his inability to properly draft documents.

6.) Ruling of the Court (DKE #193) told the plaintiff to resubmit his motion for appointment of counsel with statement from I.L.A.P. they could not help him which the plaintiff did.

7.) The plaintiff needs counsel so he can have his issues properly brought before the Court. As he does not have the available resources to do this himself.

8.) Magistrate Smith overlooked the previous ruling, requiring the plaintiff to obtain statement I.L.A.P. could not help him. When ruling on the plaintiffs motion for appointment of counsel.

9.) The plaintiff has tried to resolve his discovery issue prior to filing motion to compell. The defendants have not. Yet Magistrate Smith has granted their motion to compell discovery. The defendants presented no evidence demonstrating their attempt to resolve their discovery dispute without court assistance. This shows to the Plaintiff Magistrate Smith is not being impartial in his rulings.

10.) The Plaintiff can not comply with rules of Court if he does not have access to them.

WHEREFORE, Magistrate Smiths Rulings and orders should be reviewed. The plaintiff needs counsel appointed to ensure he recieves justice.

Respectfully Submitted

Dated: 11/17/04

Mr Richard R. Quint #123433
Corrigan C.I.
986 Norwich New London Tpk
Uncasville, Ct 06382
Pro Se

Certification

The Plaintiff does hereby Certify a copy of the foregoing has been sent to all counsel of record.

Patty G. Senn           Niel Parville          Judge A.V. Covello
Gordon, Muir & Foley    Asst. Atty Gen.        U.S. District Court
10 Columbus Blvd        110 Sherman St         450 Main St
Hrfd, Ct. 06106-1976    Hrfd, Ct. 06105        Hrfd, Ct. 06106

Dated: 11/17/04

Mr Richard R. Quin