United States District Court
District of Connecticut

Richard R. Quint

V.

A. Dunaj Et AL.,

Civil No. 3:02CV2053 (AVC)(TPS)
(Prisoner)

Dated: 11/17/04

<u>Objection to Ruling and order</u>

The Plaintiff does hereby object to Magistrate Judge Thomas P. Smith. Ruling on his motion for reconsideration of his ruling by district judge.

As the plaintiff was requesting for reconsideration of his decision by the district judge. Judge Smith does not have authority to rule on motion questioning his rulings.

Magistrate Judge Smith's ruling of Nov 8th, 2004 denied the plaintiff the review he was seeking of the October 7th decision Magistrate Smith made.

Respectfully Submitted

Dated: 11/17/04

Mr Richard R. Quint #128433
Corrigan C.I.
986 Norwich Newlondon Tpk
Uncasville CT. 06382

Pro Se

## Certification

The Plaintiff does hereby certify a copy of the foregoing has been sent to all counsel of record.

Patty G. Sean
Gordon, Muir & Foley
10 Columbus Blvd
Hrtfd, Ct. 06106-1976

Niel Parmlo
Asst. Atty. Gen.
110 Sherman St.
Hrtfd, Ct. 06105

Judge A.V. Covello
U.S. District Court
450 Main St.
Hrtfd, Ct. 06104

Dated: 10/22/04

Mr Richard R. Quint