UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT
At Bridgeport

|  |  |
|---|---|
|  | Inmate #123433 |
| RICHARD R. QUINT | : CIVIL ACTION NO. 3-02-2053 (AVC)(TPS) |
|     Plaintiff | : |
| VS. | : |
|  | : |
| A. DUNAJ, ET AL | : |
|     Defendants | : FEBRUARY 18, 2005 |

## DEFENDANTS' MOTION FOR EXTENSION OF SCHEDULING ORDERS

Pursuant to Local Rule 16(b), the defendants, A. Dunaj, C. Dunn, Lt. Anderson, Sgt. Darby, Officer Bethke, Officer Moore, Officer Vitti, Officer Esposito and Officer Marschner hereby request that the scheduling orders imposed in this matter be extended with regard to the taking of the plaintiff's deposition and the filing of dispositive motions only in the event this court denies the defendants' motion to dismiss the action for plaintiff's failure to appear at his continued deposition. In support of this motion the defendants represent the following:

1. On December 16, 2004 the defendants through counsel conducted the deposition of the plaintiff.

2. During the deposition the plaintiff indicated that he felt ill prepared to answer questions and wanted the opportunity to prepare.

3. Counsel for the defendants suspended the deposition to give the plaintiff the opportunity to better prepare for questions posed at the deposition.

4.  The continued deposition of the plaintiff was duly noticed for Friday, February 18, 2005 at 10:00 a.m.

5.  Counsel for the defendants confirmed the deposition was going forward at the facility where the plaintiff is presently incarcerated, Northern Correctional Institute with Captain Rodriguez.

6  Captain Rodriguez indicated to counsel for the defendants that the plaintiff was aware of the deposition.

7.  On February 18, 2005 counsel for the defendant appeared with a court reporter at Northern Correctional Institute.

8.  After waiting some time Lieutenant Carroll approached counsel and informed her that the plaintiff, Mr. Quint, was demanding a wheel chair.

9.  Lieutenant Carroll also informed counsel for the defendants that Dr. Wright who is in charge at the facility did not authorize a wheel chair for the plaintiff as he was walking around in his cell and doing push ups.

10. Lieutenant Carroll further informed counsel for the defendants that the plaintiff Mr. Quint was refusing to attend the deposition.

Good cause exists for the granting of this motion. In order for the defendants to move for summary judgment it is imperative that discovery be completed. The only discovery remaining is the completion of the plaintiff's deposition. Through no fault of the defendants the plaintiff's deposition has not been completed. Given the plaintiff's failure to appear for the deposition it is uncertain when and if the plaintiff will make himself available for another deposition. The

defendants have moved to dismiss the action for plaintiff's failure to submit to the deposition. However, in the event the court denies the motion, the time in which the defendants must complete discovery and move for summary judgment may run.

    Wherefore, the defendants respectfully request that the scheduling order be extended and the court order the plaintiff to submit to a deposition by a date certain.  Further, the defendants respectfully request that the scheduling order be extended with regard to the filing of a summary judgment motion to 45 days after the plaintiff submits to his continued deposition.

                                          DEFENDANTS:

By    _____
       Patty G. Swan
       Gordon, Muir & Foley, LLP
       10 Columbus Boulevard
       Hartford, CT 06106
       Federal Bar No. ct15656

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been mailed, postage prepaid, to the following pro se party of record on February 18, 2005:

Richard R. Quint
Inmate #123433
Northern Correctional Institute
287 Bilton Road
P.O. Box 665
Somers, CT 06071

_____

Patty G. Swan