UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT
At Hartford

| | |
|---|---|
| RICHARD R. QUINT | : CIVIL ACTION NO. 3-02-2053 (AVC)(TPS) |
| Plaintiff | : |
| | : |
| VS. | : |
| | : |
| A. DUNAJ, ET AL | : |
| Defendants | : FEBRUARY 18, 2005 |

## DEFENDANTS' MOTION TO DISMISS CLAIMS
## FOR FAILURE TO STATE A CLAIM

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and the order of this court dated January 21, 2005[1], the defendants A. Dunaj, C. Dunn, Lt. Anderson, Sgt. Darby, Officer Bethke, Officer Moore, Officer Vitti, Officer Esposito and Officer Marschner hereby move for a judgment of dismissal with respect to the plaintiff's claims brought pursuant to 42 USC §1985 and 42 USC §1986, the plaintiff's claim for the defendants' denying him his right against double jeopardy, and the plaintiff's claims against the defendants in their official capacities on the grounds that these claims fail to state a legally sufficient cause of action against the defendants upon which relief can be granted. In support hereof, the defendants attach the following Memorandum of Law.

---

[1] This court ordered that all dispositive motions be filed no later than April 15, 2005. In addition to this Motion to Dismiss the defendants intend on filing a motion for summary judgment. To narrow the issues

in the summary judgment motion, the defendants file the present motion.

DEFENDANTS:

By: _____
Patty G. Swan
Gordon, Muir & Foley, LLP
10 Columbus Boulevard
Hartford, CT  06016
(860) 525-5361
Federal Bar No. ct15656

## **C E R T I F I C A T I O N**

      This is to certify that a copy of the foregoing together with the attached memorandum of law was mailed to the following pro se plaintiff on February 18, 2005:

Richard R. Quint
Inmate #123433
Northern Correctional Institute
287 Bilton Road
P.O. Box 665
Somers, CT 06071

_____
PATTY G. SWAN