UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT
At Bridgeport

|  |  |
|---|---|
| | Inmate #123433 |
| RICHARD R. QUINT | : CIVIL ACTION NO. 3-02-2053 (AVC)(TPS) |
|     Plaintiff | : |
| VS. | : |
| | : |
| A. DUNAJ, ET AL | : |
|     Defendants | : FEBRUARY 18, 2005 |

### DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S ACTION FOR FAILURE TO PROSECUTE

Pursuant to Federal Rule of Civil Procedure 41(b), the defendants, A. Dunaj, C. Dunn, Lt. Anderson, Sgt. Darby, Officer Bethke, Officer Moore, Officer Vitti, Officer Esposito and Officer Marschner move to dismiss the plaintiff's complaint in its entirety for his failure to prosecute this action. In support of this motion the defendants represent the following:

1. On December 16, 2004 the defendants through counsel conducted the deposition of the plaintiff.

2. During the deposition the plaintiff indicated that he felt ill prepared to answer questions and wanted the opportunity to prepare.

3. Counsel for the defendants suspended the deposition to give the plaintiff the opportunity to better prepare for questions posed at the deposition.

4. The continued deposition of the plaintiff was duly noticed for Friday, February 18, 2005 at 10:00 a.m.

5.  Counsel for the defendants confirmed the deposition was going forward at the facility where the plaintiff is presently incarcerated, Northern Correctional Institute with Captain Rodriguez.

6  Captain Rodriguez indicated to counsel for the defendants that the plaintiff was aware of the deposition.

7.  On February 18, 2005 counsel for the defendant appeared with a court reporter at Northern Correctional Institute.

8.  After waiting some time Lieutenant Carroll approached counsel and informed her that the plaintiff, Mr. Quint, was demanding a wheel chair.

9.  Lieutenant Carroll also informed counsel for the defendants that Dr. Wright who is in charge at the facility did not authorize a wheel chair for the plaintiff as he was walking around in his cell and doing push ups.

10. Lieutenant Carroll further informed counsel for the defendants that the plaintiff Mr. Quint was refusing to attend the deposition.

The defendants respectfully request that the plaintiff's action be dismissed for his failure to submit to his continued deposition in order for the defendants to properly prepare and defend the allegations pending against them.

**DEFENDANTS:**

By  _____
**Patty G. Swan**
Gordon, Muir & Foley, LLP
10 Columbus Boulevard
Hartford, CT 06106
Federal Bar No. ct15656

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, to the following pro se party of record on February 18, 2005:

Richard R. Quint
Inmate #123433
Northern Correctional Institute
287 Bilton Road
P.O. Box 665
Somers, CT 06071

_____
**Patty G. Swan**