Richard R. Quint In Propria Persona

United States District Court      FILED
District of Connecticut
                                  2005 MAR -2  A 11: 56
Richard R. Quint         |  Civil No. 3:02CV2053 (AVC)(TPS)
    V.                   |                U.S. DISTRICT COURT
A. Dzurj Et Al.,         |  Dated: 2/25/05   BRIDGEPORT, CONN

      Objection to Motion Dismiss Failure Prosecute

The Plaintiff does hereby object to defendants' motion to dismiss for failure to Prosecute. On the following Causes:

1.) The plaintiff wrote informal Letter to Atty. Swan on 2/15/05. Stating due to health issues he would not be able to continue deposition on 2/18/05. He would notify her as soon as things were O.K.

2.) On 2/9/05 the Plaintiff passed out from no food or water for 6 days.

3.) The Plaintiffs blood pressure on the week prior to the 18th was averaging between 94/60 to 88/58 he was light headed and see spots when he stood.

4.) The plaintiff was willing to have deposition taken if he was provided wheel chair to get from medical to visiting once administration refused.

5.) The plaintiff is willing to finish deposition as soon as his health allows or arrangements to bring him safely to visiting room are made.

6.) At no time did the plaintiff refuse to attend the deposition.

WHEREFORE, all of the foregoing causes the defendants motion to dismiss for failure to prosecute should be denied.

Dated: 2/25/05

Respectfully Submitted

*[signature]*

Mr Richard R. Quint #123477
Northern C.I. Med 4
287 Bilton Rd
Somers, CT. 06071
Pro Se

Certification

A copy of the foregoing was sent to all counsel of record:

Patty G. Swan
10 Columbus Blvd
Hrtfd, CT. 06104

Dated: 2/25/05

*[signature]*
Richard R Quint