Mr Richard R. Quire In Propria Persona

United States District Court
District of Connecticut

Richard R. Quire

V.

A. Dmaj Et AL,

Civil No. 3:02CV2053 (AVC) Prisoner

Dated: 2/25/05

FILED

2005 MAR -2 A 11: 56

U.S. DISTRICT COURT
BRIDGEPORT, CONN

Motion Extension time Reply

The Plaintiff does hereby request a extension of time of 60 days in which to respond to the following motions from the defendants:

1) Motion to dismiss claims for failure to Serve Claim 2/18/05

The Plaintiff is in Northen C.I. Medical Unit on a Hunger Strike in process of the cause of his being sent to Northen behind not having his Shirt tucked in.

He has not eaten in 22 days, He is being denied access to all his Legal Work in the medical Unit, Is unable to prepare his reply

He does not know how Long this is going to continue or how his health is going to uphold.

WHEREFORE, he respectfully prays this Honorable Court grants his extension of time to reply.

Dated: 2/25/05

Respectfully Submitted

Mr Richard R. Quire #123430
Northen C.I. Med 4
287 Bilton Rd
Somers, Ct. 06071
Pro S

Certification

a copy of the foregoing was sent to all counsel of record

Parry G. Swan
10 Columbus Blvd
Hrtfd Ct. 06106

Dated: 2/25/05

Richard R. Quire