Mr Richard R. Quint In Propria Personam

United States District Court
District of Connecticut

FILED
2005 MAR -3 P 3:12
US DISTRICT COURT
BRIDGEPORT, CONN.

Richard R. Quint
V.
A. Dunaj, Et Al.,

Civil No: 3:02CV2053 (AVC)(TPS) Prisoner

Dated: 2/22/05

## Motion for Extension of time To Complete discovery

The plaintiff does hereby move the courts for an extension of time to complete discovery of 90 days from March 15, 2005, to June 15, 2005.

As the plaintiff was transferred to Northern C.I., is currently on a hunger strike and has not eaten for over 20 days. Due to the health issues this involves he is unable to complete depositions. The plaintiff also has filed a request for additional interrogatories, which would not be able to be complied with, within time frame set by the courts.

Plaintiff does not know how long the hunger strike is going to proceed. He is willing to finish deposition as soon as it is over and his health permits, he would of finished on 2/18/05. They would not provide wheel chair to bring him to visiting area at Northern, the plaintiff had already passed out once from Hunger Strike.

WHEREFORE, The plaintiff respectfully requests the court to grant his motion for the foregoing reasons.

Dated: 2/22/05

Respectfully Submitted

Mr Richard R. Quint #128433
Northern C.I.
287 Bilton Rd
Somers, CT, 06071

Pro Se.

## Certification

The Plaintiff does hereby Certify a copy of the foregoing has been sent to all counsel of record:

Patty. G. Swan
Gordon, Muir & Foley
10 Columbus Blvd
Hrtfd, Ct. 06106

Niel Parville
Asso. Atty. Gen
110 Sherman St
Hrtfd, Ct. 06105

Judge A. V. Covello
U.S. District Court
450 Main St.
Hrtfd, Ct. 06106

Dated: 2/27/05

Mr Richard R. Owens