Mr Richard R. Quint In Propria Personam

United States District Court
District of Connecticut

FILED

Richard R. Quint

V.

A. Dunaj Et AL.,

Civil No 3:02-2053 (AVC)(TPS)

Prisoner 2005 MAR -3 P 3:12

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

Dated: 2/22/05

## Request to file additional Interrogatories

The plaintiff does hereby request to file additional interrogatories, They be deemed ongoing. So that he may complete his discovery in the above captioned case.

Dated: 2/22/05

Respectfully Submitted

Mr Richard R. Quint #123433
Northern C.I.
287 Bilton Rd
Somers, Ct. 06071
Pro Se

## Certification

The Plaintiff does hereby certify a copy of the foregoing has been sent to all counsel of record:

Pary. G. Saran
Gordon, Muir & Foley
10 Columbus Blvd
Hrtfd, Ct. 06106

Neil D. Parville
Asst. Atty. Gen.
110 Sherman St
Hrtfd, Ct. 06105

Judge A.V. Covello
U.S. District Court
450 Main St
Hrtfd, Ct. 06106

Dated: 2/22/05

Mr Richard R. Quint