UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT
At HARTFORD

|  |  |
|---|---|
|  | Inmate #123433 |
| RICHARD R. QUINT | : CIVIL ACTION NO. 3-02-2053 (AVC)(TPS) |
|     Plaintiff | : |
|  | : |
| VS. | : |
|  | : |
| A. DUNAJ, ET AL | : |
|     Defendants | : MARCH 14, 2005 |

To:    Clerk, U.S. District Court
       915 Lafayette Boulevard
       Bridgeport, CT  06604

Please enter my Appearance in the above-entitled action as Counsel for the Defendants, **A. Dunaj, C. Dunn, Lt. Anderson, Sgt. Darby, Officer Bethke, Officer Moore, Officer Vitti, Officer Esposito and Officer Marschner,** in addition to the appearance of any other counsel of record for said defendant.

Dated at Hartford this 14th day of March, 2005.

DEFENDANTS:

By: _____
Michael C. Conroy
Gordon, Muir & Foley, LLP
10 Columbus Boulevard
Hartford, CT  06016
(860) 525-5361
Federal Bar No. ct 22254

## **C E R T I F I C A T I O N**

      This is to certify that a copy of the foregoing was mailed to the following pro se parties and counsel of record on March 14, 2005:

Richard R. Quint
Inmate #123433
Northern Correctional Institute
287 Bilton Road
P.O. Box 665
Somers, CT 06071

_____
MICHAEL C. CONROY

::ODMA\PCDOCS\DOCS\387835\1