United States District Court **FILED**
District of Connecticut   2005 MAR 16 P 4: 12

Richard R. Quint              | Civil No: 3:02CV2053 (AVC)(TPS)
V.                            |
A. Dunaj Et Al.,              | Dated: 3/14/05

## Motion for Appointment of Counsel

The Plaintiff does hereby move this court for appointment of counsel in the above captioned case. In accordance with Fed. Rules. Civil Procedure. Presents the following Causes:

1.) The plaintiff has satisfied all previous requirements.
2.) The plaintiff is a prisoner.
3.) The plaintiff needs depositions taken of the following people who are not defendants. 1.) Karen Biesel Police dispatcher 2.) Fire department dispatcher 3.) Mark Hruby Asso. States Atty. 4.) Ms Richards Family Relations.
4.) The plaintiff can not take these depositions himself.
5.) The plaintiff needs these depositions taken to finish his discovery to properly be able to prosecute the above captioned case.

WHEREFORE, The foregoing causes the plaintiff respectfully prays this Honorable Court grants his motion for appointment of counsel.

Dated: 3/14/05

Respectfully Submitted

*[signature]*

Mr. Richard R. Quint #123937
Northern C.I. Med 2
287 Bilton Rd
Somers, Ct, 06071

Certification

The Plaintiff does hereby certify a copy of the foregoing has sent to all counsel of record:

Patry. G. Swan
Gordon, Muir & Foley
10 Columbus Blvd
Hrtfd, CT. 06106-1976

Dated: 3/14/05

Mr Richard R. Quinn