United States District Court
District of Connecticut

Richard R. Quint                    : Civil No. 3:02CV2053(AVC)(TPS)

v.

A. Dunaj Et Al.,                    : Dated: 3/17/05

Objection to Defendants Motion to Dismiss
for failure to serve claim

The Plaintiff does hereby object to the defendants motion to dismiss for failure to serve claim.

FILED
2005 MAR 17 P 4:01
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Dated: 3/17/05

Respectfully Submitted

Mr. Richard R. Quint #123432
Northern C.I. Med 2
287 Bilton Rd
Somers, CT. 06071
Pro Se

Certification

The Plaintiff does certify an copy of the foregoing has been sent to all counsel of record:

Patty G. Swan
Gordon, Muir & Foley
10 Columbus Blvd
Hartford, Ct. 0106-1976

Dated: 3/17/05

Mr. Richard R. Quint