United States District Court
District of Connecticut

**FILED**

Richard R. Quint
   V.
A. Dunny, Et Al.,

No. 3:02CV2053 (AVC)(TPS)   Prisoner 2005 JUN -1 P 4:40

Dated: 5/28/05

U.S. DISTRICT COURT
BRIDGEPORT, CONN

Objection to
Ruling and Order.

The plaintiff does hereby object to the ruling and orders of the Court dated: May 20th, 2005. for the following causes.

1.) Mr Quint was denied equal protection of the Laws. under section 1985 by more than one person. Thus caused him injury by the denial of his Constitutional rights. As is considered harm if they are denied for any amount of time, 1985 Claim should not have been dismissed.

2.) Mr Quint was conspired against by the defendants to deny him his constitutional right to due process by the defendants. Mr Quint did state claim under section 1985, his Section 1986 Claims should not have been dismissed

3.) Mr Quints Claim against the defendants in their official capacities should not have been dismissed.

4.) Mr Quints motion, requesting leave to file additional interrogatories should not have been denied as he can not finish his discovery.

5.) Mr Quinn's Motion for Appointment of Counsel Should have been granted. The plaintiff did state the identities of all the persons depositions needed from and why he can not obtain the information by other means. Except for Fire Department dispatcher, who the plaintiff does not know identity of.

The plaintiff does object for the foregoing causes to the Ruling and Order of the Court of May 20th, 2005

Dated: 5/28/05

Respectfully Submitted

Mr Richard R. Quint #123437
Garner C.I.
50 Nunnawauk Rd
Newtown, Ct. 06470
Pro Se

Certification

a copy of the foregoing was sent to all counsel of record:

Patty G. Swan
Gordon, Muir & Foley
10 Columbus Blvd
Hartford, CT. 06106-1976

Micheal C. Conroy
Gordon, Muir & Foley
10 Columbus Blvd
Hartford, CT. 06106-1976

Dated: 5/19/05

Mr Richard R. O---