United States District Court
District of Connecticut

**FILED**

Richard R. Quint

v.

A. Dunaj Et. AL.,

Prisoner
No: 3:02CV2053(AVC)
Dated: 5/28/05

2005 JUN -1 P 4: 40
US DISTRICT COURT
BRIDGEPORT, CONN

Motion for Appointment of Counsel.

The Plaintiff does hereby move this court for appointment of counsel in the above captioned Case. Presents the following Causes in support of this motion:

1.) The plaintiff has satisfied all previous requirements.

2.) The plaintiff is a prisoner and can not take depositions himself.

3.) The plaintiff needs depositions of Karen Giesel the police dispatcher of 2/9/02. To verify tape and transcript submitted by defendants of 911 call of Mr Quint she took. Also Fire department dispatcher who Plaintiff does not know identity of at this time. to verify 911 call. So Plaintiff may prepare motion for Summary Judgement

Also depositions of Lisa Richards Family relations and Mark Hurley States Attorney. to see if their positions would have been altered in anyway if 911 call was made and defendants took plaintiffs statement on 2/9/02. were available to them if their decisions on how to proceed in case would have been different. So Plaintiff may prepare motion Summary judgement

4.) The plaintiff has no othe means to obtain this information other than by deposition he knows of.

5.) The plaintiff has no way of questioning them himself as he is confined in custody of the Ct. Department of Corrections.

6.) The testimony of these depositions is extremely relevant to this case.

WHEREFORE, All of the foregoing causes the plaintiffs motion for appointment of counsel should be granted.

Dated: 5/28/05

Respectfully Submitted

*[signature]*

Mr. Richard R. Quint #128483
Garner C.I.
50 Nunnawauk Rd
Newtown, Ct 06470
Pro Se

Certification

a copy of the foregoing was sent to all counsel of record.

Patty G. Swan                    Michael C. Conway
Gordon, Muir & Foley             Gordon, Muir & Foley
10 Columbus Blvd                 10 Columbus Blvd
Hrtfd, CT. 06106-1976            Hrtfd, CT. 06106-1976

Dated: 5/28/05

Mr Richard K Orr