United States District Court
District of Connecticut

Richard R. Quinn

V.

A. Dunaj, Et Al.,

FILED
2005 JUN 16 P 4:15
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Civil No. 3:02CV2053 (AVC)(TPS) Prisoner

Dated: June 14th, 2005

## Objection to Deposition

The Plaintiff does hereby object to the manner of in which his deposition was taken on June 14th, 2005 by Atty. Michael C. Conroy.

Atty. Conroy did not re-notice the Plaintiff before the deposition as ordered by the Court. The Plaintiff did not receive notice was not able to prepare for deposition.

Atty. Conroy at deposition was asking questions he knew the Plaintiff previously objected to at prior deposition. Atty Conroy line of questioning appeared to be for the sole purpose of making it seem the plaintiff was being un-cooperative, so he could file motion to dismiss again.

Atty. Conroy was trying to manipulate this case in the manner of questions he already knew where addressed and objected to. It seemed to the Plaintiff Atty Conroy whole purpose at deposition was to find questions Plaintiff would object to, to try and make it seem the Plaintiff was being un-cooperative, by asking questions that were irrelevant to the facts or already objected to.

Atty. Conroy was trying to manipulate the proceeding to manipulate the Court into dismissing the case.

Dated: 6/14/05

Respectfully Submitted

Mr Richard R. Quint #123483
Garner C.I.
50 Nunnawauk Rd
Newtown, Ct. 06470

Pro Se

Certification

A copy of the foregoing has been sent to all counsel of record.

| Patty G. Swan | Michael C. Conroy | Judge Alfred V. Covello |
| Gordon, Muir & Foley | Gordon, Muir & Foley | U.S. District Court |
| 10 Columbus Blvd | 10 Columbus Blvd | 450 Main St |
| Hrtfd, Ct. 06106 | Hrtfd Ct. 06106 | Hrtfd, Ct. 06106 |

Dated: 6/14/05

Mr Richard Q