Mr Richard R. Quint   In Propria Persona

United States District Court

District of Connecticut

Richard R. Quint                    |

V.                                  |  Civil No. 3:02CV2053 (AVC)(PPS)

A. Duray Et.AL,                     |  Dated: June 16th, 2005

**FILED**
2005 JUN 23 P 5:22
US DISTRICT COURT

Motion for Extension of time of scheduling order

The Plaintiff does hereby make the court for a extension of time of the scheduling orders for the following causes.

1.) The defendants can finish answering the Plaintiffs admissions correctly and under oath.

2.) The Plaintiff can have depositions taken of Police dispatcher Karen Biesel and fire department dispatcher, family Relations of Lisa Richards and Steves Atty Mark Hurley.

3.) The Plaintiff can not properly proceed to prosecute this case with out the foregoing discovery being done.

WHEREFORE, The Plaintiff respectfully requests the court for a extension of time sufficient to recieve the discovery needed to prosecute this case.

Respectfully Submitted

Mr Richard R. Quino #123433
Garner C.I.
50 Nunnawauk Rd
Newtown Ct. 06470

Dated 6/16/05

Certification

a copy of the fore going has been sent to all counsel of record.

| Rory G. Swan | Michael C. Conway | Judge A.V. Covello |
| Gordon, Muir & Foley | Gordon, Muir & Foley | U.S. District Court |
| 10 Columbus Blvd | 10 Columbus Blvd | 450 Main St |
| Hrtfd Ct. 06106 | Hrtfd, Ct. 06106 | Hrtfd Ct. 06106 |

Dated: 6/16/05

Mr Richard R. Quino