United States District Court
District of Connecticut

**FILED**
2005 JUN 23 P 5:22

Richard R. Quinn

V.

A. Druby Et Al.,

Civil No. 3:02CV2053 (AVC)(TRB) Prisoner

Dated: June 16th, 2005

### Request to file additional Interrogatories

The Plaintiff does hereby request permission to file additional interrogatories to the 25 permitted under Rule 33 F.R.C.P. The Plaintiff states the following in support of his request.

1.) He needs the defendants to produce phone records.
2.) He is not done with his discovery.
3.) He submits the attached interrogatories.

WHEREFORE, The Plaintiff respectfully requests the attached and any further interrogatories that may be needed be allowed to be filed.

Dated: 6/16/05

Respectfully Submitted

Mr Richard R. Quinn #123400
Garner C.I.
50 Nunnawauk Rd
Newtown Ct. 06470

Pro Se

Certification

 A copy of the foregoing was snb sent to all counsel of record.

| Patty G. Swan | Michael C. Conroy | Judge A.V. Covello |
| Gordon, Muir & Foley | Gordon, Muir & Foley | U.S. District Court |
| 10 Columbus Blvd | 10 Columbus Blvd | 450 Main St |
| Hrtfd, CT. 06106 | Hrtfd, CT. 06106 | Hrtfd, CT. 06106 |

Dated: 6/16/05

Mr Richard R. Quint