Mr. Richard R. Quint In Propria Persona

United States District Court
District of Connecticut

Richard R. Quint

V.

A. Onnaj, Et Al.,

Civil No. 3:02cv2053 (AVC)(TPS)

Dated: June 16th, 2005

**FILED**
Prison 2005 JUN 23 P 5:22
DISTRICT COURT

Supplement to Motion
for Appointment of Counsel.

The Plaintiff does hereby provide the court with the following supplement to his motion for appointment of Counsel. Dated: 5/28/05.

1.) The Police dispatcher Karen-Giesel does not work for the Milford Police Dept. anymore. Her deposition is extremely relevant to the facts in this case of the Plaintiffs 911 call. to find out if she followed Proto call and took the Plaintiffs as she did. As the defendants are trying to claim his name was not taken or given when he called. Through her deposition the plaintiff further needs to find out name of fire Dept. Dispatcher to verify the events that occured with his 911 call on the night of 2/9/02.

2.) The defendants have stated they can provide Karen Giesel address for deposition.

3.) The Plaintiff needs these depositions so he can file motion for summary judgement.

6/16/05

Respectfully Submitted

Mr Richard R. Quint #123433
Garner C.I.
50 Nunnawauk Rd
Newtown, CT. 06470
Pro Se

Certification

A copy of the foregoing has been sent to all counsel of record.

| Perry G Sena | Michael C. Conroy | Judge A.V. Covello |
| Gordon Muir & Foley | Gordon Muir & Foley | U.S. District Court |
| 10 Columbus Blvd | 10 Columbus Blvd | 450 Main St. |
| Hartford, CT. 06106 | Hartford, CT. 06106 | Hartford, CT. 06105 |

Dated: 6/16/05

Mr Richard R. Quint