United States District Court   **FILED**
District of Connecticut
2005 JUN 23 P 5:22

Richard R. Quint
V.                         Civil No. 3:02CV2053(AVC)(TPS)
A. Dunaj Et AL.,           Dated: 6/16/05

## Supplement to Motion to Compell.

The Plaintiff does hereby provide the Court with the following supplement to his motion to compell dated 6/15/05.

1.) On June 16th, 2005 the Plaintiff did recieve a response to his request for admission. (Attachment A)
2.) The responses were not under oath.
3.) The responses state more than just admitting or denying the question as requested. As these are not interogatories. The Plaintiff does not want answers other than Admit or deny.
4.) The admissions were not responded to within 30 days as requested.

WHEREFORE, The Plaintiff respectfully requests this Honorable court to order the defendants to respond to his admissions under oath and in the format requested without explainations. within a time frame set by the Court.

Dated: 6/16/05

Respectfully Submitted

Mr Richard R. Quint #123433
Garner C.I.
50 Nunnawauk Rd
Newtown, CT. 06470
Pro Se

## Certification

A copy of the foregoing was sent to all counsel of record.

| Perry G. Swan | Micheal C. Conroy | Judge A.V. Covello |
|---|---|---|
| Gordon, Muir & Foley | Gordon, Muir & Foley | U.S. District Court |
| 10 Columbus Blvd | 10 Columbus Blvd | 450 Main St |
| Hrtfd, Ct. 06106 | Hrtfd, Ct. 06106 | Hrtfd, Ct. 06106 |

Dated: 6/16/05

Mr Richard R. Quint

UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT
At HARTFORD

RICHARD R. QUINT
Plaintiff

VS.

A. DUNAJ, ET AL
Defendants

Inmate #123433
: CIVIL ACTION NO. 3-02-2053 (AVC)(TPS)
:
:
:
:
:
:
: JUNE 10, 2005

(Attachment #)
Received on 6/11/05
R.Q.

## DEFENDANTS' RESPONSES TO PLAINTIFF'S REQUESTS FOR ADMISSIONS

The Plaintiff pursuant to F.R.C.P. submits the following admissions to the defendants. Requesting the defendants to either admit or say under oath, within 30 days of this request.

1.) Admit. Defendants Dunn, Bethke, Lt. Anderson, & Sgt. Darby. That Mr. Quint on 7/9/02 called 911 to Milford Police Department, making complaint of assault by his girlfriend.

**The defendants admit that on 7/9/02 an anonymous call came into the dispatcher at the Milford Police Department regarding the disturbance between Mr. Quint and Francine Casey. The defendants further admit that subsequent to this call another call came in to the dispatcher at the Milford Police Department. The caller's name is not provided. The defendants admit that the caller claimed he was being assaulted by his girlfriend.**

2.) Admit. Officer Dunn wrote incident report of response to complaint of Mr. Quint on 7/9/02.

**The defendant Officer Dunn admits that he was the author of the incident report made in connection with the incident on 7/9/02 involving Mr. Quint and Ms. Casey.**

3.) Admit. Defendants Dunn, Bethke, Lt. Anderson, & Sgt. Darby responded to complaint of assault by Mr. Quint on 7/9/02.

**The defendants admit that they responded to the complaints that came into the Milford Police Department dispatch on 7/9/02 concerning Mr. Quint and Ms. Casey.**

4.) Admit. Officer Dunn did not report in his incident report of 7/9/02 that Mr. Quint made 911 call and complaint of assault.

**Admitted.**

5.) Admit. Officer Bethke did not report that Mr. Quint made 911 call and complaint of assault.

**It is admitted that Officer Bethke made no written incident report of the 7/9/02 incident involving Mr. Quint and Ms. Casey.**

6.) Admit. Lt. Anderson did not report that Mr. Quint made 911 call and complaint of assault.

**It is admitted that Lt. Anderson made no written incident report of the 7/9/02 incident involving Mr. Quint and Ms. Casey.**

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361    FACSIMILE (860) 525-4849    JURIS NO. 24029

7.) Admit. Sgt. Darby did not report that Mr. Quint made 911 call and complaint of assault.

**It is admitted that Sgt. Darby made no written incident report of the 7/9/02 incident involving Mr. Quint and Ms. Casey.**

8.) Admit. Officer Dunn and Bethke refused to take written statement from Mr. Quint on 7/9/02.

**Denied.**

9.) Admit. Officer Dunn and Bethke refused medical attention to Mr. Quint on 7/9/02.

**Denied.**

10.) Admit. Sgt. Darby upon review of Officer Dunn's incident report did not have him correct it and report Mr. Quint called 911 and made complaint of assault.

**The defendant Sgt. Darby cannot admit or deny whether he reviewed Officer Dunn's incident report dated July 9, 2002. He has no present recollection doing so. However, if Sgt. Darby did review said report, he admits that he did not have Officer Dunn correct the report and report that Mr. Quint called 911 and made the complaint of assault as such information was not known to Sgt. Darby if it is in fact correct.**

11.) Admit. Lt. Anderson upon review of Officer Dunn's incident report, did not have him correct it and report Mr. Quint called 911 and made complaint of assault.

**The defendant Lt. Anderson cannot admit or deny whether he reviewed Officer Dunn's incident report dated July 9, 2002. He has no present recollection doing so. However, if Lt. Anderson did review said report, he**

admits that he did not have Officer Dunn correct the report and report that Mr. Quint called 911 and made the complaint of assault as such information was not known to Lt. Anderson if it is in fact correct.

12.) Admit. Officer Dunaj contacted Mr. Quint on his cell phone # 589-9328 on 7/27/02, Mr. Quint did not make statement to Officer Dunaj at this time or any other time.
**Denied.**

13.) Admit. Officer Dunaj wrote arrest warrant application dated 8/31/02.
**Admitted.**

14.) Admit Officer Dunaj wrote incident report on 7/22/02 and supplement to report on 8/16/02
**Admitted.**

15.) Admit. Officer Dunaj, Vitti, Esposito, & Marschese arrested Mr. Quint on 8/21/02 without a arrest warrant.
**It is admitted that Mr. Quint was arrested by Officer Dunaj without a warrant for an incident that took place on 8/20/02. He was secured in a cell at approximately 0045 hours on 8/21/01.**

16.) Admit. Officer Moore arrested Mr. Quint on 8/21/02 without a arrest warrant.
**Denied.**

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361         FACSIMILE (860) 525-4849         JURIS No. 24029

17.) Admit. Mr. Quint was placed in cell M-4 by officers Moore and Dunaj, without a mattress, sheets or blankets.

**Admitted.**

18.) Admit. Officer Dunaj did make a false statement about the phone # he contacted Mr. Quint at on 7/27/02.

**Denied.**

19.) Admit. Officer Dunaj did make a false report about taking statement from Mr. Quint on 7/27/02

**Denied.**

DEFENDANTS:

By: _____
Michael C. Conroy
Gordon, Muir & Foley, LLP
10 Columbus Boulevard
Hartford, CT 06016
(860) 525-5361
Federal Bar No. ct15656

## CERTIFICATION

      This is to certify that a copy of the foregoing was mailed to the following pro se party of record on June 10, 2005:

Richard R. Quint
Inmate #123433
Garner Correctional Institute
50 Nunnawauk Road
P.O. Box 5500
Newtown, CT  06470

MICHAEL C. CONROY