FILED

2005 JUL 18 P 12: 09

UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT
At HARTFORD

|  |  |
|---|---|
| RICHARD R. QUINT<br>Plaintiff | Inmate #123433<br>: CIVIL ACTION NO. 3-02-2053 (AVC)(TPS) |
| VS. | : |
| A. DUNAJ, ET AL<br>Defendants | : JULY 14, 2005 |

## OBJECTION TO PLAINTIFF'S REQUEST TO FILE ADDITIONAL INTERROGATORIES

Now come Defendants by and through counsel and hereby object to Plaintiff's June 16, 2005 request to file additional interrogatories as follows.

Pursuant to the scheduling order in place in this matter, all discovery was to be concluded on or before June 30, 2005. Plaintiff's request comes a mere two weeks prior to the expiration of that deadline. Furthermore, this matter has been pending for some three years. Plaintiff has had ample time in which to pursue all necessary discovery. The interrogatories which Plaintiff claims he intends to file were not attached to the motion received via the PACER system by these defendants, and they are therefore powerless to address the relevance of any such interrogatories. Based upon Plaintiff's request, however, it would appear that he seeks production of telephone records of some sort. Plaintiff offers no information as to how such records would be discoverable or admissible.

Regardless, Plaintiff has had several years in which to make such requests. Plaintiff should not be allowed to prolong this litigation indefinitely by continually seeking to extend discovery at the eleventh hour.

Plaintiff's motion therefore should be denied.

DEFENDANTS:

By: _____
Michael C. Conroy
Gordon, Muir & Foley, LLP
10 Columbus Boulevard
Hartford, CT 06016
(860) 525-5361
Federal Bar No. ct22254

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed to the following pro se party of record on July 14, 2005:

Richard R. Quint
Inmate #123433
Garner Correctional Institute
50 Nunnawauk Road
P.O. Box 5500
Newtown, CT 06470

_____
MICHAEL C. CONROY

## ORDER

The foregoing Objection having been heard, it is hereby ORDERED:

**SUSTAINED / OVERRULED.**

BY THE COURT,

_____
Judge/Assistant Clerk

::ODMA\PCDOCS\DOCS\397728\1