FILED

2005 JUL 18 P 12: 10

UNITED STATES DISTRICT COURT. DISTRICT OF
for the
DISTRICT OF CONNECTICUT
At HARTFORD

|  |  |
|---|---|
| RICHARD R. QUINT<br>Plaintiff | Inmate #123433<br>: CIVIL ACTION NO. 3-02-2053 (AVC)(TPS)<br>: |
| VS. | :<br>: |
| A. DUNAJ, ET AL<br>Defendants | :<br>: JULY 14, 2005 |

### DEFENDANT'S OBJECTION TO MOTION FOR EXTENSION OF SCHEDULING ORDER

Plaintiff moves for an extension of time to complete discovery so that he might depose several fact witness. Plaintiff has had three years in which to subpoena fact witnesses for deposition and has failed to do so. Plaintiff has been aware of the pending discovery deadline for months and has done nothing. Plaintiff should not be allowed to continually prolong this litigation by waiting until the eleventh hour and moving for extension.

Moreover, the plaintiff makes no effort whatsoever to explain why the deposition of the witnesses listed in his June 16, 2005 motion are necessary, nor does he make any representation as to what evidence they are expected to offer.

The discovery deadlines have passed, Defendants are in the process of preparing their motion for summary judgment and to the extent such motion is not dispostive of all the remaining issues, this matter will be ripe for trial in the very future.

In the interest of efficiency judicial economy and fairness, no additional extensions or discovery should be granted.

DEFENDANTS:

By: _____
Michael C. Conroy
Gordon, Muir & Foley, LLP
10 Columbus Boulevard
Hartford, CT 06016
(860) 525-5361
Federal Bar No. ct22254

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed to the following pro se party of record on July 14, 2005:

Richard R. Quint
Inmate #123433
Garner Correctional Institute
50 Nunnawauk Road
P.O. Box 5500
Newtown, CT 06470

_____
MICHAEL C. CONROY

## ORDER

The foregoing Motion, having been heard/considered it is hereby ordered:

GRANTED/DENIED

Date:

_____
Judge/Clerk

_____
Judge/Assistant Clerk

::ODMA\PCDOCS\DOCS\397730\1