FILED

2005 JUL 18 P 12:09

U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT
At HARTFORD

RICHARD R. QUINT  
Plaintiff

VS.

A. DUNAJ, ET AL  
Defendants

Inmate #123433  
: CIVIL ACTION NO. 3-02-2053 (AVC)(TPS)  
:  
:  
:  
:  
:  
: JULY 14, 2005

### DEFENDANT'S OBJECTION TO SUPPLEMENTAL MOTION TO COMPEL

On June 16, 2005, Plaintiff filed a Supplemental Motion to Compel responses to request to admit. The responses were attached to Plaintiff's motion and they speak for themselves. The responses thereto, are both proper and timely under the Federal Rules.

Plaintiff's motion therefore should be denied in all respects.

DEFENDANTS:

By: _____  
Michael C. Conroy  
Gordon, Muir & Foley, LLP  
10 Columbus Boulevard  
Hartford, CT 06016  
(860) 525-5361  
Federal Bar No. ct22254

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed to the following pro se party of record on July 14, 2005:

Richard R. Quint
Inmate #123433
Garner Correctional Institute
50 Nunnawauk Road
P.O. Box 5500
Newtown, CT  06470

_____
MICHAEL C. CONROY

## ORDER

The foregoing Objection having been heard, it is hereby ORDERED:

**SUSTAINED / OVERRULED.**

BY THE COURT,

_____
Judge/Assistant Clerk

::ODMA\PCDOCS\DOCS\397732\1