UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT AT BRIDGEPORT

RICHARD R. QUINT         Inmate #123433
                       :   CIVIL NO. 3:02CV2053(AVC)
    V.                 :
A. DUNAJ, ET AL.       :   July 28, 2005

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure, the Defendants, Officer Dunaj, Officer Dunn, Lt. Anderson, Sgt. Darby, Officer Bethke, Officer Moore, Officer Vitti, Officer Esposito and Officer Marschner, (hereinafter "Defendants") respectfully move for summary judgment with respect to the claims against them in the Plaintiff's Operative Complaint dated February 23, 2004. The Defendants move for summary judgment on the following grounds:

1.  The plaintiff's § 1983 claims of arrest without warrant and without probable cause and the equal protection claims are barred in that granting damages or declaratory judgment would undermine the validity of his conviction. In the alternative, there are no issues of material fact and the defendants are entitled to

***ORAL ARGUMENT REQUESTED***
***TESTIMONY NOT REQUIRED***

1

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361          FACSIMILE (860) 525-4849          JURIS No. 24029

judgment as a matter of law as to the plaintiff's 4th and 14th Amendment claims against them including the Section §1983 claims – arrest without warrant and without probable cause, denial of right to medical attention and conditions of jail cell, and equal protection claims.

2. The plaintiff's claim for conspiracy to deprive the plaintiff of his constitutional rights is barred in that granting damages or declaratory judgment would undermine the validity of his conviction. In the alternative, the plaintiff cannot establish a prima facie case that any of defendants conspired to deprive the plaintiff of any constitutionally protected rights.

3. The plaintiff's claim for gender discrimination is barred in that he failed to exhaust his administrative remedies. In the alternative, the plaintiff cannot establish a prima facie case that he was discriminated against based upon his gender.

4. The plaintiff's claim for equal protection is barred in that granting damages or declaratory judgment would undermine the validity of his conviction. In the alternative, plaintiff cannot establish a prima facie case that he was not afforded equal protection under the law.

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361        FACSIMILE (860) 525-4849        JURIS No. 24029

This Motion is supported by the accompanying Memorandum of Law (with exhibits), the Local Rule 56(a)1 Statement and the required Notice to Pro Se Litigants.

DEFENDANTS:

By: _____
MICHAEL C. CONROY
Gordon, Muir and Foley, LLP
10 Columbus Boulevard
Hartford, CT 06106
Fed. Bar No.: CT 22254

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361            FACSIMILE (860) 525-4849            JURIS NO. 24029

## CERTIFICATION

This is to certify that a copy of the foregoing Motion for Summary Judgment, Memorandum of Law in Support of Summary Judgment, Local Rule 56(a)1 Statement, Notice to Pro Se Litigants and copies of Local Rule 56 and Federal Rule 56 were mailed postage prepaid to the following pro se party of record on July 28, 2005:

Richard R. Quint
Inmate #123433
Northern Correctional Institute
287 Bilton Road
P.O. Box 665
Somers, CT 06071

_____
Michael C. Conroy

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361     FACSIMILE (860) 525-4849     JURIS No. 24029