UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT AT BRIDGEPORT

RICHARD R. QUINT        Inmate #123433
                                      :     CIVIL NO. 3:02CV2053(AVC)

V.                                           :

A. DUNAJ, ET AL.                   :     July 28, 2005

## LOCAL RULE 9(C) STATEMENT IN SUPPORT OF
## MOTION FOR SUMMARY JUDGMENT BY BOROUGH OF NAUGATUCK

Pursuant to Local Rule 9(c), Defendants hereby provide the Court with this statement of undisputed material facts in support of its Motion for Summary Judgment.

1. On May 7, 2002, Milford Police Officers investigated a complaint regarding a domestic dispute at 48 Merwin Avenue in Milford, involving plaintiff and one Francine Casey. Exhibit B.

2. Although not arrested for any conduct arising out of the 5/7/02 incident, plaintiff was arrested on that date by Milford Police on an active warrant from the Stratford Police. Exhibit B.

3. Once transported to the Stratford Police Department on 5/7/02, plaintiff was treated for cuts and scrapes by the Stratford EMS. Exhibits C and D.

5

4. On July 9, 2002, Milford Police were again dispatched to the Merwin Avenue address on a domestic dispute, originating with an anonymous telephone call to 9-1-1. Exhibits E and F.

5. A second call to 9-1-1 was placed some six minutes after the first, anonymous call on 7/9/02; this second call was apparently placed by the plaintiff Mr. Quint, and lasted only 43 seconds before police arrived on the scene and the caller hung up. Exhibit F.

6. Subsequent to the 7/9/02 incident, both plaintiff and Ms. Casey were listed on the police report authored by defendant Dunn as "victim". The complainant was listed as "anonymous". Exhibit E.

7. On 7/9/02 Milford Police arrested both plaintiff and Ms. Casey on identical charges of breach of peace. Exhibit E.

8. On 7/9/02, Ms. Casey sought and obtained a Family Violence Protective Order preventing plaintiff from, inter alia, having any contact with her whatsoever. Exhibit G.

9. On 7/22/02, Ms. Casey reported to Milford Police that plaintiff had violated the Protective Order by, inter alia, entering her home without permission, and threatening her with bodily harm. Exhibit H.

GORDON, MUIR AND FOLEY, LLP, ATTORNEYS AT LAW, HARTFORD SQUARE NORTH, TEN COLUMBUS BOULEVARD, HARTFORD, CT 06106-1976
TELEPHONE (860) 525-5361        FACSIMILE (860) 525-4849        JURIS NO. 24029

10. On 8/20/02, Ms. Casey reported to Milford Police that plaintiff had again violated the protective order by, inter alia, arriving at her residence to retrieve personal belongings without escort, trespassing, and vandalizing her vehicle. Exhibit I. Milford Police Officers Dunaj and Moore then found plaintiff at a local bar and arrested him for criminal trespass and criminal violation of a protective order, a felony. Id.; See, also, Exhibit J.

11. On October 25, 2004, the Connecticut Commission on Human Rights denied plaintiff's request for reconsideration of its dismissal of plaintiff's CHRO complaint pertaining to his gender discrimination claims. Exhibit L. No release to sue was ever granted. Id.

12. At trial, plaintiff was convicted of the felony violation of protective order charge for which defendants arrested him on 8/20/02. Exhibit A, Deposition of R. Quint, at 174:22 – 176:9. That conviction remains valid. Id.

DEFENDANTS:

By: _____
Michael C. Conroy
Gordon, Muir and Foley, LLP
10 Columbus Boulevard

7

Hartford, CT 06016
(860) 525-5361
Fed. Bar No. ct22254

8