# E

INCIDENT TYPE: DOMESTIC DISPUTE/VIOLENCE    PREMISE TYPE: HIGHWAY/ROAD/ALLEY
LOCATION:              SANDPIPER CRESENT/MERWIN    APT/LOT         AREA A3
BUSINESS:                                   WEAPON TYPE: PERSONAL WEAPON(HANDS,
BEGIN DATE: 7/09/02  BEGIN TIME: 0215  END DATE: 7/09/02   END TIME: 0215
CENSUS TRACT:            SUB-DIVISION:
COMMENTS:  COUPLE ARGUING


                KG
CASE STATUS: CLOSED
REPORTING OFFICER:  DUNN, CHRISTOPHER                REPORT DATE: 070902

SUPERVISOR


******************************* P E R S O N S *******************************

PERSON #: 001    STATUS: COMPLAINANT
NAME: ANONYMOUS                                              RACE:
SEX:       DOB: 0/00/00  AGE:    HGT:    WGT:    HAIR:
EYES:              FACIAL HAIR:              BUILD:    COMPLEXION:
ADDRESS:
EMPLOYMENT:
OCCUPATION:
SOC SEC: 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   PHONE (RES): 000-0000   PHONE (BUS): 000-000-0000

PERSON #: 002    STATUS: VICTIM ADULT
NAME: CASEY              FRANCINE         E            RACE: WHITE
SEX: FEMALE  DOB: 2/16/67  AGE:    HGT:    WGT:    HAIR:
EYES:              FACIAL HAIR:              BUILD:    COMPLEXION:
ADDRESS: 48 MERWIN AV
EMPLOYMENT:
OCCUPATION:
SOC SEC: 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   PHONE (RES): 882-0168   PHONE (BUS): 000-874-5653

PERSON #: 003    STATUS: VICTIM ADULT
NAME: QUINT              RICHARD          R            RACE: WHITE
SEX: MALE    DOB: 3/17/65  AGE:    HGT:    WGT:    HAIR:
EYES:              FACIAL HAIR:              BUILD:    COMPLEXION:
ADDRESS: 240 FERNDALE AV              STRATFORD
EMPLOYMENT:
OCCUPATION:
SOC SEC: 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   PHONE (RES): 377-0004   PHONE (BUS): 000-000-0000

PERSON #: 004    STATUS: POLICE OFFICER
NAME: ANDERSON           W                             RACE: WHITE
SEX: MALE    DOB: 0/00/00  AGE:    HGT:    WGT:    HAIR:
EYES:              FACIAL HAIR:              BUILD:    COMPLEXION:
ADDRESS:
EMPLOYMENT:
OCCUPATION:
SOC SEC: 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   PHONE (RES): 000-0000   PHONE (BUS): 000-000-0000

PERSON #: 005    STATUS: POLICE OFFICER
NAME: DARBY              S                             RACE: WHITE
SEX: MALE    DOB: 0/00/00  AGE:    HGT:    WGT:    HAIR:
EYES:              FACIAL HAIR:              BUILD:    COMPLEXION:
ADDRESS:
EMPLOYMENT:

```
OCCUPATION:
SOC SEC: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     PHONE (RES):000-0000    PHONE (BUS):000-000-0000

PERSON #:006    STATUS: POLICE OFFICER
NAME: BETHKE              E                                    RACE: WHITE
SEX:MALE    DOB: 0/00/00  AGE:     HGT:     WGT:     HAIR:
EYES:                FACIAL HAIR:                 BUILD:     COMPLEXION:
ADDRESS:
EMPLOYMENT:
OCCUPATION:
SOC SEC: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     PHONE (RES):000-0000    PHONE (BUS):000-000-0000

PERSON #:007    STATUS: POLICE OFFICER
NAME: MOORE               S                                    RACE: WHITE
SEX:MALE    DOB: 0/00/00  AGE:     HGT:     WGT:     HAIR:
EYES:                FACIAL HAIR:                 BUILD:     COMPLEXION:
ADDRESS:
EMPLOYMENT:
OCCUPATION:
SOC SEC: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     PHONE (RES):000-0000    PHONE (BUS):000-000-0000
```

*************************** N A R R A T I V E ***************************

On 7/9/02 at approximately 0215 hrs the writer and Off Bethke were sent to a disturbance in the street in the area of 48 Merwin Av, Milford, Ct. Lt Anderson and Sgt Darby also responded to the scene.

Upon arrival a male was located in the area of 48 Merwin Av, he was identified as Richard Quint with a dob of 3/17/65. A female was located walking westbound on Merwin Av and appeared to be upset. She was identified as Francine Casey dob 2/16/67. Both were interviewed on scene and later at Police HQ's.

Francine Casey stated that she has been in a boyfriend/girlfriend relationship with Richard Quint for a few months. She stated that they had been living together at 48 Merwin Av on and off for approximately 1 month. She stated that on this date she had been out with a few girlfriends at a restaurant. She stated that she had one alcoholic drink. The writer could detect the smell of an alcoholic beverage emitting from her breath. She stated that when she came home Richard Quint became verbally abusive and threw her car keys outside and over her house where she could not find them. She stated that he began to push her around and started to tear apart their house. She stated that this also took place outside. She stated that she was afraid of him and declined to give a written statement or pursue an arrest. The writer observed a scratch and swelling to her left to wrist area. She declined medical treatment on scene.

Richard Quint stated that they have been involved in a live-in relationship for approximately 5 months. He stated that she came home on this date at approximately 1:30 AM and started smacking him as he slept. He stated that she was drunk. He stated that she punched him in the face, left arm, right shoulder, left forearm, kicked him in the legs, and bit him. He stated the fight took place inside and outside in the street. He had swelling in his right eye area and small amounts of bruising on his arms and body. He declined medical treatment and to give a written statement.

Francine Casey further stated that Richard Quint caused these injuries to himself by punching himself.

Both individuals were informed that they were being placed under arrest for domestic violence. Both individuals were placed in double locked handcuffs. Off Bethke patted down the arrestee Richard Quint and later transported him to HQ's. Francine Casey was patted down and no type of weapon was observed. The writer transported her to HQ's.

In booking both arrestees were separated and processed separately. Both arrestees were advised of their Rights using a Notice of Rights form. Both arrestees stated that they understood their Rights, signed the form, and received a copy. Their property was also taken and inventoried. Both arrestees property was placed in lockers. Both arrestees were logged in the booking computer by Off Moore. Both of the arrestees were photographed and fingerprinted. Both arrestees were also negative NCIC. Both arrestees were also given opportunities to make phone calls.

Francine Casey was charged on UAR #1356433 the charge breach of peace 53a-181. Richard Quint was charged on UAR #1356432 with the charge of breach of peace 53a-181.

Both arrestees declined again to give written statements. Both arrestees were released on PTA's. They were both given a domestic court date of 7/9/02. Francine Casey was released at approximately 0350 hrs. Richard Quint was released at approximately 0410 hrs. He also stated that he would be spending the night at his mother's house in Stratford.

    The writer completed a family violence offense report and it was notarized and forwarded with this report. The writer also completed a probable cause statement and it was notarized and forwarded with this report. Both individuals were also given victims rights cards.
    The writer has no further information in regards to this investigation.
COPY:    DETECTIVE DIVISION
          COURT
          CLEARANCE CODE  _____
STENO:  sn

# Family Violence Offense Report

**State of Connecticut — Department of Public Safety**

CTL NUMBER – OFFICE USE ONLY: **322207**

| Field | Entry |
|---|---|
| 1. Arrest | ☒ Yes ☐ No |
| 2. If Zero Reporting, Enter Period Covered (MM/YY) | — |
| 3. Case Number | 15868-02 |
| 4. Local PD Name | Milford |
| 5. Offense Town Code | 081 |
| 6. Offense Date | 7-8-02 |
| 7. Offense Time | 0115 HRS |

**OFFENSE CODES:** A. Homicide  B. Assault  C. Kidnapping  D. Sexual Assault  E. Criminal Mischief  F. Risk of Injury  G. Breach of Peace  H. Disorderly Conduct  I. Other/Violation Court Order

8. Enter a letter to indicate type of offense: **G**

**WEAPONS CODES:** A. Firearm  B. Knife  C. Other Dangerous Weapon  D. Hands, Fists, Feet, etc.

9. Enter the NUMBER of weapons used by type: A. ___  B. ___  C. ___  D. **X**

**INJURY CODES:** A. Serious Physical Injury  B. Minor Physical Injury  C. No Physical Injury  D. Fatal

10. Enter a letter for the most serious type of injury to any victim: **B**

**STATUS CODES:** V. Victim  O. Offender  B. Both/All

**RELATIONSHIP CODES:** A. Spouse  B. Former Spouse  C. Other relative residing in the home  D. Other relative NOT residing in the home  E. Persons who are presently living together, have lived together, or ever had a child together.  F. Persons in, or who have recently been in, a dating relationship.

| 11. Status Code | 12. Last Name | 13. First Name | 14. MI | 16. Sex | 16. Date of Birth | 17. Relationship of VICTIM to Offender (enter if victim only) |
|---|---|---|---|---|---|---|
| B | Casy | Francine | E | F | 2-16-67 |  |
| B | Quint | Richard | R | M | 3-17-65 |  |

18. Liquor or Drugs Involved? ☒ Yes ☐ No ☐ Unknown

19. Prior Court Orders? ☐ Yes ☒ No ☐ Unknown

20. A Child under 18 years old was: ☐ A. Involved as a victim, offender, or both  ☐ B. Was Present  ☒ C. N/A

21. Remarks (optional): Both Francine Casy & Richard Quint have been involved in a boyfriend & girlfriend relationship for approx 5 months. I have been advising pertain off. on at # 48 Milwin Rd. in Milford, CT. on 7-8-02 as approx obis mrs. officers responding to a disturbance in the street on Milwin Rd. Stk stated that stk had been out with friends & when stk returned home stk pushed her & was verbally abusive. She had scratch & swelling on left arm/wrist, her status that while stk returned home stk pursued him & fell; body he had swelling on right side of face.

| 22. Officer's Name & Rank | 23. Badge Number | 24. Date of Report | 25. Supervisor's Signature & Rank |
|---|---|---|---|
| Off. C.D— | 50 | 7-9-02 | [signature] |

DPS-230-C (Rev. 09/00)   DEPARTMENT OF PUBLIC SAFETY COPY

Form #110

## PRISONER PROPERTY FORM

DATE: 7-9-02

REPORT #: 15263-02

NAME: FRANCINE CASSEY

LOCKER #: 36

1. Pocket Book with Misc Personnel Items.
2. Necklass
3. 2 Toe Rings
4. 2 Earrings
5. 1 Ring
6. 1 Blk Purse Misc Change $2.00
7. 4.00 Cash
8.
9.
10.
11.
12.
13.
14.
15.

TAKEN FROM: Francine Cassey  TIME: 0310
BY: OFF C. Dunn
RETURNED TO: Francine Cassey  TIME: 0350
BY:

Original to Prisoner: Copy to HQ's Sgt.

**NOTICE OF RIGHTS**
JD-CR-5 Rev. 11-2000
P.B. Sec. 37-3, 38-1, 38-2
C.G.S. §§ 54-1b, 54-2a, 54-63c, 54-64b

**STATE OF CONNECTICUT**
**JUDICIAL BRANCH**
**SUPERIOR COURT**

**INSTRUCTIONS**

TO CLERK OF COURT
1. Prepare in duplicate.
2. Give copy to Defendant.
3. Retain original for file.

TO OTHER AGENCIES
1. Prepare in triplicate.
2. Give a copy to Defendant.
3. Send original to Clerk of Court.
4. Retain a copy for your files.

www.jud.state.ct.us

Report # 15866-02

| NAME OF DEFENDANT | JUDICIAL DISTRICT OR G.A. |
|---|---|
| Francine Cassey | GA 22 |

| LOCATION OF COURT (No., street, town) | TELEPHONE NO. OF COURT |
|---|---|
| 14 West River St  Milford | 874-3017 |

OFFENSES CHARGED (Also specify statute number)
BOP 53a-181

**NOTICE OF RIGHTS**

1. You are not obligated to say anything, in regard to this offense you are charged with but may remain silent.
2. Anything you may say or any statements you make may be used against you.
3. You are entitled to the services of an attorney.
4. If you are unable to pay for the services of an attorney you will be referred to a Public Defender Office where you may request the appointment of an attorney to represent you.
5. You may consult with an attorney before being questioned, you may have an attorney present during questioning and you can not be questioned without your consent.
6. (Not applicable if you were arrested on a Superior Court Warrant which specified that bail should be denied or which ordered that you be brought before a clerk or assistant clerk of the Superior Court.)
You have a right to be promptly interviewed concerning the terms and conditions of your release pending further proceedings, and upon request, counsel may be present during this interview.

**ADVERTENCIA DE DERECHOS**

1. Usted no está obligado a decir nada en cuanto a esta ofensa por la cual se le acusa, pero puede permanecer en silencio.
2. Cualquier cosa que usted diga o alguna declaración que usted haga puede ser usada contra usted.
3. Usted tiene derecho a los servicios de un Abogado.
4. Si usted no puede pagar por los servicios de un Abogado, usted será referido a la Oficina del Defensor Publico donde puede usted solicitar el asignamiento de un Abogado para representarlo.
5. Usted puede consultar con un Abogado antes de ser interrogado. Puede tener un Abogado presente durante el interrogatorio y no puede ser interrogado sin su consentimiento.
6. (Esto no aplica si a usted lo arrestaron con una orden de arresto de la Corte Superior que especificaba que se le negara fianza u ordenaba que a usted se le presentara ante el secretario o el ayudante a secretario de le Corte Superior.)
Usted tiene el derecho de ser entrevistado prontamente acerca de los términos y condiciones de su libertad, pendiente a procedimientos adicionales y sobre solicitud el Abogado Consultar puede estar presente durante esta entrevista.

I, the undersigned, have advised the Defendant of the Defendant's rights as stated above:

| SIGNED (Authorized person) | TITLE | DATE AND TIME ADVISED |
|---|---|---|
| OFF C.  #30 | Patrol | 7-9-02   0310   A.M. |

I have been advised of my rights as stated above and have received a copy of this notice.

He sido instruido acerca de los derechos que aparecen en esta notificacion, de la cual he recibido copia.

SIGNED (Defendant)
Francine Cassey

FOR COURT USE ONLY
FILE DATE

The Judicial Branch complies with the Americans With Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, please contact the clerk of court at the address noted above.

La Rama Judicial actúa de acuerdo con la ley de Americanos con Incapacidades (ADA). Si usted necesita arreglos especiales en conformidad con esta ley de ADA, haga el favor de ponerse en contacto con las secretarias del Tribunal de Connecticut en la dirección arriba mencionada.

DOCKET NO.

**NOTICE OF RIGHTS**

Form #110    Time # 0215

## PRISONER PROPERTY FORM

DATE: 7-9-02    REPORT #: 15868-02
NAME: Richard Quint    LOCKER #: 35

1. Cell Phone
2. Polaroid
3. Keys
4. 2 Dollars
5. Earrings
6. 
7. 
8. 
9. 
10. 
11. 
12. 
13. 
14. 
15. 

TAKEN FROM: [signature]    TIME: 0305
BY: Off Dunn
RETURNED TO: [signature]    TIME: 0401
BY: [signature] Moore

Original to Prisoner: Copy to HQ's Sgt.

**NOTICE OF RIGHTS**
JD-CR-5 Rev. 11-2000
P.B. Sec. 37-3, 38-1, 38-2
C.G.S. §§ 54-1b, 54-2a, 54-63c, 54-64b

**STATE OF CONNECTICUT**
**JUDICIAL BRANCH**
**SUPERIOR COURT**

**INSTRUCTIONS**

TO CLERK OF COURT
1. Prepare in duplicate.
2. Give copy to Defendant.
3. Retain original for file.

TO OTHER AGENCIES
1. Prepare in triplicate.
2. Give a copy to Defendant.
3. Send original to Clerk of Court.
4. Retain a copy for your files.

Report # 15862-02

www.jud.state.ct.us

| NAME OF DEFENDANT | JUDICIAL DISTRICT OR G.A. |
|---|---|
| Richard Quint | GA 22 |

| LOCATION OF COURT (No., street, town) | TELEPHONE NO. OF COURT |
|---|---|
| 14 West River St  Milford | 874-3017 |

OFFENSES CHARGED (Also specify statute number)
BOP 53a-181

---

**NOTICE OF RIGHTS**

1. You are not obligated to say anything, in regard to this offense you are charged with but may remain silent.

2. Anything you may say or any statements you make may be used against you.

3. You are entitled to the services of an attorney.

4. If you are unable to pay for the services of an attorney you will be referred to a Public Defender Office where you may request the appointment of an attorney to represent you.

5. You may consult with an attorney before being questioned, you may have an attorney present during questioning and you can not be questioned without your consent.

6. *(Not applicable if you were arrested on a Superior Court Warrant which specified that bail should be denied or which ordered that you be brought before a clerk or assistant clerk of the Superior Court.)*
You have a right to be promptly interviewed concerning the terms and conditions of your release pending further proceedings, and upon request, counsel may be present during this interview.

---

**ADVERTENCIA DE DERECHOS**

1. Usted no está obligado a decir nada en cuanto a esta ofensa por la cual se le acusa, pero puede permanecer en silencio.

2. Cualquier cosa que usted diga o alguna declaración que usted haga puede ser usada contra usted.

3. Usted tiene derecho a los servicios de un Abogado.

4. Si usted no puede pagar por los servicios de un Abogado, usted será referido a la Oficina del Defensor Publico donde puede usted solicitar el asignamiento de un Abogado para representarlo.

5. Usted puede consultar con un Abogado antes de ser interrogado. Puede tener un Abogado presente durante el interrogatorio y no puede ser interrogado sin su consentimiento.

6. *(Esto no aplica si a usted lo arrestaron con una orden de arresto de la Corte Superior que especificaba que se le negara fianza u ordenaba que a usted se le presentara ante el secretario o el ayudante a secretario de le Corte Superior.)*
Usted tiene el derecho de ser entrevistado prontamente acerca de los términos y condiciones de su libertad, pendiente a procedimientos adicionales y sobre solicitud el Abogado Consultar puede estar presente durante esta entrevista.

---

I, the undersigned, have advised the Defendant of the Defendant's rights as stated above:

| SIGNED (Authorized person) | TITLE | DATE AND TIME ADVISED |
|---|---|---|
| OFF C. Jr. | Patrol | 7-9-02 ___.M. |

I have been advised of my rights as stated above and have received a copy of this notice.
He sido instruido acerca de los derechos que aparecen en esta notificacion, de la cual he recibido copia.

SIGNED (Defendant) [signature]

FOR COURT USE ONLY
FILE DATE

The Judicial Branch complies with the Americans With Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, please contact the clerk of court at the address noted above.
La Rama Judicial actúa de acuerdo con la ley de Americanos con Incapacidades (ADA). Si usted necesita arreglos especiales en conformidad con esta ley de ADA, haga el favor de ponerse en contacto con las secretarias del Tribunal de Connecticut en la dirección arriba mencionada.

DOCKET NO.

**NOTICE OF RIGHTS**

# F

# MILFORD POLICE DEPARTMENT

## MASTER TAPE TRANSCRIPTION

| DATE OF TAPE: | 7/9/02 | START TIME: | 0213:30 | ENDTIME: | 0349:51 |
|---|---|---|---|---|---|
| PHONE EXT. 201 ||||||

| TIME | SPEAKER | |
|---|---|---|
| 0213:30 | GEISEL | Milford Police Department, Geisel. |
| | CALLER | Ah, yes, um, I am calling about a disturbance. Um, there's a-- there's some people that are really arguing very, very loud. Um, it's actually-they woke me up and um, you know it just doesn't sound too good and I just thought I should call and let them, um, let the Police Department know about it. |
| | GEISEL | Okay, where are they? |
| | Caller | Um, I live, um, it's just past, um, Surf Village Condominiums, um, on Merwin Avenue. I don't know the number, but, um, the Surf Village Condominiums is where, um, this call is coming from, and, ah, you know you can just hear them really yelling at the top of their lungs back and forth and it's been going on for a while. |
| | Geisel | Are they outside? Are they inside? |
| | Caller | It sounds like they're outside now, but they're like inside and outside. |
| | Geisel | Okay, what's the, the address there? |
| | Caller | I don't know the number of where they are, but it's just past Surf Village Condominiums? |
| | Geisel | What is your address? What is your mailing address? |
| | Caller | Um, the address is on Sand Piper Crescent, but it's on, um, Merwin Avenue, which is just beyond where, um, where this place is. |
| | Geisel | Okay, did you want to leave your name? |
| | Caller | I'd rather not. |
| | Geisel | Okay. |
| | Caller | But it-it sounds like a husband and wife or two people, man and woman, having quite a dispute out there. |
| | Geisel | Okay. |
| | Caller | All right? |
| | Geisel | All right. |
| 0214:52 | | END |
| | | |
| 0220:40 | Geisel | Police Emergency. |

|  | Caller | What? |
|---|---|---|
|  | FD Dispatch | Talk to the Police. |
|  | Caller | Hello? |
|  | Geisel | Hello. Police Emergency |
|  | Caller | How you doing? I'm being assaulted by my girlfriend-48 Merwin Avenue. I got punched in the face a few times-she smashed up my stuff -bit me and everything-here they are now |
|  | Geisel | Okay, where-oh |
|  | Caller | They're right in front of me. |
|  | Geisel | Oh, Police are? |
|  | Caller | Yeah. |
|  | Geisel | Okay. |
|  | Caller | I'm tired of this. (To someone in the background-How you doin'?) |
|  | Geisel | Okay. |
|  | Caller | (To Officers in background-A my girl she's ?????? (unreadable) bit me, bruised me-everything else-smashed all my property in the house-I'm at 48 Merwin Avenue, and that's her walking down the street now. (Garbled in the background.) |
| 0221:23 |  | END |
|  |  |  |
|  |  | **RADIO FREQUENCY #1** |
| 0215:43 | Geisel | 30 and 36 |
|  | Dunn | 30-R & D |
|  | Bethke | High and the road |
| 0216:22 | Geisel | Both units-in the area of Sandpiper Crescent and Merwin Ave check for a couple possibly outside arguing. Caller is unable to identify where it is exactly coming from. |
|  | Dunn | 30-received |
|  | Bethke | Received |
|  |  |  |
| 0220:21 | Dunn | 30-I'm coming into the area. |
|  | Geisel | 10-4 |
| 0221:29 | Bethke | 36-also coming into the area. |
|  | Localzo | 10-4 |
|  | Lt. Anderson | 303 |
|  | Localzo | 303 |
|  | Lt. Anderson | The male half is down at number 48. He's on the road. The female half is walking westbound on Edgefield right now, by Post 196. |
|  | Localzo | 30 and 36-copy that? |

| | | |
|---|---|---|
| | Dunn | 30-I'm with the female in front of the American Legion. |
| | Bethke | 36-received |
| 0223:42 | Bethke | 36-run a male. |
| | Localzo | Come in. |
| | Bethke | Last name-Quebec, Uniform, India, November, Tango-first name Richard-1965/03/17. |
| | Localzo | 10-4 |
| 0228:06 | Localzo | 36 |
| | Bethke | 36 |
| | Localzo | He's valid-he's showing a File 17 as a registered sex offender. |
| | Bethke | I'm aware of that. Is he negative? |
| | Localzo | That's 10-4 |
| | Bethke | 10-4 |
| | Dunn | 30 to 36 |
| | Bethke | Go ahead |
| | Dunn | I'm going to transport her down there. |
| | Bethke | Go ahead 30 |
| | Dunn | I'm going to transport this female half down to your-her residence there. |
| | Bethke | 10-4 |
| | | |
| | Dunn | 30 |
| | Localzo | 30 |
| | Dunn | I'm going to be transporting her down to 36's location. Mileage is 004-from the American Legion. |
| 0229:28 | Localzo | 0229 hours station KCA587 |
| | | |
| 0229:34 | Dunn | 30-arrived 004 |
| | Localzo | 0230 |
| | | |
| 0234:48 | Bethke | 36 |
| | Geisel | 36 |
| | Bethke | Just so you're aware 30's going to have two 94's. We have everything under control. |
| | Geisel | 10-4 |
| | | |
| 0235:37 | Dunn | 30 to 36 |
| | Bethke | Go ahead. |
| | Dunn | That's second floor, correct? |
| | Bethke | The first. |
| | Dunn | 10-4 |

| 0239:22 | Localzo | 30 |
| | Dunn | Enroute with a female 94-mileage is 004. |
| | Localzo | 0239 hours |
| | Bethke | 36 I'll have the male-777 |
| | Bethke | 0240 hours station KCA587 |
| 0239:47 | | END |
| | | |
| 0247:40 | Dunn | 30-the sallyport. |
| | Dunn | Close it 009 |
| | Geisel | 10-4 0248 |
| 0249:26 | Bethke | 36 It'll be 782 |
| | Localzo | 0249 |
| | | |

| **RECORDING MADE** | | **TRANSCRIBED** | |
|---|---|---|---|
| Date: | 04/29/03 | Date: | 06/24/03 |
| Time: | 0940 | Time: | 10:56 |
| Officer: | Sergeant G. Depgen | Stenographer: | K. A. Walsh |