# G

# FAMILY VIOLENCE PROTECTIVE ORDER

JD-CR-58 Rev. 4-02
C.G.S. §§ 46b-38c(d), 53a-223, P.A. 01-130
16 U.S.C. § 2265

**\*\* ATTENTION DEFENDANT \*\***
SEE PAGE 2 FOR FIREARMS RESTRICTIONS AND OTHER INFORMATION CONCERNING ORDERS OF PROTECTION.

**STATE OF CONNECTICUT SUPERIOR COURT**
www.jud.state.ct.us



### DISTRIBUTION INSTRUCTIONS
1. Retain original for court file; send copies to the Defendant and Family Relations.
2. Within 48 hours of issuance of this order, send certified copies to law enforcement agencies covering the towns of residence of both the Victim and the Defendant, and if requested, to the law enforcement agency covering the Victim's town of employment.

| Field | Value |
|---|---|
| J.D./G.A. | 22 |
| COURT LOCATION | 14 West River St, Milford, CT 06460 |
| DOCKET NO. | CR-02-46096 |
| NAME OF DEFENDANT (Respondent) | Richard Quint |
| DATE OF BIRTH | 3/17/65 |
| SEX | M |
| RACE | C |
| ADDRESS OF DEFENDANT | 240 Ferndale Ave., Stratford, CT |

☐ The above-named Defendant (Respondent) holds a permit to carry a pistol or revolver.
☐ The above-named Defendant (Respondent) possesses one or more firearms.

IT HAS BEEN ALLEGED THAT:

| Field | Value |
|---|---|
| SEALED FROM PUBLIC ☐ NAME OF VICTIM (Protected Party) | Francine Casey |
| DATE OF BIRTH | 2/16/47 |
| SEX | F |
| RACE | C |
| SEALED FROM PUBLIC ☐ ADDRESS TO WHICH MAIL IS TO BE SENT | 40 Merwin Ave., Milford, CT 06460 |
| OPTIONAL — If additional notification to law enforcement was requested: VICTIM'S TOWN OF EMPLOYMENT | |

☐ "X" here if there is any other protective or restraining order in effect for either party connected with this action.

## PROTECTIVE ORDER

**ON THIS DATE IT IS HEREBY ORDERED THAT:**
THE ABOVE-NAMED DEFENDANT (Respondent),

- ☒ Refrain from imposing any restraint upon the person or liberty of the Victim. (P1)
- ☒ Refrain from threatening, harassing, assaulting, molesting, or sexually assaulting the Victim. (P2)
- ☒ Refrain from entering the family dwelling or the dwelling of the Victim. (P3)
- ☐ Defendant may return to the dwelling one time with police to retrieve belongings. (P4)

SEALED FROM PUBLIC ☐ ADDRESS OF DWELLING (If different from Victim's mailing address above): 40 Merwin Ave., Milford, CT 06460

- ☒ Refrain from having any contact in any manner with the Victim. (P5)
- ☒ Refrain from stalking the Victim. (P6)
- ☒ Refrain from coming within 100 yards of the Victim. (P7)
- ☒ Refrain from entering the Victim's place of employment. (P8)
- ☒ This order extends to the Victim's minor children. (P9)
- ☐ Further order: (P10)

STATE OF CONNECTICUT SUPERIOR COURT
GEOGRAPHICAL AREA NO. 22
AT ___

3/6/03
CERTIFIED COPY
SEAL AFFIXED
BY _____ CLERK

STATE OF CONNECTICUT SUPERIOR COURT
GEOGRAPHICAL AREA NO. 22
AT ___

3/6/03
CERTIFIED COPY
SEAL AFFIXED
BY _____ CLERK

**THIS ORDER REMAINS IN EFFECT UNTIL FINAL DISPOSITION OF THE CRIMINAL CASE OR UNTIL FURTHER ORDER OF THE COURT.**

BY THE COURT
SIGNED (Judge, Assistant Clerk): Aquino
DATE SIGNED: 7-9-02

### CERTIFICATION

I hereby certify that the foregoing is a true copy of the protection order in the herein named cause, as on file and of record appears. In witness whereof, I have hereunto set my hand and the seal of said court on:

SIGNED (Assistant Clerk): [signature]
DATE SIGNED: 7/9/02

VEA LA TRADUCCIÓN AL ESPAÑOL EN LA PÁGINA 2

# H

```
INCIDENT TYPE:DOMESTIC DISPUTE/VIOLENCE    PREMISE TYPE:RESIDENCE/HOME
LOCATION:48           MERWIN AV                                APT/LOT        AREA A3
BUSINESS:                                  WEAPON TYPE: OTHER
BEGIN DATE: 7/22/02    BEGIN TIME:1844     END DATE: 7/22/02    END TIME:1844
CENSUS TRACT:              SUB-DIVISION:
COMMENTS:   COMPLAINANT IN LOBBY

            VIOLATION PROTECTIVE ORDER
            38
CASE STATUS:CLEARED BY ARREST
REPORTING OFFICER:   DUNAJ, ANDREW                    REPORT DATE: 072202

SUPERVISOR
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* P E R S O N S \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

```
PERSON #:001     STATUS: COMPLAINANT
NAME: CASEY               FRANCINE         E              RACE: WHITE
SEX:FEMALE  DOB: 2/16/67  AGE:     HGT:     WGT:     HAIR:
EYES:            FACIAL HAIR:                 BUILD:     COMPLEXION:
ADDRESS:48 MERWIN AV
EMPLOYMENT:
OCCUPATION:
SOC SEC: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   PHONE (RES):882-0168   PHONE (BUS):000-000-0000

PERSON #:002     STATUS: ARRESTED ADULT
NAME: QUINT               RICHARD          S              RACE: WHITE
SEX:MALE    DOB: 3/17/65  AGE:     HGT:     WGT:     HAIR:
EYES:            FACIAL HAIR:                 BUILD:     COMPLEXION:
ADDRESS:240 FERNDALE AV              STRATFORD
EMPLOYMENT:
OCCUPATION:
SOC SEC: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   PHONE (RES):377-0004   PHONE (BUS):000-000-0000

PERSON #:003     STATUS: REFER TO
NAME: 17159-02                                           RACE: N/A - BUSINESS
SEX:N/A -   DOB: 0/00/00  AGE:     HGT:     WGT:     HAIR:
EYES:            FACIAL HAIR:                 BUILD:     COMPLEXION:
ADDRESS:
EMPLOYMENT:
OCCUPATION:
SOC SEC: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   PHONE (RES):000-0000   PHONE (BUS):000-000-0000
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* V E H I C L E \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

```
VEHICLE #:001     STATUS:SUSPECT AU
LICENSE PLATE UNKNOWN        STATE:      YEAR:       VIN:
VEHICLE    YEAR:0000            MAKE:  CHEVROLET       CELEBRITY
STYLE:   UN       COLOR (TOP):RED     (BOTTOM):RED
PLACE OF IMPOUNDMENT:
COMMENTS:
```

*********************** N A R R A T I V E ***************************

    Writer responded to the lobby of Milford Police HQ's 430 Boston Post Rd, Milford, Ct and met with complainant Francine Casey of 48 Merwin Av, Milford, Ct regarding a complaint of a possible violation of a protective order.
    The complainant stated that at approximately 0300 hrs on this date her ex-boyfriend, Richard Quint, entered her residence at 48 Merwin Av. She stated that Quint was intoxicated and in possession of a key to her residence. She stated that she and Quint had shared the residence for several months and until recently. The complainant stated that following several domestic disturbances at her residence between her and Quint, the court had issued a family violence protective order naming the complainant as the victim and Quint as the defendant. She stated that this order indicated that Quint was not to enter her residence at 48 Merwin Av, Milford, Ct. The complainant stated that when Quint entered her residence a verbal argument ensued during which Quint told the complainant that if she contacted the Police, in regards to his violating the protective order, he would call a motorcycle gang called "The Brotherhood" and that the complainant's fate would be "worse than death". The complainant stated that Richard Quint is approximately 6' tall, 230 lbs, and is known to be a convicted felon and rapist. She stated that Quint has a volatile temper and could be prone to violence. She stated that Quint is a known drug user and is known to carry knives on his person. She stated that she has heard Quint speak of violent acts committed in the past as a possible part of this motorcycle gang. The complainant stated that she believed these threats to be real and that Quint would kill her or have someone do it for him. She stated that she did not contact the Police at the time of this incident because is very afraid of Quint. She stated that due to her fear that she did not want to pursue an arrest in this incident but only wished that it be made a matter of record.
    The complainant also stated that during this incident Quint took her purse and left the residence with the purse. The complainant stated that she had contacted her bank and credit card companies and cancelled all her bank and credit cards. She stated that she did not want to pursue an arrest regarding the stolen purse from her residence.
    The complainant stated that Richard Quint is known to operate a burgundy late 1980's model Chevy Celebrity with an unknown marker plate. She believed that Quint may have a suspended driver's license and that the marker plate on this Chevy Celebrity belonged to another vehicle. She stated that she did not know where Richard Quint as currently residing since he was forced to move out of her residence. She stated that his last known address was with his mother at 240 Ferndale Av, Stratford, Ct.
    Writer had comm room personnel run Richard Quint thru NCIC and DMV files and found that Richard Quint was a supervised registered sex offender with a last known address in Stratford, Ct. DMV files showed that he had a valid Ct operator's license. Writer also had comm room personnel run Richard Quint thru SPRC and found that he was a convicted felon with numerous arrests for drug offenses, weapons in m/v, assault on police officers, and sexual assault.
    Writer also checked the court order files at Police HQ's and found a valid family violence protective order naming the complainant as the victim and Richard Quint as the defendant. This order stated that Richard Quint was to refrain from entering the family dwelling of the complainant at 48

Merwin Av, Milford, Ct.  It also stated that he was to refrain from threatening the complainant and from having any contact in any manner with the complainant.  The order did state that Quint may return to that address one time with the police in order to retrieve his belongings.  A copy of this protective order was forwarded with this report.

Writer had comm room personnel place the information regarding this incident on the briefing log.  Writer also requested on behalf of the complainant extra checks of her residence for Richard Quint due to this complaint.

Writer notes that the complainant was adamant that she did not want to provide a written statement or pursue an arrest of Richard Quint regarding this incident.  She stated that she was meeting with her family violence advocate this week and she was advised that if she changed her mind she should contact this writer in order to provide such statement.

Writer and Off Moore were later dispatched to 48 Merwin Av on a complaint of a verbal argument between the complainant and Richard Quint, refer to case #17159-02.  In this second incident the complainant stated that Quint had responded to her residence at approximately 2155 hrs to return her purse to her.  She stated that there was no argument, but she told Quint that he could not come to her residence at his will because he was violating the court order prohibiting him from doing so.  She told Quint that when he arrived she had been on the phone with her brother, who was very concerned for her safety and who called police.  She stated that Quint left the residence once he heard that police were on the way.

Writer continuing this investigation with attempts to interview Richard Quint regarding this incident.  Writer will also be completing an arrest warrant for Richard Quint.
   COPY: DETECTIVE DIVISION
       CLEARANCE CODE
  STENO:sn

SUPPLEMENT REPORT SUBMITTED BY OFF DUNAJ DATE:8/16/02

On 7/27/02 writer made telephone contact with Richard Quint at his residence in Stratford, Ct.  Quint stated that on 7/22/02 he had gone to the residence of his girlfriend Francine Casey at approximately 0200 or 0300 hrs after being invited to the residence by her.  He stated that while there after a short time the two had a verbal argument.  He stated that he left the residence before the verbal argument had a chance to turn into a physical altercation.  He stated that at no time during this incident did either he or Casey lay a hand on each other.  He also denied making any threat of any kind to Francine Casey at this time.  Quint stated that he was aware of the family violence protective order prohibiting him from entering the dwelling of Francine Casey at 48 Merwin Av, Milford, Ct.  This order also stated that he was prohibited from having any contact in any manner with Casey, prohibited from coming within 100 yards of Casey, and prohibited from threatening or harassing her.  Quint denied that he removed Casey's purse from the residence at that time.  He also denied returning to the residence at approximately 2155 hrs to give the purse back to Casey.

Quint refused to meet with writer and declined to provide writer with a written statement of his account of the events.

Writer notes that Francine Casey was supplied with a victims rights assistance card on 7/22/02 and it was explained to her.

Writer also notes that a family violence offense report was completed and forwarded with this report.

Writer continuing with an arrest warrant for Richard Quint.

```
      COPY: DETECTIVE DIVISION
            CLEARANCE CODE
      STENO:sn
SUPPLEMENT REPORT SUBMITTED BY OFFICER: A. Dunaj     DATE: 8/23/02
```
On August 22, 202, writer submitted an arrest warrant for Richard Quint to be typed by the Steno.
```
      COPY:   DETECTIVE DIVISION
              CLEARANCE CODE _____
      STENO:  dlf
SUPPLEMENT REPORT SUBMITTED BY OFF DUNAJ DATE:8/26/02
```
On 8/26/02 writer submitted an arrest warrant for Richard Quint to the HQ's Sgt for review.
```
      COPY: DETECTIVE DIVISION
            CLEARANCE CODE
      STENO:sn
SUPPLEMENT REPORT SUBMITTED BY OFF DUNAJ DATE:8/31/02
```
On 8/31/02 writer submitted an arrest warrant for Richard Quint to the HQ's Sgt to be forwarded to the court for review.
```
      COPY: DETECTIVE DIVISION
            CLEARANCE CODE
      STENO:sn
SUPPLEMENT REPORT SUBMITTED BY OFFICER J. FERRARO    DATE: 9/30/02
```
On 9/27/02 the writer met with Richard Quint at the Milford court where he was brought in on a habeas. This Department holds an active warrant for him. The warrant charges him with 2 counts of Violation of a Protective Order 53a-223, 2 counts of Criminal Trespass 1st Degree 53a-107 and Threatening 53a-62.

The arrestee signed a Notice of Rights form. UAR #1354902 was completed. The arrestee was turned over to the Marshalls for arraignment. A teletype had not yet been sent.
```
      COPY:   DETECTIVE DIVISION
              COURT
              CLEARANCE CODE_____
      STENO:  lmd

SUPPLEMENTAL REPORT BY OFFICER  DUNAJ         DATE: 10/02/02
```
ON 10/02/02 writer received notification that the arrest warrant for Richard Quint had been issued in this investigation. Writer made telephone contact with complainant Francine Casey and informed her that the arrest warrant had been issued for Quint.
Writer attempted to make telephone contact with Richard Quint at his residence, but met with negative results. Writer spoke with Quint's mother, Harriett Blumberg, who told writer that Quint was currently incarcerated at Bridgeport Correctional Center. She stated that she would informed her son of the warrant when she next spoke with him.
Writer had Comm Room personnel verify that Richard Quint was presently incarcerated at Bridgeport Correctional Center. Writer advised Warrant Ofc. Ferraro of this information.
```
      COPY:   DETECTIVE DIVISION
              CLEARANCE CODE_____
      STENO:  bs
```

# Family Violence Offense Report

State of Connecticut
Department of Public Safety

*(Print or type all entries. See other instructions on the reverse side of this form.)*

| 1. Arrest | 2. If Zero Reporting, Enter Period Covered (MM/YY) | 3. Case Number | 4. Local PD Name | 5. Offense Town Code | 6. Offense Date | 7. Offense Time |
|---|---|---|---|---|---|---|
| ☐ Yes ☒ No | | 17149-02 | Milford | 084 | 7/22/02 | 1844 |

**OFFENSE CODES:**
A. Homicide   D. Sexual Assault   G. Breach of Peace
B. Assault    E. Criminal Mischief   H. Disorderly Conduct
C. Kidnapping F. Risk of Injury   I. Other/Violation Court Order

8. Enter a letter to indicate type of offense: **I.**

**WEAPONS CODES:**
A. Firearm   C. Other Dangerous Weapon
B. Knife     D. Hands, Fists, Feet, etc.

9. Enter the NUMBER of weapons used by type: A. ∅  B. ___  C. ∅  D. ∅

**INJURY CODES:**
A. Serious Physical Injury   C. No Physical Injury
B. Minor Physical Injury     D. Fatal

10. Enter a letter for the most serious type of injury to any victim: **C.**

**STATUS CODES:**
V. Victim
O. Offender
B. Both/All

**RELATIONSHIP CODES:**
A. Spouse
B. Former Spouse
C. Other relative residing in the home
D. Other relative NOT residing in the home
E. Persons who are presently living together, have lived together, or ever had a child together.
F. Persons in, or who have recently been in, a dating relationship.

| 11. Status Code | 12. Last Name | 13. First Name | 14. MI | 15. Sex | 16. Date of Birth | 17. Relationship of VICTIM to Offender (enter if victim only) |
|---|---|---|---|---|---|---|
| V | Casey | Francine | E | F | 2/16/67 | E./F. |
| O | Quint | Richard | R | M | 3/17/65 | |

| 18. Liquor or Drugs Involved? | 19. Prior Court Orders? | 20. A Child under 18 years old was: |
|---|---|---|
| ☒ Yes ☐ No ☐ Unknown | ☒ Yes ☐ No ☐ Unknown | ☐ A. Involved as a victim, offender, or both  ☐ B. Was Present  ☒ C. N/A |

**21. Remarks** (optional)

At approx. 0300 hrs. on this date, Richard Quint entered the residence of former live-in girlfriend, Francine Casey, with keys that had been in his possession in violation of a Family Violence Protective Order prohibiting him from doing so. Both had a verbal argument during which Quint told Casey, "if you contact the police" regarding the violation of the court order "I'll call the Brotherhood (a motor cycle gang) to take care of you and it will be a fate worse than death." Quint left Casey's residence with her purse and later returned to Casey's residence at approx. 2155 hrs. to return her purse.

| 22. Officer's Name & Rank | 23. Badge Number | 24. Date of Report | 25. Supervisor's Signature & Rank |
|---|---|---|---|
| Ptlm. A. Dunaj [signature] | 52 | 7/22/02 | [signature] 326 |

DPS-230-C (Rev. 09/00)

DEPARTMENT OF PUBLIC SAFETY COPY

| INFORMATION 17149-02 Rev. 9-98 | STATE OF CONNECTICUT SUPERIOR COURT | AS-OFF. DUNAJ | DISPOSITION DATE |
|---|---|---|---|

## TITLE, ALLEGATION AND COUNTS

| STATE OF CONNECTICUT VS. (Name of accused) QUINT, RICHARD | G.A. NO. 22 | DOCKET NO. | The undersigned Deputy Assistant State's Attorney of the Superior Court of the State of Connecticut on oath of office charges that said Deputy Assistant State's Attorney has reason to believe and does believe that: |
|---|---|---|---|
| ADDRESS 40 FERNDALE AVE., STRATFORD, CT. | | | |
| HELD AT (Town) MILFORD | COURT DATE | | |

FIRST COUNT - DID COMMIT THE OFFENSE OF
**VIOLATION OF A PROTECTIVE ORDER**

| (Town) MILFORD | ON OR ABOUT (Date) 07/22/02 | IN VIOLATION OF GENERAL STATUTE NO. 53A-223 | CONTINUED TO | PURPOSE | REASON |
|---|---|---|---|---|---|

SECOND COUNT - DID COMMIT THE OFFENSE OF
**VIOLATION OF A PROTECTIVE ORDER**

| (Town) MILFORD | ON OR ABOUT (Date) 07/22/02 | IN VIOLATION OF GENERAL STATUTE NO. 53A-223 |

THIRD COUNT - DID COMMIT THE OFFENSE OF
**CRIMINAL TRESPASS 1ST**

| (Town) MILFORD | ON OR ABOUT (Date) 07/22/02 | IN VIOLATION OF GENERAL STATUTE NO. 53A-107 |

SEE OTHER SHEET(S) FOR ADDITIONAL COUNTS    DATE 9/10/02    SIGNED (Deputy Ass't. State's Attorney) [signature]

## COURT ACTION

| DEFENDANT ADVISED OF RIGHTS BEFORE PLEA (DATE) | BOND | SURETY | ☐ 10% ☐ CASH | ELECTION ☐ CT ☐ JY | (Date) |
|---|---|---|---|---|---|
| ATTORNEY ☐ PUB. DEFENDER ☐ GUARDIAN | BOND CHANGE | | | SEIZED PROP. INVENTORY NO. | |

| CT | PLEA DATE | PLEA | PLEA WITHDRAWN DATE | NEW PLEA | VERDICT FINDING | FINE | REMIT | ADDITIONAL DISPOSITION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | $ | $ | |
| | | | | | | $ | $ | |
| | | | | | | $ | $ | |

| DATE | OTHER COURT ACTION | JUDGE |
|---|---|---|
| | | |

| RPT NO. | COST ☐ IMP ☐ NCI | BOND INFORMATION ☐ BOND FORFEITED ☐ FORFEITURE VACATED ☐ FORFEITURE VACATED AND BOND REINSTATED |
|---|---|---|
| APPLICATION FEE - RECEIPT NO. | CIRCLE ONE W I Q | PROGRAM FEE - RECEIPT NO. IF PAID | CIRCLE ONE W I Q | PROBATION FEE - RECEIPT NO. IF PAID | CIRCLE ONE W I Q |
| ATTORNEY ON ORIGINAL DISPOSITION | REPORTER/MONITOR ON ORIG. DISP. | SIGNED (Clerk) | SIGNED (Judge) |

| INFORMATION  17149-02 | STATE OF CONNECTICUT | DISPOSITION DATE |
|---|---|---|
| JD-CR-71 Rev. 9-98 | SUPERIOR COURT | ...-OFF. DUNAJ |

### TITLE, ALLEGATION AND COUNTS

**STATE OF CONNECTICUT VS.** *(Name of accused)*
**QUINT, RICHARD**

**G.A. NO.** 22    **DOCKET NO.**

**ADDRESS**
240 FERNDALE AVE., STRATFORD, CT.

**TO BE HELD AT** *(Town)*
MILFORD

**COURT DATE**

The undersigned Deputy Assistant State's Attorney of the Superior Court of the State of Connecticut on oath of office charges that said Deputy Assistant State's Attorney has reason to believe and does believe that:

**FIRST COUNT - DID COMMIT THE OFFENSE OF**
CRIMINAL TRESPASS 1st

**AT** *(Town)* MILFORD   **ON OR ABOUT** *(Date)* 07/22/02   **IN VIOLATION OF GENERAL STATUTE NO.** 53A-107

| CONTINUED TO | PURPOSE | REASON |
|---|---|---|

**SECOND COUNT - DID COMMIT THE OFFENSE OF**
THREATENING

**AT** *(Town)* MILFORD   **ON OR ABOUT** *(Date)* 07/22/02   **IN VIOLATION OF GENERAL STATUTE NO.** 53A-62

**THIRD COUNT - DID COMMIT THE OFFENSE OF**

**AT** *(Town)*   **ON OR ABOUT** *(Date)*   **IN VIOLATION OF GENERAL STATUTE NO.**

☐ SEE OTHER SHEET(S) FOR ADDITIONAL COUNTS

**DATE** 9/10/02   **SIGNED** *(Deputy Asst. State's Attorney)* [signature]

### COURT ACTION

**DEFENDANT ADVISED OF RIGHTS BEFORE PLEA**
(JUDGE)        (DATE)

☐ ATTORNEY  ☐ PUB. DEFENDER  ☐ GUARDIAN

**BOND**   **SURETY**   ☐ 10%  ☐ CASH

**BOND CHANGE**

**ELECTION** (Date)  ☐ CT  ☐ JY

**SEIZED PROP. INVENTORY NO.**

| COUNT | PLEA DATE | PLEA | PLEA WITHDRAWN DATE | NEW PLEA | VERDICT FINDING | FINE | REMIT | ADDITIONAL DISPOSITION |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | $ | $ | |
| 2 | | | | | | $ | $ | |
| 3 | | | | | | $ | $ | |

| DATE | OTHER COURT ACTION | JUDGE |
|---|---|---|
| | | |

**RECEIPT NO.**   **COST** ☐ IMP ☐ NCI   **BOND INFORMATION** ☐ BOND FORFEITED ☐ FORFEITURE VACATED ☐ FORFEITURE VACATED AND BOND REINSTATED

**APPLICATION FEE - RECEIPT NO.**   IF PAID   CIRCLE ONE W I Q
**PROGRAM FEE - RECEIPT NO.**   IF PAID   CIRCLE ONE W I Q
**PROBATION FEE - RECEIPT NO.**   IF PAID   CIRCLE ONE W I Q

**STATE'S ATTORNEY ON ORIGINAL DISPOSITION**   **REPORTER/MONITOR ON ORIG. DISP.**   **SIGNED** *(Clerk)*   **SIGNED** *(Judge)*

| ARREST WARRANT APPLICATION | STATE OF CONNECTICUT | FOR COURT USE ONLY |
|---|---|---|
| JD-CR-64 Rev. 4-02 | SUPERIOR COURT | Supporting Affidavits Sealed |
| C.G.S. § 54-2a, Pr. Bk. Sec 36-1, 36-2, 36-3 | REPORT #: 17149-02 | ☐ YES  ☐ NO |
| | PAGE: 1 | |

| NAME AND RESIDENCE (TOWN) OF ACCUSED | DOB: 3/17/65 | COURT TO BE HELD AT (Town) | G.A. NO. |
|---|---|---|---|
| QUINT, RICHARD R, 240 Ferndale Avenue, Stratford, CT | | MILFORD | 22 |

## APPLICATION FOR ARREST WARRANT

TO: A Judge of the Superior Court

The undersigned hereby applies for a warrant for the arrest of the above-named accused on the basis of the facts set forth in the . . .

[X] affidavit below . . .    [X] affidavit(s) attached

| DATE & SIGNATURE | DATE | SIGNED (Prosecutorial Official) |
|---|---|---|
| | | |

### AFFIDAVIT

The undersigned, being duly sworn, deposes and says:

That he is a member of the Milford Police Department and has been a member of said Department since 6/27/97, and at all pertinent times mentioned herein acted in his official capacity as a member of said Department. The following facts and circumstances are stated from personal knowledge and observations as well as from information received from brother officers acting in their official capacity.

On 7/22/02 complainant Francine Casey of 48 Merwin Avenue, Milford, CT complained to the Milford Police Department that her ex-boyfriend, **RICHARD QUINT**, had come to her residence intoxicated and threatened her on this date in violation of a Family Violence Protective Order.

The complainant stated that she and **RICHARD QUINT** had shared the residence at 48 Merwin Avenue, Milford, CT for several months until a recent domestic disturbance which prompted the issuing of the Family Violence Protective Order. She stated that at approximately 0300 hrs on 7/22/02 **RICHARD QUINT** entered her residence at 48 Merwin Avenue using a key to the residence that he still had in his possession. She stated that **RICHARD QUINT** was intoxicated and a verbal argument ensued between them, during which **RICHARD QUINT** told the complainant that if she contacted the Police in regards to his violating the Protective Order, he would contact a motorcycle gang called "The Brotherhood" and that the complainant's "fate would be worse than death". The complainant stated that **RICHARD QUINT** is approximately 6' tall, and 230 lbs, and is known to be a convicted felon for sexual assault and drug offenses. She stated that **RICHARD QUINT** has a volatile temper and can be prone to violence. She stated that he is a known drug user and is known to carry knives on his person. The complainant stated that she has heard **RICHARD QUINT** speak of violent acts that he has committed in the past reportedly as part of this motorcycle gang. The complainant believed the threats by **RICHARD QUINT** to be real and believed that **RICHARD QUINT** was capable of killing her or having someone else do it for him. The affiant notes that although this incident

| DATE AND SIGNATURE | DATE  8/31/02 | SIGNED (Affiant) Officer A Dunaj  #52 |
|---|---|---|
| JURAT | SUBSCRIBED AND SWORN TO BEFORE ME ON (Date)  8/31/02 | SIGNED (Judge, Clerk, Comm. Sup. Ct., Notary Pub) |

### FINDING

The foregoing Application for an arrest warrant, and affidavit(s) attached to said Application, having been submitted to and considered by the undersigned, the undersigned finds from said affidavit(s) that there is probable cause to believe that an offense has been committed and that the accused committed it and, therefore, that probable cause exists for the issuance of a warrant for the arrest of the above-named accused.

| DATE & SIGNATURE | DATE | SIGNED (A Judge of the Superior Court) |
|---|---|---|
| | | |

sn 8/23/02

| ARREST WARRANT APPLICATION | STATE OF CONNECTICUT | FOR COURT USE ONLY |
|---|---|---|
| JD-CR-64 Rev. 4-02 | SUPERIOR COURT | Supporting Affidavits Sealed |
| C.G.S. § 54-2a, Pr. Bk. Sec 36-1, 36-2, 36-3 | REPORT #: 17149-02<br>PAGE: 2 | ☐ YES   ☐ NO |

| NAME AND RESIDENCE (TOWN) OF ACCUSED | DOB: 3/17/65 | COURT TO BE HELD AT (Town) | G.A. NO. |
|---|---|---|---|
| QUINT, RICHARD R, 240 Ferndale Avenue, Stratford, CT | | MILFORD | 22 |

**APPLICATION FOR ARREST WARRANT**

TO: A Judge of the Superior Court

The undersigned hereby applies for a warrant for the arrest of the above-named accused on the basis of the facts set forth in the . . .

[X] affidavit below . . .     [X] affidavit(s) attached

| DATE & SIGNATURE | DATE | SIGNED (Prosecutorial Official) |
|---|---|---|

**AFFIDAVIT**

The undersigned, being duly sworn, deposes and says:

occurred at approximately 0300 hrs on this date, the complainant did not report this incident to the Milford Police until 1844 hrs on this date. She stated that she did not contact the Police at the time of this incident because she is very afraid of **RICHARD QUINT**. She also told the affiant that she did not wish to pursue an arrest in this incident because of her fear of **RICHARD QUINT** and wished that this be made only a matter of record in case anything happened to her.

The complainant also stated that during this incident **RICHARD QUINT** took her purse off of a table and left the residence with the purse in his possession. The complainant stated that she also did not wish to pursue an arrest regarding the stolen purse from her residence.

On 7/22/02 the affiant checked the Court order files at Milford Police Headquarters and found a valid Family Violence Protective Order naming the complainant as the victim and **RICHARD QUINT** as the defendant. This order stated that **RICHARD QUINT** was to refrain from entering the residence of the complainant at 48 Merwin Avenue, Milford, CT. It also stated that he was to refrain from threatening the complainant, and from having any contact with her in any manner. The order did state that **RICHARD QUINT** may return to the address one time with a Police escort in order to retrieve belongings from the residence.

On 7/22/02 the affiant ran **RICHARD QUINT** thru NCIC and DMV records and found that he was a supervised registered sex offender with a valid CT operator's license. On this date the affiant also ran **RICHARD QUINT** thru a State Police Records Check and found that he was a convicted felon with numerous arrests for drug offenses, weapons in m/v, assaults on Police Officers, escape from custody, sexual assault, and unlawful restraint.

| DATE AND SIGNATURE | DATE 8/31/02 | SIGNED (Affiant) Officer A Dunaj #52 |
|---|---|---|
| JURAT | SUBSCRIBED AND SWORN TO BEFORE ME ON (Date) 8/31/02 | SIGNED (Judge, Clerk, Comm. Sup. Ct. Notary Pub.) |

**FINDING**

The foregoing Application for an arrest warrant, and affidavit(s) attached to said Application, having been submitted to and considered by the undersigned, the undersigned finds from said affidavit(s) that there is probable cause to believe that an offense has been committed and that the accused committed it and, therefore, that probable cause exists for the issuance of a warrant for the arrest of the above-named accused.

| DATE & SIGNATURE | DATE | SIGNED (A Judge of the Superior Court) |
|---|---|---|
| n 8/23/02 | | |

| ARREST WARRANT APPLICATION | STATE OF CONNECTICUT | FOR COURT USE ONLY |
|---|---|---|
| JD-CR-64 Rev. 4-02 | SUPERIOR COURT | Supporting Affidavits Sealed |
| C.G.S. § 54-2a, Pr. Bk. Sec 36-1, 36-2, 36-3 | REPORT #: 17149-02 | ☐ YES  ☐ NO |
| | PAGE: 3 | |

| NAME AND RESIDENCE (TOWN) OF ACCUSED | DOB: 3/17/65 | COURT TO BE HELD AT (Town) | G.A. NO. |
|---|---|---|---|
| QUINT, RICHARD R, 240 Ferndale Avenue, Stratford, CT | | MILFORD | 22 |

### APPLICATION FOR ARREST WARRANT

TO: A Judge of the Superior Court

The undersigned hereby applies for a warrant for the arrest of the above-named accused on the basis of the facts set forth in the . . .

[X] affidavit below . . .    [X] affidavit(s) attached

| DATE & SIGNATURE | DATE | SIGNED (Prosecutorial Official) |
|---|---|---|

### AFFIDAVIT

The undersigned, being duly sworn, deposes and says:

The affiant notes that at approximately 2155 hrs on 7/22/02, Officer Moore and the affiant were dispatched again to 48 Merwin Avenue, Milford, CT on a complaint of a verbal argument between the complainant and **RICHARD QUINT** at that residence. Upon arrival the officers found that **RICHARD QUINT** had left the scene prior to Police arrival. The affiant notes that this complaint had been called in by the complainant's brother after she had informed him by telephone of this second incident on this date. The complainant stated that **RICHARD QUINT** had responded to her residence in order to return her purse to her. She stated that there was no argument at this time, but she told **RICHARD QUINT** that he was not allowed to come to her residence at his own will because he was violating a court order prohibiting him from doing so. She told **RICHARD QUINT** that when he arrived she had been on the phone with her brother, who was very concerned for her safety, and who was calling the Police. The complainant stated that **RICHARD QUINT** left the area once he heard that Police were enroute to her residence. The complainant stated that none of the contents of her purse were missing. She stated that she did not wish to pursue an arrest in this incident either.

The affiant was unable to make contact with **RICHARD QUINT** by telephone on this date and left a voice message on his mother's answering machine requesting that he contact this affiant as soon as possible regarding this investigation.

On 7/27/02 the affiant made telephone contact with **RICHARD QUINT** at his mother's residence in Stratford, CT. **RICHARD QUINT** stated that this was his current address. He stated that on 7/22/02 he had gone to the residence of his girlfriend, Francine Casey, at 48 Merwin Avenue, Milford, CT at approximately 0200 or 0300 hrs after being invited to the residence by her. He stated that while there the two had a verbal argument and that he left the residence before the verbal argument had a chance to turn into a physical altercation between the two. He stated that at no time during this

| DATE AND SIGNATURE | DATE 8/31/02 | SIGNED (Affiant) Officer A Dunaj #52 |
|---|---|---|
| JURAT | SUBSCRIBED AND SWORN TO BEFORE ME ON (Date) 8/31/02 | SIGNED (Judge, Clerk, Comm. Sup. Ct., Notary Pub.) |

### FINDING

The foregoing Application for an arrest warrant, and affidavit(s) attached to said Application, having been submitted to and considered by the undersigned, the undersigned finds from said affidavit(s) that there is probable cause to believe that an offense has been committed and that the accused committed it and, therefore, that probable cause exists for the issuance of a warrant for the arrest of the above-named accused.

| DATE & SIGNATURE | DATE | SIGNED (A Judge of the Superior Court) |
|---|---|---|

sn 8/23/02

| ARREST WARRANT APPLICATION | STATE OF CONNECTICUT | FOR COURT USE ONLY |
|---|---|---|
| JD-CR-64 Rev. 4-02 | SUPERIOR COURT | Supporting Affidavits Sealed |
| C.G.S. § 54-2a, Pr. Bk. Sec 36-1, 36-2, 36-3 | REPORT #: 17149-02<br>PAGE: 4 | ☐ YES ☐ NO |

| NAME AND RESIDENCE (TOWN) OF ACCUSED | DOB: 3/17/65 | COURT TO BE HELD AT (Town) | G.A. NO. |
|---|---|---|---|
| QUINT, RICHARD R, 240 Ferndale Avenue, Stratford, CT | | MILFORD | 22 |

### APPLICATION FOR ARREST WARRANT

TO: A Judge of the Superior Court

The undersigned hereby applies for a warrant for the arrest of the above-named accused on the basis of the facts set forth in the . . .

[X] affidavit below . . .    [X] affidavit(s) attached

| DATE & SIGNATURE | DATE | SIGNED (Prosecutorial Official) |
|---|---|---|
| | | |

### AFFIDAVIT

The undersigned, being duly sworn, deposes and says:

incident did either he or Casey lay a hand on each other. **RICHARD QUINT** also denied making any threat of any kind to Francine Casey at this time. **RICHARD QUINT** stated that he was aware of the Family Violence Protective Order prohibiting him from entering the residence of Francine Casey at 48 Merwin Avenue, Milford, CT. He was also aware that this order stated that he was prohibited from having any contact in any manner with Casey, coming within 100 yards of Casey, and making any threats or harassing her. **RICHARD QUINT** denied taking Casey's purse from the residence at that time. He also denied returning to the residence at approximately 2155 hrs on 7/22/02 to return the purse to Casey. **RICHARD QUINT** refused to meet with the affiant and declined to provide the affiant with a written statement of his account of the events.

WHEREFORE, the undersigned affiant has probable cause to believe that the accused, **RICHARD QUINT**, did commit the crimes of Violation Of A Protective Order in violation of Section 53a-223 (two counts), Criminal Trespass First Degree in violation of 53a-107 (two counts), and Threatening in violation of Section 53a-62, of the Connecticut General Statutes.

| DATE AND SIGNATURE | DATE 8/31/02 | SIGNED (Affiant) Officer A Dunaj #52 |
|---|---|---|
| JURAT | SUBSCRIBED AND SWORN TO BEFORE ME ON (Date) 8/31/02 | SIGNED (Judge, Clerk, Comm. Sup. Ct., Notary Pub.) |

### FINDING

The foregoing Application for an arrest warrant, and affidavit(s) attached to said Application, having been submitted to and considered by the undersigned, the undersigned finds from said affidavit(s) that there is probable cause to believe that an offense has been committed and that the accused committed it and, therefore, that probable cause exists for the issuance of a warrant for the arrest of the above-named accused.

| DATE & SIGNATURE | DATE | SIGNED (A Judge of the Superior Court) |
|---|---|---|
| | | |

sn 8/23/02