I

```
INCIDENT TYPE:TRESPASS                   PREMISE TYPE:RESIDENCE/HOME
LOCATION:48           MERWIN AV                         APT/LOT       AREA A3
BUSINESS:                                WEAPON TYPE: NONE
BEGIN DATE: 8/20/02  BEGIN TIME:1947  END DATE: 8/20/02  END TIME:1947
CENSUS TRACT:         SUB-DIVISION:
COMMENTS:   TIRES SLASHED


                        28
CASE STATUS:CLEARED BY ARREST                       REPORT DATE: 082002
REPORTING OFFICER:  DUNAJ, ANDREW

SUPERVISOR



***************************** P E R S O N S *****************************

PERSON #:001     STATUS: VICTIM ADULT
NAME: CASEY                  FRANCINE      E           RACE: WHITE
SEX:FEMALE   DOB: 2/16/67  AGE:    HGT:    WGT:    HAIR:
EYES:             FACIAL HAIR:               BUILD:       COMPLEXION:
ADDRESS:48 MERWIN AV                  MILFORD                          CT
EMPLOYMENT:
OCCUPATION:
SOC SEC: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   PHONE (RES):882-0168   PHONE (BUS):000-000-0000

PERSON #:002     STATUS: ARRESTED ADULT
NAME: QUINT                  RICHARD       R           RACE: WHITE
SEX:MALE     DOB: 3/17/65  AGE:    HGT:    WGT:    HAIR:
EYES:             FACIAL HAIR:               BUILD:       COMPLEXION:
ADDRESS:240 FERNDALE AV               STRATFORD                        CT
EMPLOYMENT:
OCCUPATION:
SOC SEC: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   PHONE (RES):377-0004   PHONE (BUS):000-589-9328

PERSON #:003     STATUS: WITNESS
NAME: VEILLETTE              LANCE         W           RACE: WHITE
SEX:MALE     DOB: 5/25/64  AGE:    HGT:    WGT:    HAIR:
EYES:             FACIAL HAIR:               BUILD:       COMPLEXION:
ADDRESS:83 EDGEFIELD AV               MLFORD                           CT
EMPLOYMENT:
OCCUPATION:
SOC SEC: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   PHONE (RES):000-0000   PHONE (BUS):000-000-0000

PERSON #:004     STATUS: WITNESS
NAME: CASEY                  JOHN          B           RACE: WHITE
SEX:MALE     DOB: 8/17/69  AGE:    HGT:    WGT:    HAIR:
EYES:             FACIAL HAIR:               BUILD:       COMPLEXION:
ADDRESS:48 MERWIN AV                  MILFORD                          CT
EMPLOYMENT:
OCCUPATION:
SOC SEC: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   PHONE (RES):882-0168   PHONE (BUS):000-000-0000

PERSON #:005     STATUS: OTHER
NAME: YOUNGBLOOD             NORMAN        J           RACE: UNKNOWN
SEX:MALE     DOB: 1/15/62  AGE:    HGT:    WGT:    HAIR:
EYES:             FACIAL HAIR:               BUILD:       COMPLEXION:
ADDRESS:171 SEABREEZE AV              MILFORD                          CT
EMPLOYMENT:
```

```
OCCUPATION:
SOC SEC: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     PHONE (RES):000-0000     PHONE (BUS):000-000-0000

PERSON #:006    STATUS: OTHER
NAME: HELWIG'S CAFE                                              RACE: N/A - BUSINESS
SEX:N/A -    DOB: 0/00/00  AGE:     HGT:      WGT:      HAIR:
EYES:              FACIAL HAIR:                 BUILD:       COMPLEXION:
ADDRESS:331 NEW HAVEN AV                MILFORD                              CT
EMPLOYMENT:
OCCUPATION:
SOC SEC: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     PHONE (RES):000-0000     PHONE (BUS):000-874-6117

PERSON #:007    STATUS: POLICE OFFICER
NAME: VITTI              A                                       RACE: WHITE
SEX:MALE     DOB: 0/00/00  AGE:     HGT:      WGT:      HAIR:
EYES:              FACIAL HAIR:                 BUILD:       COMPLEXION:
ADDRESS:
EMPLOYMENT:
OCCUPATION:
SOC SEC: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     PHONE (RES):000-0000     PHONE (BUS):000-000-0000

PERSON #:008    STATUS: POLICE OFFICER
NAME: MOORE              S                                       RACE: WHITE
SEX:MALE     DOB: 0/00/00  AGE:     HGT:      WGT:      HAIR:
EYES:              FACIAL HAIR:                 BUILD:       COMPLEXION:
ADDRESS:
EMPLOYMENT:
OCCUPATION:
SOC SEC: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     PHONE (RES):000-0000     PHONE (BUS):000-000-0000

PERSON #:009    STATUS: POLICE OFFICER
NAME: MARSCHNER          B                                       RACE: WHITE
SEX:MALE     DOB: 0/00/00  AGE:     HGT:      WGT:      HAIR:
EYES:              FACIAL HAIR:                 BUILD:       COMPLEXION:
ADDRESS:
EMPLOYMENT:
OCCUPATION:
SOC SEC: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     PHONE (RES):000-0000     PHONE (BUS):000-000-0000

PERSON #:010    STATUS: POLICE OFFICER
NAME: ESPOSITO           D                                       RACE: WHITE
SEX:MALE     DOB: 0/00/00  AGE:     HGT:      WGT:      HAIR:
EYES:              FACIAL HAIR:                 BUILD:       COMPLEXION:
ADDRESS:
EMPLOYMENT:
OCCUPATION:
SOC SEC: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     PHONE (RES):000-0000     PHONE (BUS):000-000-0000


******************************* P R O P E R T Y *******************************
PROPERTY #:001    STATUS: DESTROYED    TYPE: AUTO PARTS
MAKE: AVON TIRE                   MODEL: CR338/15 INCH
COLOR:                       SERIAL NO:
```

STOLEN VALUE: $              RECOVERED VALUE: $
EVIDENCE TAG NUMBER:


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* V E H I C L E \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

VEHICLE #:001      STATUS:VICTIM'S A
LICENSE PLATE 890JLT         STATE:CT     YEAR:        VIN:1HGCD56664A004198
VEHICLE     YEAR:1994             MAKE:  HONDA               ACCORD
STYLE:    4D         COLOR (TOP):GRN    (BOTTOM):GRN
PLACE OF IMPOUNDMENT:
COMMENTS:

****************************** N A R R A T I V E ******************************

    The writer responded to 48 Merwin Avenue on a complaint of a vandalism to a motor vehicle.  Upon arrival, writer met with complainant Francine Casey, who stated that at approximately 1900 hours on this date, her former boyfriend, Richard Quint, came to her residence in order to retrieve some of his personal belongings.  The complainant stated that she and Quint had lived together at 48 Merwin Avenue for several months, until a recent domestic dispute, which resulted in the issuance of a Family Violence Protective Order naming the complainant as the victim and Richard Quint as the defendant.  This Protective Order prohibited Richard Quint from entering the dwelling of the complainant at 48 Merwin Avenue, from having any contact in any manner with the complainant, and from coming within 100 yards of the complainant.  This order also stated that Richard Quint may return to the dwelling one time with a police escort in order to retrieve his belongings.
    The complainant stated that Richard Quint entered her property and walked down her driveway to where his personal belongings were being stored underneath the carport.  She stated that when she observed Quint in her driveway without a police escort, she told him to leave immediately because he was violating the Protective Order.  A few words were exchanged between the two and Quint left the area on foot in an unknown direction.
    The complainant stated that shortly after Quint left, she went out to her vehicle, a 1994 Honda Accord, described above, parked in her driveway and found that her vehicle's right front tire had been flattened.  Upon further inspection she found two punctures and one vertical slash in the tire's sidewall.  Writer observed that these tires were Avon CR338, 15 inch tires, and the complainant stated it would cost approximately $100.00 to replace the tire.  The complainant stated that her vehicle had been parked in the driveway adjacent to where Quint's belongings had been stored underneath the carport.  She stated she did not observe any person "slash" her tire, but strongly suspected that Richard Quint did this, due to his constant harassment of her in recent months.
    The complainant provided the writer with a sworn, written statement attesting to the above and requested the arrest of Richard Quint for trespassing on her property and violating the Protective Order.  This statement was notarized and forwarded with this report.
    Writer spoke with witnesses John Casey (the complainant's brother) and his friend, Lance Veillette.  Both independently confirmed that Richard Quint had been on the complainant's property on this date.  Both stated that they did not observe any person vandalizing the complainant's tire.
    Writer observed the complainant's front right tire, and observed two puncture holes and a vertical slash approximately 3 inches long to the sidewall of the tire.  Writer examined the surrounding area and was unable to locate any instrument that may have been used to vandalize the tire.
    Writer had Comm Room personnel run Richard Quint and Francine Casey through NCIC and found that both were negative NCIC.  Writer also had Comm Room personnel verify that the Family Violence Protective Order was valid.
    Writer was informed by the complainant that Richard Quint was known to operate a brown Chevrolet Celebrity, 4-door, bearing unknown Maine marker plates.  She stated the plate did not belong on the vehicle and that the vehicle was not registered or insured.  She also stated that Richard Quint was known to frequent the residence of Norman Youngblood at 171 Seabreeze Avenue and Helwig's Cafe, 331 New Haven Avenue.
    Off. Vitti responded to 171 Seabreeze Avenue and met with resident

Norman Youngblood.  Off. Vitti made telephone contact with Richard Quint from that residence.  Richard Quint refused to meet with the officers or to provide his current location.  Off. Vitti advised writer that from his conversation on the phone with Richard Quint, he believed that Quint was intoxicated.

Writer and Off. Moore later responded to Helwig's Cafe in order to check for Richard Quint, and were advised by an unidentified patron that Richard Quint was seated at the end of the bar there.  Writer advised Comm Room personnel, and Off. Esposito and Off. Marschner also responded to the scene.  The officers approached the male seated at the end of the bar, identified by the patron to be Richard Quint, and asked for his identification.  This male identified himself as Tom, and stated he did not have any identification with him.  After several minutes of questioning, this male admitted that he was indeed Richard Quint.  Richard Quint denied having been to the residence of 48 Merwin Avenue on this date.  He also denied any knowledge of the complainant's flat tire on her motor vehicle.

Writer advised Richard Quint that he was being placed under arrest under the CT Domestic Violence Laws for violating the Protective Order and for trespassing on the complainant's property.  He was placed in doublelocked handcuffs by the writer and searched incident to his arrest.  Quint was secured in the rear of writer's patrol vehicle and transported to Police HQ's booking area.

Upon arrival in the booking area, the arrestee was searched by Off. Moore and his property was inventoried on a Prisoner Property form.  His property was then secured in locker #37.  Off. Moore completed a Notice of Rights form, which Quint signed, acknowledging that he understood his rights.  He was supplied with a copy of the Notice of Rights form.  Richard Quint was then photographed and fingerprinted by Off. Moore on UAR #1354701, charging him with Violation of Protective Order 53a-223 and Criminal Trespass 1st Degree 53a-107.  Richard Quint was held on a $1000.00 bond, and secured in cell M-4 at approximately 0045 hours on 8/21/02.

Writer notes that a Family Violence Offense Report and Probable Cause Statement were completed and notarized by the HQ Sergeant.  Both were forwarded with this report.

Writer also notes that a Victims Rights/Assistance card was given to both parties.

    COPY:    DETECTIVE DIVISION
             COURT
             CLEARANCE CODE_____
    STENO:   lmd

# DEPARTMENT OF POLICE
MILFORD, CONNECTICUT

## STATEMENT

DATE 8/20/02  TIME 1947  PLACE 48 Merwin Av., Milford  REPORT NO. 19859-02

I, Francine E. Casey, AGE 35, OF 48 Merwin Av., CITY OF Milford, STATE OF CT, MAKE THE FOLLOWING VOLUNTARY STATEMENT, WITHOUT THREAT OR PROMISE, KNOWING THAT IT MAY BE USED IN COURT. I have been advised that I have the right to consult with a lawyer, to stand mute, and to sign nothing. These rights I hereby waive. I make this statement to Ofc. A. Dunaj, whom I know to be a member of the Milford Police Department.

x On this date at approx. 7:00pm Richard Quint (ex-boyfriend) came to my residence in violation of protection order against him - he entered my driveway - where his property is being stored near my car "1994 Honda Accord 4 dr ct 880·JLT" - he has been repeatedly coming to my residence harassing me. Shortly after he left, I found my right front tire had been slashed. I did not see it but he has motive + was only person in area at that time. I request the arrest of Richard Quint for trespassing on my property + violating the order.

I have read (or had read to me) the above statement and it is true to the best of my knowledge. I fully understand that if I make a statement that is untrue and which is intended to mislead a law enforcement officer in the performance of his official function, I will be in violation of Section 53a-157 of the Connecticut General Statutes. (A false statement is a Class-A Misdemeanor).

**I HAVE READ THE ABOVE STATEMENT AND IT HAS BEEN READ TO ME. IT IS THE TRUTH.**

Witness _____  Signed x Francine Casey

SUBSCRIBED AND SWORN TO BEFORE ME THIS 20th DAY OF August, 20 02   A.J. Dunaj #52 Ptlm.
Notary Public

Page 1 of 1 pages.   ORIGINAL/COPY

C. Statement
Quint, Richard R. DOB-3/17/65

# DEPARTMENT OF POLICE
MILFORD, CONNECTICUT

## STATEMENT

DATE 8/21/02  TIME 0100  PLACE 430 Boston Post Rd, Milford  REPORT NO. 19859-02

I, Andrew F. Danaj Jr, AGE 23, OF 430 Boston Post Rd., CITY OF Milford, STATE OF CT, MAKE THE FOLLOWING VOLUNTARY STATEMENT, WITHOUT THREAT OR PROMISE, KNOWING THAT IT MAY BE USED IN COURT. I have been advised that I have the right to consult with a lawyer, to stand mute, and to sign nothing. These rights I hereby waive. I make this statement to MPD ~~Off A Zwi~~ GA 22, whom I know to be a member of the Milford Police Department.

At approx 1947 hrs on 8/20/02, writer responded to #48 Merwin Av, Milford, CT, on a complaint of vandalism to a motor vehicle. Upon arrival, writer met with complainant Francine Casey of that address who stated that at approx. 1900hrs on this date her ex-boyfriend Richard Quint came to her residence in order to retrieve some of his personal belongings. Casey stated that she and Quint had lived together at #48 Merwin Av, Milford, CT, for several months until a recent domestic dispute prompted the issuing of a Family Violence Protective Order naming Francine Casey as the victim and Richard Quint as the defendant. This protective order prohibited Quint from entering the dwelling of Casey (#48 Merwin Av), from having any contact in any manner with Casey, and from coming within 100 yrds of Casey. It also stated that Quint may return to the dwelling one time with a police escort to retrieve his personal belongings.

Casey stated that Quint entered her property and walked down the driveway to where his belongings were stored under the carport. When she observed Quint in her driveway with no police escort, she told him to leave immediately because he was violating the protective order. Quint then left the area on foot in an unknown direction.

I have read (or had read to me) the above statement and it is true to the best of my knowledge. I fully understand that if I make a statement that is untrue and which is intended to mislead a law enforcement officer in the performance of his official function, I will be in violation of Section 53a-157 of the Connecticut General Statutes. (A false statement is a Class-A Misdemeanor).

**I HAVE READ THE ABOVE STATEMENT AND IT HAS BEEN READ TO ME. IT IS THE TRUTH.**

Witness _____  Signed X _A.F.D.J_ #52

SUBSCRIBED AND SWORN TO BEFORE ME THIS 21st DAY OF August, 20 02  _____ Notary Public

Page 1 of 3 pages.    ~~ORIGINAL~~/COPY

# DEPARTMENT OF POLICE
MILFORD, CONNECTICUT

## STATEMENT

F.C. Statements

Quint, Richard R DOB-3/17/65

DATE 8/21/02  TIME 0100  PLACE 430 Boston Post Rd, Milford  REPORT NO. 19859-02

I, Andrew F. Dinan, Jr, AGE 33, OF 430 Boston Post Rd, CITY OF Milford, STATE OF CT, MAKE THE FOLLOWING VOLUNTARY STATEMENT, WITHOUT THREAT OR PROMISE, KNOWING THAT IT MAY BE USED IN COURT. I have been advised that I have the right to consult with a lawyer, to stand mute, and to sign nothing. These rights I hereby waive. I make this statement to AFD GA 22, whom I know to be a member of the Milford Police Department.

Casey stated that shortly after Quint left, she went out to her vehicle, a 1994 Honda Accord, 4 door, green, bearing CT# 890 JLT, parked in her driveway and found that her vehicle's right front tire had been flattened. Upon further inspection, she found two (2) punctures and one (1) vertical slash to the tire's sidewall. She estimated it would cost approx $100.00 to replace the tire. Casey stated that her vehicle was parked adjacent to where Quint's belongings had been stored. She stated that she did not observe any person "slash" her tire, but strongly suspected that Quint did it.

Francine Casey requested the arrest of Richard Quint for trespassing on her property and violating the protective order.

Witnesses John Casey (complainant's brother) and Lance Veillette confirmed that Richard Quint was on the complainant's property on this date. Niether one observed any person "slash" the complainant's tire.

Casey informed writer that Quint frequented the residence of Norman Youngblood at #171 Seabreeze Av., Milford, CT, and Helwig's Cafe, #331 New Haven Av., Milford, CT.

I have read (or had read to me) the above statement and it is true to the best of my knowledge. I fully understand that if I make a statement that is untrue and which is intended to mislead a law enforcement officer in the performance of his official function, I will be in violation of Section 53a-157 of the Connecticut General Statutes. (A false statement is a Class-A Misdemeanor).

**I HAVE READ THE ABOVE STATEMENT AND IT HAS BEEN READ TO ME. IT IS THE TRUTH.**

Witness _____  Signed X A.F.D. #52

SUBSCRIBED AND SWORN TO BEFORE ME THIS 21st DAY OF August, 20 02  _____ Notary Public

Page 2 of 3 pages.   ORIGINAL / COPY

**DEPARTMENT OF POLICE**
MILFORD, CONNECTICUT

**STATEMENT**

P.C. Statement
Quint, Richard R. DOB-3/17/65

DATE 8/21/02  TIME 0100  PLACE 430 Boston Post Rd, Milford  REPORT NO. 19859-02

I, Andrew F. Dunaj Jr., AGE 33, OF 430 Boston Post Rd., CITY OF Milford, STATE OF CT, MAKE THE FOLLOWING VOLUNTARY STATEMENT, WITHOUT THREAT OR PROMISE, KNOWING THAT IT MAY BE USED IN COURT. I have been advised that I have the right to consult with a lawyer, to stand mute, and to sign nothing. These rights I hereby waive. I make this statement to GA22, whom I know to be a member of the Milford Police Department.

Officer Vitti responded to #171 Seabreeze Av. and met with Nurman Youngblood. Off. Vitti made telephone contact with Quint from that residence. Richard Quint refused to meet with the officers or provide his current location.

Writer and Off. Moore later responded to Helwig's Cafe where a patron identified Richard Quint for the officers. Officers Esposito and Marschner also responded to the scene. The male identified by the patron as Quint provided officers with a false name of Tim before he admitted that he was indeed Richard Quint.

Richard Quint denied having been to the residence of Francine Casey on this date. He also denied any knowledge of Casey's flat tire.

Writer advised Quint that he was being placed under arrest under CT Domestic Violence laws for violating the protective order and trespassing on Casey's property. He was placed in double-locked handcuffs, secured in writer's patrol car, and transported to police HQ's without incident.

Richard Quint was photographed and fingerprinted by Off. Moore on UAR# 1354701, charging him with Violation of Protective Order 53a-223 and Criminal Trespass 1st 53a-107. He was held on a $1000 Bond and secured in cell M-4 at 0045 hrs.

I have read (or had read to me) the above statement and it is true to the best of my knowledge. I fully understand that if I make a statement that is untrue and which is intended to mislead a law enforcement officer in the performance of his official function, I will be in violation of Section 53a-157 of the Connecticut General Statutes. (A false statement is a Class-A Misdemeanor).

**I HAVE READ THE ABOVE STATEMENT AND IT HAS BEEN READ TO ME. IT IS THE TRUTH.**

Witness _____  Signed X  A.F.D. Jr #52

SUBSCRIBED AND SWORN TO BEFORE ME THIS 21st DAY OF August, 20 02
Notary Public

Page 3 of 3 pages.    ORIGINAL/COPY

**State of Connecticut**
**Department of Public Safety**

# Family Violence Offense Report

*(Print or type all entries. See other instructions on the reverse side of this form.)*

| 1. Arrest | 2. If Zero Reporting, Enter Period Covered (MM/YY) | 3. Case Number | 4. Local PD Name | 5. Offense Town Code | 6. Offense Date | 7. Offense Time |
|---|---|---|---|---|---|---|
| ☒ Yes ☐ No | | 19859-02 | Milford | 084 | 8/20/02 | 1947 |

**CTL NUMBER – OFFICE USE ONLY**
**325975**

**OFFENSE CODES**
- A. Homicide
- B. Assault
- C. Kidnapping
- D. Sexual Assault
- E. Criminal Mischief
- F. Risk of Injury
- G. Breach of Peace
- H. Disorderly Conduct
- ⓘ Other/Violation Court Order

**WEAPONS CODES**
- A. Firearm
- B. Knife
- C. Other Dangerous Weapon
- D. Hands, Fists, Feet, etc.

**INJURY CODES**
- A. Serious Physical Injury
- B. Minor Physical Injury
- Ⓒ No Physical Injury
- D. Fatal

**STATUS CODES**
- V. Victim
- O. Offender
- B. Both/All

**RELATIONSHIP CODES:**
- A. Spouse
- B. Former Spouse
- C. Other relative residing in the home
- D. Other relative NOT residing in the home
- E. Persons who are presently living together, have lived together, or ever had a child together.
- F. Persons in, or who have recently been in, a dating relationship.

8. Enter a letter to indicate type of offense: I
9. Enter the NUMBER of weapons used by type A.___ B.___ C.___ D.___
10. Enter a letter for the most serious type of injury to any victim: A.___ B.___ C. C D.___

| 11. Status Code | 12. Last Name | 13. First Name | 14. MI | 15. Sex | 16. Date of Birth | 17. Relationship of VICTIM to Offender (enter # victim only) |
|---|---|---|---|---|---|---|
| V | Casey | Francine | E. | F | 2/16/67 | |
| O | Quint | Richard | R. | M | 3/17/65 | |

18. Liquor or Drugs Involved?  ☒ Yes ☐ No ☐ Unknown
19. Prior Court Orders?  ☒ Yes ☐ No ☐ Unknown
20. A Child under 18 years old was:  ☐ A. Involved as a victim, offender, or both  ☐ B. Was Present  ☒ C. N/A

**21. Remarks (optional):**

Richard Quint responded to the residence of ex-live-in-girlfriend, Francine Casey, at #48 Marvin Av., Milford, CT (a residence they shared for several months previously) on this date in violation of a Family Violence Protective Order. The order prohibits Quint from entering the dwelling of Casey, from having any contact in any manner with Casey, and from coming within 100 yards of Casey. Casey stated that Quint had come to retrieve some of his property stored under a carport in her driveway. The order also states that Quint may return to the residence one time with police escort. Casey

| 22. Officer's Name & Rank | 23. Badge Number | 24. Date of Report | 25. Supervisor's Signature & Rank |
|---|---|---|---|
| Ptlm. A. Yung | 52 | 8/20/02 | |

DPS-230-C (Rev. 09/00)

Form #1

## PRISONER PROPERTY FORM

| DATE: 8-20-02 | REPORT #: 19859-02 |
|---|---|
| NAME: Quint, Richard R | LOCKER #: 37 |

1. Ring
2. 2 Earings
3. Wallet /w Assorted Paperwork
4. Penny
5. Key
6. 2 Pocket Knifes
7.
8.
9.
10.
11.
12.
13.
14.
15.

TAKEN FROM: [signature]   TIME: 2355
BY: [signature] Rodriquez
RETURNED TO: [signature]   TIME:
BY:

Original to Prisoner: Copy to HQ's Sgt.