J

# MILFORD POLICE DEPARTMENT

## MASTER TAPE TRANSCRIPTION

| DATE OF TAPE: | 8-20-02 | START TIME: | 1945:22 | ENDTIME: | 2347:53 |
|---|---|---|---|---|---|

PHONE

| TIME | SPEAKER | |
|---|---|---|
| 1945:22 | Gruce | Milford Police, Officer Gruce |
| | Caller | Yes, I need a police officer, please at 48 Merwin Avenue. |
| | Gruce | What's the problem? |
| | Gruce | Um, they were here earlier, um, somebody sliced my tire-an old boyfriend that's not supposed to be around here. |
| | Gruce | Uh-huh. We were out there earlier for that? |
| | Caller | No, they were out here because I do have a Protection Order-it's not expired. I got a letter from the Victims' Advocate-It's in effect till September 6th. It says it's still ongoing. The name is Richard Quint. |
| | Gruce | Okay, you....is he still there now? |
| | Caller | No he took off. He, um, he sliced my tire-he left it-can't even be fixed. He came here and he sliced it and left. |
| | Gruce | Okay, your last name. |
| | Caller | Casey, C-A-S-E-Y. |
| | Gruce | Okay, and your first name? |
| | Caller | Francine. |
| | Gruce | Okay, I'll get someone out |
| | Caller | I will have him arrested this time. |
| | Gruce | Okay. |
| | Caller | Thank you. |
| | Gruce | Bye. |
| 1946:15 | | END |
| | | |
| 1949:59 | Bing | Milford Police, Bing. |
| | Caller | Hi, um, my name is Audrey DeMarinis. |
| | Bing | Um-hum |
| | Caller | Okay, my girlfriend, Francine Casey, um, I guess she has police on the way to her house cuz' her, ah, psycho boyfriend, um, Richard Quint is on her way to-he just sliced her tires and he's been threatening her and, um, she just called me to tell me that he said he was going to blow up my car-I mean I'm sure-I just wanted to make you guys aware. Um, she called-just called me |

|  |  |  |
|---|---|---|
|  |  | and told me to keep my lights on and everything. The guy's flipping out and he's going to go jail next week. |
|  | Bing | Where is he? |
|  | Caller | They're looking for him now, but they're on their way-she just called-she's home-she has all the bolts and everything on her house and um, he just sliced her tire and earlier today or this afternoon he called, um, and he was threatening everybody-all her friends-everything, so. |
|  | Bing | Well, I can have the officer, ah, who's going to go out there-when he's done I can have him call you, if you want. |
|  | Caller | Yeah, I just want them-you know-they're looking for this guy. |
|  | Bing | Yeah. Your name? |
|  | Caller | Audrey |
|  | Bing | M-hum |
|  | Caller | D-e-m-a-r-i-n as in Nancy i-s as in Sam. I'm right over here by you guys-136 Maple Street, I'm on the first floor but he knows where I live and he's threatening me ?????? You know - |
|  | Bing | Okay – no problem – let me, uh, let me get in touch with – let me let the officer, uh, speak with her and then on – when he's done over there I'll have him call you. |
|  | Caller | Okay – any time – I hope that – you know, I'm sure they're looking for him, but she told me what kind of car to look out for and stuff. |
|  | Bing | Okay |
|  | Caller | Okay, thanks |
|  | Bing | No problem |
|  |  |  |
|  |  | **RADIO FREQUENCY #1** |
| 1950:35 | Dunaj | New Haven and Merwin |
|  | ??? | Number 48 Merwin Avenue on a 10-84. |
|  | Dunaj | 10-4 |
| 1954:12 | Dunaj | 52's arriving. |
|  | ??? | 10-4 |
| 2003:21 | Dunaj | 52 to Headquarters |
|  | ??? | 57 standby-52 come in |
|  | Dunaj | I got a Violation of Protective Order here possibly the parties left the scene-looking for Richard Quint-date of birth of 3/17/65- possibly operating a Chevy Celebrity with Maine plates in the area of Seabreeze-?????? |
|  | Bing | The last name is Quint? |
|  | Dunaj | 10-4 |
| 2004:14 | Dunaj | 52 |

|  | Gruce | Come in. |
|---|---|---|
|  | Dunaj | Could you research the name Norman Youngblood on Seabreeze Avenue. They believe he might be staying at that residence-they just don't have a numerical. |
|  | Bing | 10-4 |
| 2005:50 | Vitti | 33 |
|  | Gruce | 33 |
|  | Vitti | I'm 10-57 |
|  |  |  |
|  | Vitti | ???? |
|  | Gruce | Head over to 131 Seabreeze-I'll get you the info in a second. |
|  | Vitti | 131 Seabreeze—10-4. |
|  | Gruce | 171 Seabreeze—One seven one. |
|  | Vitti | 171 Seabreeze-I'll be over 95 |
|  | Gruce | 10-4 |
| 2008:59 | Gruce | 33 |
|  | Vitti | Woodmont Road |
|  | Gruce | You should be looking for a Chevy Celebrity with Maine plates-specifically we're looking for a Richard Quint. He'll be a 94 for a Violation of Protective Order. |
|  | Vitti | That for us? |
|  | Gruce | 10-4 it's 52's case |
|  | Vitti | 10-4 |
| 2010:27 | Dunaj | 52 |
|  | Gruce | 52 |
|  | Dunaj | Ah, just to verify that that order is still effective-I could recall about 2 or 3 weeks ago it was just issued. |
|  | Gruce | Okay we have it here. It was issued July 9th. |
|  | Dunaj | 10-4 Thanks. |
| 2012:44 | Vitti | 33-I'm in the area. |
|  | Gruce | 10-4 |
| 2015:52 | Vitti | 33 |
|  | Gruce | Come in. |
|  | Vitti | That vehicle is right here. Do you want me to try and make contact? |
|  | Gruce | 10-4 |
| 2019:07 | Dunaj | 52 |
|  | Gruce | Come in. |
|  | Dunaj | I'll have statements-48 Merwin |
|  | Gruce | 10-4. 315? |

|  |  |  |
|---|---|---|
|  | 315 | He can take care of that. I'm going to the 32. |
|  | Gruce | Take care of it, 52. |
|  | Dunaj | 10-4 |
| 2026:25 | Vitti | 33 to 52 |
|  | Dunaj | 52 |
|  | Vitti | I spoke with that party over the phone. He doesn't want to come down. He wants you to call his lawyer-I got a phone number for you. |
|  | Dunaj | Is this Quint? |
|  | Vitti | That's it. |
|  | Dunaj | 10-4 go ahead with the number. |
|  | Vitti | 335-4096 and it's Thomas Bucci B-U-C-C-I Jr. |
|  | Dunaj | 10-4 |
|  | Vitti | 33 10-57 |
| 2037:21 | Dunaj | 52 |
|  | Bing | Come in. |
|  | Dunaj | I received the message. Just advise him it's going to be a little bit before I get in. |
|  | Bing | 10-4 |
| 2046:26 | Rahn | 37 |
|  | Bing | Come in. |
|  | Rahn | Now they're saying it's a continuation of an earlier call. Can you research that and see who the investigating officer was? |
|  | Bing | Badge 52 was out there-Officer Dunaj-It was on a verbal 29. |
|  | Rahn | 10-4 |
| 2059:12 | Vitti | 33 |
|  | Gruce | Come in |
|  | Vitti | The message you sent-you might want to advise the officers that, uh, he was 10-95 when I spoke to him on the phone. |
|  | Gruce | 10-4 |
|  |  |  |
|  | Dunaj | 52 to 33 |
|  | Vitti | Go ahead |
|  | Dunaj | Can you give me a 53? I'll give you my number. |
|  | Vitti | Go ahead |
|  | Dunaj | 231-2139 |
|  |  |  |
| 2109:14 | Dunaj | 52 |
|  | Young | Come in. |
|  | Dunaj | The area of Helwig's was negative. Clear the last out on a 2701-01, and I'll be on a 64 to meet with that person. |

| | | |
|---|---|---|
| | Young | 10-4 |
| | | |
| 2311:52 | Dunaj | 52 |
| | Bing | Come in |
| | Dunaj | I've got that suspect vehicle from my other incident earlier at 48 Merwin at Helwig's. Send me another unit here-or two. |
| | Bing | 35 |
| | 35 | Old Gate Lane 10-4 |
| 2317:35 | Gruce | 54 |
| | 54 | Bridgeport and the Road |
| | Gruce | Stand by ……… 46 where are you? |
| | 46 | Bic Drive |
| | Gruce | Disregard - 54 – would you also head over to Helwig's? |
| | 54 | 54 I didn't copy the last. Do you want me to head over there? |
| | Gruce | 10-4   52 has that male he was looking for earlier, Richard Quint. |
| | 54 | Enroute to Helwig's |
| | Dunaj | 52 |
| | Gruce | Come in. |
| | Dunaj | I do not have the male. I have the vehicle parked in the back. If a unit can swing in the front just to make sure he doesn't exit that way. |
| | 35 | 35 I'll be in the front, but I don't know what he looks like. |
| | Bing | 10-4 |
| | Dunaj | 52 to 35 |
| | 35 | 35 |
| | Dunaj | White male about 6', 220-brown hair-long-multiple tattoos-looks like a biker. |
| | 35 | 10-4 |
| | Dunaj | 52 to 35 |
| | 35 | 35 |
| | Dunaj | Just be advised he's known to carry knives and assault PO's. |
| | 35 | 10-4. Why don't we wait until 54 gets here, and we can all walk in. |
| | Dunaj | 10-4 |
| 2315:33 | Esposito | 53-I'll be at Helwig's |
| | Gruce | 10-4 |
| 2316:16 | Marschner | 54-arriving |
| | Gruce | 10-4 |
| | 35 | 35 to 54-Go to the back. |
| | 35 | 35 to 52 just let us know when you want to walk in. |
| | Dunaj | 10-4     35, Badge 54 knows what he looks like. We're going to |

|         |       |                                                              |
|---------|-------|--------------------------------------------------------------|
|         |       | enter the back now.                                          |
|         | Moore | 10-4                                                         |
| 2321:19 | Moore | 35-Just to let you know it's negative contact at ….(unreadable) |
| 2330:16 | Dunaj | 52                                                           |
|         | Gruce | Come in                                                      |
|         | Dunaj | We'll be clear at Helwig's.                                  |
|         | Gruce | 10-4                                                         |
| 2338:01 | Moore | 35-We're going to have a 94 out here.                        |
|         | Gruce | 10-4                                                         |
| 2341:52 | Dunaj | 52 to headquarters.                                          |
|         | Gruce | Come in.                                                     |
|         | Dunaj | Enroute with a male 94   575                                 |
|         | Gruce | 2342                                                         |
|         |       |                                                              |
| 2347:14 | Dunaj | 52-Sallyport     52-end transport 577-Close sally 1          |
|         | Gruce | 10-4   2348                                                  |
| 2347:53 |       | END                                                          |

| RECORDING MADE | | TRANSCRIBED | |
|---|---|---|---|
| Date: | 04/29/03 | Date: | 06/24/03 |
| Time: | 1030 | Time: | 1424 |
| Officer: | Sergeant G. Depgen  GD | Stenographer: | K. A. Walsh |

# K

| ARREST WARRANT APPLICATION | STATE OF CONNECTICUT | FOR COURT USE ONLY |
| --- | --- | --- |
| JD-CR-64 Rev. 4-02 | SUPERIOR COURT | Supporting Affidavits Sealed |
| C.G.S. § 54-2a, Pr. Bk. Sec 36-1, 36-2, 36-3 | REPORT #: 17149-02<br>PAGE: 4 | ☐ YES  ☐ NO |

| NAME AND RESIDENCE (TOWN) OF ACCUSED | DOB: 3/17/65 | COURT TO BE HELD AT (Town) | G.A. NO. |
| --- | --- | --- | --- |
| QUINT, RICHARD R, 240 Ferndale Avenue, Stratford, CT | | MILFORD | 22 |

### APPLICATION FOR ARREST WARRANT

TO: A Judge of the Superior Court

The undersigned hereby applies for a warrant for the arrest of the above-named accused on the basis of the facts set forth in the ...

[X] affidavit below ...   [X] affidavit(s) attached

| DATE & SIGNATURE | DATE 9/10/02 | SIGNED (Prosecutorial Official) |
| --- | --- | --- |

### AFFIDAVIT

The undersigned, being duly sworn, deposes and says:

incident did either he or Casey lay a hand on each other. **RICHARD QUINT** also denied making any threat of any kind to Francine Casey at this time. **RICHARD QUINT** stated that he was aware of the Family Violence Protective Order prohibiting him from entering the residence of Francine Casey at 48 Merwin Avenue, Milford, CT. He was also aware that this order stated that he was prohibited from having any contact in any manner with Casey, coming within 100 yards of Casey, and making any threats or harassing her. **RICHARD QUINT** denied taking Casey's purse from the residence at that time. He also denied returning to the residence at approximately 2155 hrs on 7/22/02 to return the purse to Casey. **RICHARD QUINT** refused to meet with the affiant and declined to provide the affiant with a written statement of his account of the events.

WHEREFORE, the undersigned affiant has probable cause to believe that the accused, **RICHARD QUINT**, did commit the crimes of Violation Of A Protective Order in violation of Section 53a-223 (two counts), Criminal Trespass First Degree in violation of 53a-107 (two counts), and Threatening in violation of Section 53a-62, of the Connecticut General Statutes.

| DATE AND SIGNATURE | DATE 8/31/02 | SIGNED (Affiant) Officer A Dunaj |
| --- | --- | --- |
| JURAT | SUBSCRIBED AND SWORN TO BEFORE ME ON (Date) 8/31/02 | SIGNED (Judge, Clerk, Comm. Sup. Ct. Notary Pub.) |

### FINDING

The foregoing Application for an arrest warrant, and affidavit(s) attached to said Application, having been submitted to and considered by the undersigned, the undersigned finds from said affidavit(s) that there is probable cause to believe that an offense has been committed and that the accused committed it and, therefore, that probable cause exists for the issuance of a warrant for the arrest of the above-named accused.

| DATE & SIGNATURE | DATE 9/13/02 | SIGNED (A Judge of the Superior Court) |
| --- | --- | --- |

sn 8/23/02

# ARREST WARRANT APPLICATION

JD-CR-64 Rev. 4-02
C.G.S. § 54-2a, Pr. Bk. Sec 36-1, 36-2, 36-3

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
REPORT #: 17149-02
PAGE: 1

**FOR COURT USE ONLY**
Supporting Affidavits Sealed
[ ] YES  [ ] NO

| NAME AND RESIDENCE (TOWN) OF ACCUSED | DOB: 3/17/65 | COURT TO BE HELD AT (Town) | G.A. NO. |
|---|---|---|---|
| QUINT, RICHARD R, 240 Ferndale Avenue, Stratford, CT | | MILFORD | 22 |

## APPLICATION FOR ARREST WARRANT

TO: A Judge of the Superior Court

The undersigned hereby applies for a warrant for the arrest of the above-named accused on the basis of the facts set forth in the . . .

[X] affidavit below . . .    [X] affidavit(s) attached

DATE & SIGNATURE — DATE 9/10/02 — SIGNED (Prosecutorial Official)

## AFFIDAVIT

The undersigned, being duly sworn, deposes and says:

That he is a member of the Milford Police Department and has been a member of said Department since 6/27/97, and at all pertinent times mentioned herein acted in his official capacity as a member of said Department. The following facts and circumstances are stated from personal knowledge and observations as well as from information received from brother officers acting in their official capacity.

On 7/22/02 complainant Francine Casey of 48 Merwin Avenue, Milford, CT complained to the Milford Police Department that her ex-boyfriend, **RICHARD QUINT**, had come to her residence intoxicated and threatened her on this date in violation of a Family Violence Protective Order.

The complainant stated that she and **RICHARD QUINT** had shared the residence at 48 Merwin Avenue, Milford, CT for several months until a recent domestic disturbance which prompted the issuing of the Family Violence Protective Order. She stated that at approximately 0300 hrs on 7/22/02 **RICHARD QUINT** entered her residence at 48 Merwin Avenue using a key to the residence that he still had in his possession. She stated that **RICHARD QUINT** was intoxicated and a verbal argument ensued between them, during which **RICHARD QUINT** told the complainant that if she contacted the Police in regards to his violating the Protective Order, he would contact a motorcycle gang called "The Brotherhood" and that the complainant's "fate would be worse than death". The complainant stated that **RICHARD QUINT** is approximately 6' tall, and 230 lbs, and is known to be a convicted felon for sexual assault and drug offenses. She stated that **RICHARD QUINT** has a volatile temper and can be prone to violence. She stated that he is a known drug user and is known to carry knives on his person. The complainant stated that she has heard **RICHARD QUINT** speak of violent acts that he has committed in the past reportedly as part of this motorcycle gang. The complainant believed the threats by **RICHARD QUINT** to be real and believed that **RICHARD QUINT** was capable of killing her or having someone else do it for him. The affiant notes that although this incident

| DATE AND SIGNATURE | DATE 8/31/02 | SIGNED (Affiant) Officer A Dunaj #52 |
|---|---|---|
| JURAT | SUBSCRIBED AND SWORN TO BEFORE ME ON (Date) 8/31/02 | SIGNED (Judge, Clerk, Comm. Sup. Ct., Notary Pub.) |

## FINDING

The foregoing Application for an arrest warrant, and affidavit(s) attached to said Application, having been submitted to and considered by the undersigned, the undersigned finds from said affidavit(s) that there is probable cause to believe that an offense has been committed and that the accused committed it and, therefore, that probable cause exists for the issuance of a warrant for the arrest of the above-named accused.

| DATE & SIGNATURE | DATE 9/3/02 | SIGNED (A Judge of the Superior Court) HOLDEN |
|---|---|---|

sn 8/23/02

| ARREST WARRANT APPLICATION | STATE OF CONNECTICUT | FOR COURT USE ONLY |
|---|---|---|
| JD-CR-64 Rev. 4-02 | SUPERIOR COURT | Supporting Affidavits Sealed |
| C.G.S. § 54-2a, Pr. Bk. Sec 36-1, 36-2, 36-3 | REPORT #: 17149-02<br>PAGE: 2 | ☐ YES  ☐ NO |

| NAME AND RESIDENCE (TOWN) OF ACCUSED | DOB: 3/17/65 | COURT TO BE HELD AT (Town) | G.A. NO. |
|---|---|---|---|
| QUINT, RICHARD R, 240 Ferndale Avenue, Stratford, CT | | MILFORD | 22 |

## APPLICATION FOR ARREST WARRANT

TO: A Judge of the Superior Court

The undersigned hereby applies for a warrant for the arrest of the above-named accused on the basis of the facts set forth in the . . .

[X] affidavit below . . .     [X] affidavit(s) attached

| DATE & SIGNATURE | DATE 9/10/02 | SIGNED (Prosecutorial Official) |
|---|---|---|

## AFFIDAVIT

The undersigned, being duly sworn, deposes and says:

occurred at approximately 0300 hrs on this date, the complainant did not report this incident to the Milford Police until 1844 hrs on this date. She stated that she did not contact the Police at the time of this incident because she is very afraid of **RICHARD QUINT**. She also told the affiant that she did not wish to pursue an arrest in this incident because of her fear of **RICHARD QUINT** and wished that this be made only a matter of record in case anything happened to her.

The complainant also stated that during this incident **RICHARD QUINT** took her purse off of a table and left the residence with the purse in his possession. The complainant stated that she also did not wish to pursue an arrest regarding the stolen purse from her residence.

On 7/22/02 the affiant checked the Court order files at Milford Police Headquarters and found a valid Family Violence Protective Order naming the complainant as the victim and **RICHARD QUINT** as the defendant. This order stated that **RICHARD QUINT** was to refrain from entering the residence of the complainant at 48 Merwin Avenue, Milford, CT. It also stated that he was to refrain from threatening the complainant, and from having any contact with her in any manner. The order did state that **RICHARD QUINT** may return to the address one time with a Police escort in order to retrieve belongings from the residence.

On 7/22/02 the affiant ran **RICHARD QUINT** thru NCIC and DMV records and found that he was a supervised registered sex offender with a valid CT operator's license. On this date the affiant also ran **RICHARD QUINT** thru a State Police Records Check and found that he was a convicted felon with numerous arrests for drug offenses, weapons in m/v, assaults on Police Officers, escape from custody, sexual assault, and unlawful restraint.

| DATE AND SIGNATURE | DATE 8/31/02 | SIGNED (Affiant) Officer A Dunaj  #52 |
|---|---|---|
| JURAT | SUBSCRIBED AND SWORN TO BEFORE ME ON (Date) 8/31/02 | SIGNED (Judge, Clerk, Comm. Sup. Ct., Notary Pub.) |

## FINDING

The foregoing Application for an arrest warrant, and affidavit(s) attached to said Application, having been submitted to and considered by the undersigned, the undersigned finds from said affidavit(s) that there is probable cause to believe that an offense has been committed and that the accused committed it and, therefore, that probable cause exists for the issuance of a warrant for the arrest of the above-named accused.

| DATE & SIGNATURE | DATE 9/13/02 | SIGNED (A Judge of the Superior Court) |
|---|---|---|

sn 8/23/02

| ARREST WARRANT APPLICATION | STATE OF CONNECTICUT | FOR COURT USE ONLY |
|---|---|---|
| JD-CR-64 Rev. 4-02 | SUPERIOR COURT | Supporting Affidavits Sealed |
| C.G.S. § 54-2a, Pr. Bk. Sec 36-1, 36-2, 36-3 | REPORT #: 17149-02 | ☐ YES ☐ NO |
| | PAGE: 3 | |

| NAME AND RESIDENCE (TOWN) OF ACCUSED | DOB: 3/17/65 | COURT TO BE HELD AT (Town) | G.A. NO. |
|---|---|---|---|
| QUINT, RICHARD R, 240 Ferndale Avenue, Stratford, CT | | MILFORD | 22 |

### APPLICATION FOR ARREST WARRANT

TO: A Judge of the Superior Court

The undersigned hereby applies for a warrant for the arrest of the above-named accused on the basis of the facts set forth in the . . .

[X] affidavit below . . .   [X] affidavit(s) attached

| DATE & SIGNATURE | DATE 9/10/02 | SIGNED (Prosecutorial Official) |
|---|---|---|

### AFFIDAVIT

The undersigned, being duly sworn, deposes and says:

The affiant notes that at approximately 2155 hrs on 7/22/02, Officer Moore and the affiant were dispatched again to 48 Merwin Avenue, Milford, CT on a complaint of a verbal argument between the complainant and **RICHARD QUINT** at that residence. Upon arrival the officers found that **RICHARD QUINT** had left the scene prior to Police arrival. The affiant notes that this complaint had been called in by the complainant's brother after she had informed him by telephone of this second incident on this date. The complainant stated that **RICHARD QUINT** had responded to her residence in order to return her purse to her. She stated that there was no argument at this time, but she told **RICHARD QUINT** that he was not allowed to come to her residence at his own will because he was violating a court order prohibiting him from doing so. She told **RICHARD QUINT** that when he arrived she had been on the phone with her brother, who was very concerned for her safety, and who was calling the Police. The complainant stated that **RICHARD QUINT** left the area once he heard that Police were enroute to her residence. The complainant stated that none of the contents of her purse were missing. She stated that she did not wish to pursue an arrest in this incident either.

The affiant was unable to make contact with **RICHARD QUINT** by telephone on this date and left a voice message on his mother's answering machine requesting that he contact this affiant as soon as possible regarding this investigation.

On 7/27/02 the affiant made telephone contact with **RICHARD QUINT** at his mother's residence in Stratford, CT. **RICHARD QUINT** stated that this was his current address. He stated that on 7/22/02 he had gone to the residence of his girlfriend, Francine Casey, at 48 Merwin Avenue, Milford, CT at approximately 0200 or 0300 hrs after being invited to the residence by her. He stated that while there the two had a verbal argument and that he left the residence before the verbal argument had a chance to turn into a physical altercation between the two. He stated that at no time during this

| DATE AND SIGNATURE | DATE 8/31/02 | SIGNED (Affiant) Officer A Dunaj #52 |
|---|---|---|
| JURAT | SUBSCRIBED AND SWORN TO BEFORE ME ON (Date) 8/31/02 | SIGNED (Judge, Clerk, Comm. Sup. CT., Notary Public) |

### FINDING

The foregoing Application for an arrest warrant, and affidavit(s) attached to said Application, having been submitted to and considered by the undersigned, the undersigned finds from said affidavit(s) that there is probable cause to believe that an offense has been committed and that the accused committed it and, therefore, that probable cause exists for the issuance of a warrant for the arrest of the above-named accused.

| DATE & SIGNATURE | DATE 9/13/02 | SIGNED (A Judge of the Superior Court) |
|---|---|---|

sn 8/23/02

# L



**State of Connecticut**
**COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES**
21 Grand Street, Hartford, CT 06106   (860) 541-3400  FAX (860) 246-5419
Toll Free in Connecticut 1-800-477-5737  www.state.ct.us/chro
TDD (860)541-3459

October 25, 2004

**Certified Mail No.  7003 2260 0006 5926 5102**

Richard R. Quint - #123433
Cheshire Correctional Institute
900 Highland Avenue
Cheshire, CT 06410

**Subject:  Reconsideration Request - REJECTED**

**Re:  Richard R. Quint v. City of Milford, et al. - CHRO Case No. 0430251**

Dear Mr. Quint:

Your complaint, which is noted above, was previously dismissed by this agency. You filed a timely request for reconsideration of that dismissal. Your request for reconsideration has been carefully reviewed by my designee, who has recommended it be rejected. A copy of the review is enclosed for your information and review. I have approved the recommendation and denied your request. This denial of reconsideration is the commission's final decision on your complaint.

In the alternative, the complainant may have additional rights to challenge this decision pursuant to Connecticut statutes. The commission does not give legal advice as to how to exercise these rights. It is advised that a complainant interested in doing so consult an attorney.

Very truly yours,

R. Hamisi Ingram
Executive Director

Enclosure

RHI/clr

c:  Attorney Patty G. Swan
    Allen Jepson, City Clerk, City of Milford

**CHRO**   *Safeguarding Civil Rights in Connecticut*



Affirmative Action/ Equal Opportunity Employer

STATE OF CONNECTICUT

COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES

| | | |
|---|---|---|
| Richard R. Quint, Complainant | : : | CHRO NO. 0430251 EEOC NO. 16aa400321 |
| v. | : | REQUEST REJECTED |
| City of Milford, Respondent | : | October 25, 2004 |

## RULING ON REQUEST FOR RECONSIDERATION

### SECTION I - SUMMARY OF PROCEDURAL HISTORY

The complainant filed this complaint with the Commission on Human Rights and Opportunities ("Commission") on November 5, 2003, alleging that the respondent denied him equal protection under the law in violation of fourteenth amendment of the United States Constitution and Article 1, Section 20 of the Connecticut Constitution because of his gender. On November 24, 2003 pursuant to Regulations of Connecticut State Agencies § 46-54-42a(b)(2) the Commission having conducted a jurisdictional review, determined that it had no jurisdiction to investigate this matter and was entering a draft finding of no reasonable cause due to lack of jurisdiction. The parties were so notified on that same date via certified mail. Included in the notification was the advisement that both the complainant and respondent had fifteen (15) days from the mailing date to provide written or oral comment. On December 4, 2003 the complainant provided written comment to the draft finding. Included in his comment the complainant

Page 1 of 4

again argued that he was denied equal protection, and attached numerous documents that relate to the incident that caused the complainant to file his complaint in the first place. The commission on December 16, 2003 dismissed this matter for lack of jurisdiction pursuant to § 46a-54-61a(a) of the Regulations of Connecticut State Agencies with the parties being notified on that same date.

On January 9, 2004, the commission received a request for reconsideration dated December 2003. The complainant's request for reconsideration was rejected on February 19, 2004, the basis being that the request was not timely filed pursuant to § 46a-54-62a(c) of the Regulations of Connecticut State Agencies. The complainant in response to his reconsideration request being rejected filed an appeal with the Superior Court claiming that pursuant to *Houston v. Lack,* 487 U.S. 266 (1988) his request was timely as he had delivered it to prison officials with the fifteen (15) day period as prescribed by § 46a-83(e). The complainants appeal was subsequently dismissed upon agreement of the parties that the complainant's reconsideration request would be considered by the commission as if received by the commission within the fifteen (15) day statutory period.

### SECTION II – SUMMARY OF COMPLAINANT'S POSITION

On July 9, 2002 the complainant contacted the respondent via "911" to report an assault on him by his then girlfriend. The police were summoned at which time both the complainant and his girlfriend claimed injuries caused by the other. The complainant alleges that he was denied medical treatment as well as being denied equal protection under the law as a result of the respondent's police department not referring to him as

the complainant in it's report presumably due to the complainant as he claims, being a male in a domestic violence situation.

The complainant further alleges that both the Family Relations personnel and the Milford Superior Court Clerk's Office discriminated against him by again not providing him equal protection by referring to him as the defendant and not the victim and by stopping his application for protective orders when it was the complainant as he claims who was assaulted and injured.

While the complainant fails to specify dates when these claimed actions did or did not occur the commission's file does contain a copy of a protective order application of the complainant executed on October 31, 2002, and bears a date and time stamp from the superior court clerk's office of November 14, 2002. This appears to be the latest date of the discrimination transgressions alleged by the complainant.

## SECTION III – ANALYSIS

(1)   an error of fact or law should be corrected; or

(2)   new evidence has been discovered which materially affects the merits of the case and which, for good reasons, was not presented during the investigation; or

(3)   other good cause for reconsideration has been shown.

None of these requirements has been met in the present case.

Typically requests for reconsideration are reviewed pursuant to §46a-54-62a(e) of the Regulations of Connecticut State Agencies. However, before reaching the point of analyzing this matter per the aforementioned regulations the Commission must have jurisdiction to investigate and review a case. Section § 46-82(e) requires that any complaint filed pursuant to this section must be done so within 180-days after the

alleged act of discrimination. In reviewing the complaint in the light most favorable to the complainant this date appears to be November 14, 2002. This obviously is just short of a year from when the complainant filed his complaint with the Commission.

Furthermore, our Supreme Court in *Williams v. CHRO,* 258, 259 (2001) has ruled that the 180- day statute of limitation period is mandatory and must be complied with absent the issues of waiver, consent or equitable tolling, which may have caused a party to delay in filing a complaint. None have been alleged nor does the file reflect any basis these claims to have been made.

A complete review of this file did not reveal anything else that would warrant reconsideration.

## SECTION IV – RECOMMENDATION

For the reasons set forth herein, it is hereby recommended that this request for reconsideration be REJECTED.

10-22-04
Date

_____
Thomas C. Austin, Jr.,
Human Rights Referee

## SECTION V - DECISION

Recommendation approved / disapproved

10/25/04
Date

_____
R. Hamisi Ingram, Executive Director
Commission on Human Rights
and Opportunities

Page 4 of 4