Mr. Richard R. Quint

United States District Court
District of Connecticut

Richard R. Quint

v.

A. Dunaj Et AL,

Civil No. 3:02CV2053 (AVC)(TPS)

FILED
2005 AUG 17 P 4:41
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Dated: August 8th, 2005

Objection Motion to Dismiss Failure Prosecute.

The Plaintiff does hereby object to the defendants motion to dismiss Failure Prosecute for the following Causes:

1.) The Plaintiff was cooperating fully at deposition answering all questions relevant to the above captioned case.

2.) The defendants did not re-notice the plaintiff as ordered by court before deposition.

3.) Counsels for the defendants whole objective our deposition, was to find something plaintiff objected to and to continue questioning him along those lines to make it appear the plaintiff was being uncooperative as he was asking questions he new where previously objected to our first deposition.

4.) Counsel for the defendants is trying to manipulate this court into a dismissal.

WHEREFORE the forgoing causes the defendants motion to dismiss should be denied.

Dated: 8/4/05

Respectfully Submitted

*[signature]*

Mr Richard R. Quint
Northern C.I.
287 Bilton Rd
Somers, Ct. 06071

Pro Se

## Certification

The Plaintiff does hereby certify a copy of the foregoing has been sent to all counsel of record.

| Patty G. Swan | Michael Conroy | Niel D. Parille | Judge AV Covello |
|---|---|---|---|
| Gordon, Muir & Foley | Gordon, Muir & Foley | Asst. Atty. Gen. | U.S. District Court |
| 10 Columbus Blvd | 10 Columbus Blvd | 110 Sherman St | 450 Main St |
| Hrtfd, Ct. 06106 | Hrtfd, Ct. 06106 | Hrtfd, Ct. 06105 | Hrtfd, Ct. 06106 |

Dated: 8/4/05

*[signature]*

Mr Richard R. Quint