United States District Court
District of Connecticut

Richard R. Quint
v.                                    Case No. 3:02-cv-2053 (AVC)(CFD)
A. Dunaj Et Al.,

Dated August 8th, 2005

Objection Motion Summary Judgement

The Plaintiff does hereby object the the defendants motion for summary judgment for the following causes:

1) The Plaintiff has not been able to finish his discovery. So he can not properly set forth all the material facts.

2) The Plaintiff is not collaterally challenging his conviction with this action.

3) The Plaintiff can and has set forth a prima facie case. That he will set forth further when his discovery is completed.

WHEREFORE, the foregoing causes the defendants motion for summary judgment should not be granted.

Respectfully Submitted

Dated: 8/8/05

M. Richard R. Quint #123483
Northern C.I.
287 Bilton Rd
Somers, CT. 06071

Pro Se

Certification

A copy of the foregoing has been sent to all counsel of record:

| Perry G. Seren | Michael Conroy | Niel Parville | Judge A.V. Covello |
|---|---|---|---|
| Gordon, Muir & Foley | Gordon, Muir & Foley | Asst. Atty. Gen. | U.S. District Court |
| 10 Columbus Blvd | 10 Columbus Blvd | 110 Sherman St | 450 Main St |
| Hrtfd, Ct. 06106 | Hrtfd, Ct. 06106 | Hrtfd, Ct. 06105 | Hrtfd, Ct. 06106 |

Dated: 8/8/05

Mr Richard R. Quiros