United States District Court
District of Connecticut

Richard R. Quinn

V.

A. Dunaj, Et AL.,

[FILED 2005 AUG 17 P — U.S. DISTRICT COURT BRIDGEPORT, CONN]

No. 3:02CV2053(AVC)(TPS)

Dated: August 8th, 2005

Affidavit in Response Motion Summary Judgment

I Mr. Richard R. Quinn, the Plaintiff in the above captioned case, being duly sworn, do depose the following:

I was in a abusive relationship with Francine Casey, in which she was physically abusing me. That she caused me physical injuries on more than one occassian, which luckily none of the injuries were life threatening.

On July 7th, 2002 Ms Casey came home drunk and attacked me in my sleep. I then went outside to call police on my cell phone, as I could not get signal in the house. Ms Casey continued to assault me as I made 911 call to police reporting, and making complaint that I was being assaulted by Ms Casey.

Officer Dunn, Officer Berhke, Lieutenant Anderson, and Sgt. Darby arrived on the scene while I was still talking to 911 operator who took my name at that time.

I tried to report to officer Dunn, officer Berhke, Lt. Anderson and Sgt. Darby that I was assaulted by Ms Casey. Then again at Police Station I tried to make complaint of being assaulted by Ms Casey. Again they refused to take my statement and threatened not to release me on promise to appear if I persisted in requesting my statement be taken, that Ms Casey be charged with assault.

pg. 1

I was also asking for medical attention which they also refused me.

I would not have called 911 and reported being assaulted making complaint if I did not want to give a statement and make formal complaint of assault against Ms Casey. All the evidence shows she assaulted me, all the injuries I had and the scratch she had on her wrist from Hitting me. I allowed her to assault me, Then called police to report being assaulted and make complaint. But all the officers involved chose to disregard this fact by not reporting it, Violating my right to Due Process and Equal Protection of the Law.

I was also arrested for breach of peace, when I was reporting being assaulted by Ms Casey. The breach of peace charge I was arrested on was dismissed. I was wrongfully arrested for Breach of Peace on 7/9/02.

On 7/27/02 officer Dunaj called me on my cell phone while I was working. At which time I told him "I was not at Ms Carey house on 7/22/02 to call my Lawyer." This is why I need further discovery of phone records of this call to show #: officer Dunaj contacted me at was not my Mothers residence, That he falsified statement in report and warrant application.

On 8/21/02 I was arrested by officer Dunaj, officer Moore, officer Esposito, and Morschner. For Violation of protective order Ct. Gen. Stat. 53a-223 and Criminal Trespass 1st. Ct. Gen. Stat. 53a-107. Both were Misdemeanors on 8/21/02. Ct. Law does not allow for warrantless arrest for Misdemeanors. I was arrested without a warrant on 8/21/02.

pg. 2

I was arrested for these Misdemeanor with out a warrant aproximarly 6 hours after alleged misconduct took place.

I was not arrested for a Felony as counsel for the defendants untruthfully states.

The arresting officers could not of believed a Felony was committed, As counsel for the defendant untruthfully states, to justify arrest with out warrant. As it is impossible because there where no felonies allegedly committed on 8/20/02 as violation of a proctective order was not a felony at that date and time.

The defendants did conspire to with hold material facts from police report. That I called 911 and made complaint of being assaulted by Ms Casry. They have admitted they did not report this material fact.

All the defendants have lied under oath, conspiring to cover up the wrongfull acts they committed. Violating My rights to Due Process, Equal protection, against discrimination and arrest without a warrant. As they all stated 911 recording did not exist under oath, in respance to interrogatories. They have discriminated against me and denied me equal protection of the laws. If a woman called and all the evidence showed she had been assaulted it would have been properly reported.

The defendants then try to claim 911 Operator Karen Giesel did not do her job and get my name as required per protocol. My name was taken by Ms Giesel. The defendants have submitted an inaccurate transcript of my 911 call to police in an attempt to cover up their wrongful acts.

Pg. 3

The defendants did discriminate against me because I was the male in this domestic situation. The defendants did violate my Right to Due Process of law by not reporting all material facts and falsifying statements. The defendants did violate my Right to Equal Protection of the law by not affording me the same protection a woman assaulted in a domestic situation would have recieved. The defendants did violate my right not to be arrested without a warrant.

    I Richard R. Quint have read the foregoing affidavit and it is true and accurate to the best of my belief and knowledge.

Dated: 8/8/05

Respectfully Submitted

Mr. Richard R. Quint #123433
Northern C.I.
287 Bilton Rd
Somers, Ct. 06071

Pro Se

Subscribed and Sworn to
before me this
8 day of August 2005.

Notary Public: *Brian Bradway*

BRIAN BRADWAY
NOTARY PUBLIC
MY COMMISSION EXPIRES 01/31/2008

Certification

A copy of the foregoing has been sent to all counsel of record.

| Perry G. Swann | Michael Coveney | Niel Parville | Judge A.V. Covello |
|---|---|---|---|
| Gordon, Muir & Foley | Gordon, Muir & Foley | Asst. Atty. Gen | U.S. District Court |
| 10 Columbus Blvd | 10 Columbus Blvd | 110 Sherman St | 450 Main St |
| Hrtfd, CT. 06106 | Hrtfd, CT. 06106 | Hrtfd, CT. 06105 | Hrtfd, CT. 06106 |

Dated: 8/8/05

Mr Richard R Quint