United States District **FILED**
District of Connecticut

Richard R. Quint                    | Civil No. 3:02CV2053 (AVC)(TPS)
        V.                          |
A. Dunaj Et Al.,                    | Dated: August 8th, 2005

U.S. DISTRICT COURT
BRIDGEPORT, CONN
2005 AUG 17 P 12:45

Local Rule 9(c) 2 Statement

The Plaintiff does hereby provide the court with this statement Pursuant to Local Rule 9(c) 2.

1. On May 7, 2002, Milford Police officers investigated a complaint regarding a domestic dispute at 48 Mervin Ave in Milford, involving plaintiff and one Francine Casey.
     Admitted by Plaintiff

2.) Although not arrested for any conduct arising out of the 5/7/02 incident, Plaintiff was arrested on that date by Milford Police on an active warrant from Stratford Police.
     Admitted by Plaintiff

3.) Once transported to the Stratford Police Department on 5/7/02, plaintiff was treated for cuts and scrapes by the Stratford Ems.
     Admitted by Plaintiff, That cuts and scrapes were caused by physical abuse from Ms Casey.

PS. 1

4) On July 9, 2002, Milford Police were again dispatched to the Merwin Ave address on a domestic dispute, Originating with an anonymous telephone call to 9-1-1.

Denied. As 9-1-1 call not placed it was normal call to police. if at all call occured.

5.) A second call to 9-1-1 was placed some 6 minutes after the first, anonymous call on 7/9/02; this second call was apparently placed by the plaintiff Mr. Cininr, and only lasted 43 Seconds before police arrived on the scene and the caller hung up.

Denied. As I did place 911 Call and reported assault by Ms Casey. My Name was taken. I question the accuracy of transcript provided by the defendants and authenticity of it.

6.) Subsequent to the 7/9/02 incident, both plaintiff and Ms Casey were listed on police report authored by defendant Dunn as "Victim". The Complainant was listed as "anonymous"

Denied. As that is not stated on Original report in handwriting. The Plaintiff called police and reported he was being assaulted.

152

7) On 7/3/02 Milford Police arrested both plaintiff and Ms. Casey on identical charges of breach of peace.
    admitted by Plaintiff

8.) On 7/9/02 Ms. Casey sought and obtained a family Violence Protective Order preventing plaintiff from, inter alia having any Contact with her whatsoever.
    Denied. Protective Order Issued by court not upon request.

9.) On 7/22/02, Ms. Casey reported to Milford Police that plaintiff had violated the Protective Order by, inter alia, entering her home without permission, and threatening her with bodily harm.
    Admitted by Plaintiff.

10.) On 8/20/02, Ms. Casey reported to Milford Police that plaintiff had again violated the protective order by, inter alia, arriving at her residence to retrieve personal belongings without escort, Trespassing, and vandalizing her vehicle. Milford Police Officers Dunaj and Moore then found plaintiff at a local bar and arrested him for criminal trespass and criminal Violation of a protective order, a felony.
    Denied. On 8/20/02 violation of a protective order was not a felony it was a misdemeanor.

P.3

11.) On October 25, 2004, the Connecticut Commission on Human Rights denied plaintiffs request for reconsideration of its dismissal of plaintiff's CHRO complaint pertaining to his gender discrimination claims.
    No release to sue was ever granted.
    Denied.

12.) At trial, plaintiff was convicted of the Felony violation of protective order charge for which defendants arrested him on 8/20/02. That conviction remains valid
    Denied. On 8/20/02 violation of protective order was a Misdemeanor. I was not convicted of a felony. I was convicted of Misdemeanors as I was not charged with any felonies at time of arrest.

Dated: 8/8/05

Respectfully Submitted

Mr Richard R. Quint #123430
Northern C.I.
287 Bilton Rd
Somers, Ct. 06071

Pro Se

P.g. 4.

Certification

A copy of the foregoing has been sent to all Counsel of record:

| Patty G. Swan | Michael Conroy | Neil Parrillo | Judge A.V. Covello |
|---|---|---|---|
| Gordon Muir & Foley | Gordon, Muir & Foley | Asst. Atty. Gen. | U.S. District Court |
| 10 Columbus Blvd | 10 Columbus Blvd | 110 Sherman St | 450 Main St |
| Hrtfd, Ct. 06106 | Hrtfd, Ct. 06106 | Hrtfd, Ct. 06105 | Hrtfd, Ct. 06106 |

Dated: 8/9/05

Mr Richard R Quint

Pg. 5