United States District Court
District of Connecticut

Richard R. Quint

V.                                  Civil No. 3:02CV2053 (AVC)(TPS)

A. Unnaj Et Al.,                    Dated:

Rule 9(c) 2 Statement Material Facts

The Plaintiff does hereby present the following list of material facts as to which there is a genuine issue to be tried.

1.) The defendants violated the plaintiff right to due process of law when they chose not to report he made complaint of assault and called 911 to make complaint on 7/9/02 Exhibit A.

2.) On 8/21/02 the Plaintiff was arrested by defendants without a warrant for the Misdemeanor charge of violation of protective order and the Misdemeanor charge of Criminal trespass. Exhibit B Violating the plaintiffs right not to be siezed without a warrant.

3.) The defendants conspired to violate the plaintiffs right to due process of law by not reporting the he made 911 call and complaint of assault he reported on 7/9/02. Exhibit A, C.

4.) The defendants violated the plaintiff's right to equal protection of the by not reporting he made complaint on 7/9/02 of being assaulted by Ms Casey. Exibit A. As he was not afforded the same protection she was.

5.) The Plaintiff all lied under oath on answering interogatory on tape of 911 call. Exibit D. Thus showing they are conspiring together. Also putting the Veracity of all their other responces in question.

6.) The Plaintiff does have permission to sue from the CHRO. Exibit E. He did exhaust his administrative remedies. This court does have jurisdiction when the CHRO did not.

7.) Lieutenant Anderson was responcible for the review of police reports the conducting of investigation into the allegations set forth there in. Exibit F.

8.) Sargent Darby was responcible to supervise patrolmen. to investigate violations of criminal law, collect and prepare evidence for criminal Court use. Supervises and correlates evidence. Exibit G.

9.) It is the duty of a patrolman to report the desk, officer or commanding officer all crimes and complaints of citizens. Patrolmen shall be responsible for reports and/or investigations on their assigned "beats". Exibit H.

10. It is the responsibility of communication room personal to make every effort to obtain a complainants name and address. Exibit I.

11.) At trial the plaintiff was convicted of the class A misdemeanor charge of violation of protective order. for which defendants arrested him on 8/26/02. Exibit B.

Dated: 4/8/05

Respectfully Submitted

Mr Richard R. Quint #123433
Northern C.I.
287 Bilton Rd
Somers Ct. 06071

Pro Se

Certification

A copy of the foregoing has been served to all counsel of Record:

| Perry G. Swam | Michael Kowal | Neil Parville | Judge A.V. Covello |
|---|---|---|---|
| Gordon, Muir & Foley | Gordon, Muir & Foley | Asst. Atty. Gen. | U.S. District Court |
| 10 Columbus Blvd | 10 Columbus Blvd | 110 Sherman St | 450 Main St |
| Hrtfd, CT. 06106 | Hrtfd, CT. 06106 | Hrtfd, CT. 06105 | Hrtfd, CT. 06106 |

Dated: 8/8/05

Mr Richard R. Quint

pg. 4