UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

RICHARD R. QUINT
                                PRISONER
   v.                        CIVIL NO. 3:02cv2053 (AVC)(TPS)

ANDREW DUNAJ
CHRISTOPHER DUNN
WILLIAM J. ANDERSON
SEAN DARBY
EDWARD BETHKE
SEAN MOORE
ANTONIO VITTI
DANIEL ESPOSITO
BRANDON MARSCHNER
HURLEY
JANE DOE
LISA RICHARDS

J U D G M E N T

This cause came on for consideration on the motion for summary judgment filed by defendants Dunaj, Dunn, Anderson, Darby, Bethke, Moore, Vitti, Esposito and Marschner before the Honorable Alfred V. Covello, Chief Judge, United States District Court.

By ruling filed July 24, 2003, the court granted defendant Hurley's motion to dismiss and dismissed all claims against him. By ruling filed August 18, 2003, the court granted defendant Richards' motion to dismiss and dismissed all claims against her. By amended complaint filed March 3, 2004, plaintiff withdrew all claims against defendant Doe.

The court has considered the motion and all the related papers.  On January 20, 2006, the court filed its Ruling on Motion

for Summary Judgment granting the motion and directing the Clerk to enter judgment and close this case.

Therefore it is **ORDERED** and **ADJUDGED** that judgment is entered in favor of the defendants and the case is closed.

Dated at Bridgeport, Connecticut this 23rd day of January, 2006.

                                  KEVIN F. ROWE, Clerk

                                  By  /s/ Donna P. Thomas
                                      Donna P. Thomas
                                      Deputy Clerk

Entered on the Docket _____