United States District Court
District of Connecticut

Richard R. Quint          | Civil No. 3:02CV2053(AVC)(TPS)
    v.                    | Prisoner
A. Onnaj Et Al.,          | 2006 FEB -1 P 4:24
                          | Dated: Jan. 30th, 2006

## Notice of Appeal

The Plaintiff does hereby give notice of appeal on the final decision in the above captioned case.

Dated: Jan 30th, 2006

Respectfully Submitted

Mr Richard R. Quint #123433
Garner C.I.
50 Nunnawauk Rd
Newtown, Ct. 06470

### Certification

A copy of the foregoing has been sent to all counsel of record.

Patty G. Swan            Michael C. Conroy         Niel D. Parille
Gordon, Muir & Foley     Gordon, Muir & Foley      Attorney General's Office
10 Columbus Blvd         10 Columbus Blvd          110 Sherman St
Hrtfd, Ct. 06106         Hrtfd, Ct. 06106          Hrtfd, Ct. 06105

Dated: 1/30/06

Mr Richard R. Quint