FORM 1

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

**FILED**
2006 FEB -6 P 4: 32
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Richard R. Quinn

v.

Andrew Dunaj Et Al,

CIVIL CASE NO. 3:02CV2053 (AVC)(TPS) Prisoner

## NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), __Richard R. Quinn__ hereby gives notice and
(appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following

Judgment or Order (describe the Judgment or Order): Final judgement entered on 1/23/06 granting summary judgment in favor of the defendants and closing case

2. The Judgment/Order in this action was entered on __1/23/06__.
(date)

_____
Signature

Mr Richard R. Quinn
Print Name

Garner C.I.
50 Nunnawauk Rd
Address

Newtown, CT 06470
Telephone Number

Date: 2/1/06

**Note:** You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).

Certification

A copy of the foregoing has been sent to all counsel of record:

Perry G. Swan
Gordon, Muir & Foley
10 Columbus Blvd
Hrtfd, Ct. 06106

Michael Conroy
Gordon, Muir & Foley
10 Columbus Blvd
Hrtfd, Ct. 06106

Niel D. Peirville
Asst. Atty. Gen.
110 Sherman St
Hrtfd, Ct. 06105

Dated: 2/1/06

Mr Richard R. Quint

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

RICHARD R. QUINT

                                                  PRISONER

v.                             CIVIL NO. 3:02cv2053 (AVC)(TPS)

ANDREW DUNAJ
CHRISTOPHER DUNN
WILLIAM J. ANDERSON
SEAN DARBY
EDWARD BETHKE
SEAN MOORE
ANTONIO VITTI
DANIEL ESPOSITO
BRANDON MARSCHNER
HURLEY
JANE DOE
LISA RICHARDS

## J U D G M E N T

This cause came on for consideration on the motion for summary judgment filed by defendants Dunaj, Dunn, Anderson, Darby, Bethke, Moore, Vitti, Esposito and Marschner before the Honorable Alfred V. Covello, Chief Judge, United States District Court.

By ruling filed July 24, 2003, the court granted defendant Hurley's motion to dismiss and dismissed all claims against him. By ruling filed August 18, 2003, the court granted defendant Richards' motion to dismiss and dismissed all claims against her. By amended complaint filed March 3, 2004, plaintiff withdrew all claims against defendant Doe.

The court has considered the motion and all the related papers. On January 20, 2006, the court filed its Ruling on Motion

for Summary Judgment granting the motion and directing the Clerk to enter judgment and close this case.

Therefore it is **ORDERED** and **ADJUDGED** that judgment is entered in favor of the defendants and the case is closed.

Dated at Bridgeport, Connecticut this 23rd day of January, 2006.

                                            KEVIN F. ROWE, Clerk

                                            By   /s/ Donna P. Thomas
                                               Donna P. Thomas
                                               Deputy Clerk

Entered on the Docket   1/23/06