# UNITED STATES COURT OF APPEALS
### FOR THE SECOND CIRCUIT
### THURGOOD MARSHALL U.S. COURT HOUSE
### 40 FOLEY SQUARE
### NEW YORK  10007

**Roseann B. MacKechnie**
**CLERK**



| | |
|---|---|
| Date: | 7/14/06 |
| Docket Number: | 06-0566-pr |
| Short Title: | Quint v. Dunaj |
| DC Docket Number: | 02-cv-2053 |
| DC: | CONNECTICUT (NEW HAVEN) |
| DC Judge: | Honorable Alfred Covello |

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 14th day of July,  two thousand Six.

Richard R. Quint,

      Plaintiff-Appellant,

    v.

Andrew Dunaj,  Christopher Dunn,  William J. Anderson, Ofcr,I/O,  Sean Darby, Ofcr, I/O,  Edward Bethke, Lt, I/O,  Sean Moore, Ofcr, I/O,  Antonio Vitti, Ofcr, I/O,  Daniel Esposito, I/O,  Brandon Marschner, Ofcr, I/O,

      Defendants-Appellees,

The *Civil Appeals  Management Plan* of this court directs that within ten (10) days after filing a Notice of Appeal, the appellant shall, <u>inter</u> alia,  either pay the docketing fee or move for leave to proceed  *in forma pauperis*, and that in the event of default of this requirement  the Clerk may dismiss the appeal without further notice.

The appellant herein not having so proceeded, upon consideration thereof, it is **ORDERED** that the appeal from the order of Febuary 02, 2006 United States District Court for the District of Connecticut at New Haven be, and it hereby is **DISMISSED**.  Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

For the Court,
Roseann B. MacKechnie, Clerk

By:
Deputy Clerk