**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

Roseann B. MacKechnie
CLERK



Date: 7/14/06
Docket Number: 06-0566-pr
Short Title: Quint v. Dunaj
DC Docket Number: 02-cv-2053
DC: CONNECTICUT (NEW HAVEN)
DC Judge: Honorable Alfred Covello

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 14th day of July, two thousand Six.

Richard R. Quint,

    Plaintiff-Appellant,

v.

Andrew Dunaj, Christopher Dunn, William J. Anderson, Ofcr,I/O, Sean Darby, Ofcr, I/O, Edward Bethke, Lt, I/O, Sean Moore, Ofcr, I/O, Antonio Vitti, Ofcr, I/O, Daniel Esposito, I/O, Brandon Marschner, Ofcr, I/O,

    Defendants-Appellees,

    The *Civil Appeals Management Plan* of this court directs that within ten (10) days after filing a Notice of Appeal, the appellant shall, inter alia, either pay the docketing fee or move for leave to proceed *in forma pauperis*, and that in the event of default of this requirement the Clerk may dismiss the appeal without further notice.

    The appellant herein not having so proceeded, upon consideration thereof, it is **ORDERED** that the appeal from the order of Febuary 02, 2006 United States District Court for the District of Connecticut at New Haven be, and it hereby is **DISMISSED**. Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

A TRUE COPY
ROSEANN B. MacKECHNIE, CLERK

Certified:

JUL 14 2006

For the Court,
Roseann B. MacKechnie, Clerk

By: *[signature: Yolanda Sidens]*
Deputy Clerk